1  WAYNE M. HARDING
   Email:  wharding@dl.com
2  BRIAN K. ERICKSON (*pro hac vice* application filed)
   Email:  berickson@dl.com
3  DEWEY & LEBOEUF LLP
   401 Congress Avenue, Suite 3200
4  Austin, TX 78701
   Telephone: (512) 226-0300
5  Facsimile:  (512) 226-0333

6  JOHN DOWNING (CA SBN: 252850)
   Email:  jdowning@dl.com
7  DEWEY & LEBOEUF LLP
   1950 University Ave., Suite 500
8  East Palo Alto, CA 94303-2225
   Telephone:  (650) 845-7000
9  Facsimile:  (650) 845-7333

10 Attorneys for Plaintiff
   MOTOROLA, INC.

DEWEY & LeBOEUF LLP
1950 University Avenue, Suite 500
East Palo Alto, CA 94303-2225

11

## IN THE UNITED STATES DISTRICT COURT

12

## NORTHERN DISTRICT OF CALIFORNIA

13

### SAN JOSE DIVISION

14

15  Motorola, Inc.,                              ) Case No. _____
                                                 )
16                           Plaintiff,          ) **COMPLAINT FOR DECLARATORY**
                                                 ) **JUDGMENT**
17           vs.                                 )
                                                 ) Date:   July 21, 2008
18  Command Audio Corporation,                   )
                                                 )
19                           Defendant.          )
   _____)

20

21        Plaintiff Motorola, Inc. ("Motorola") files this Complaint For Declaratory Judgment against

22  Defendant Command Audio Corporation ("Command Audio") and in support of this action alleges:

23                      <u>**NATURE AND BASIS OF THE ACTION**</u>

24        1.      This is an action arising under the Federal Declaratory Judgment Act, 28 U.S.C. §§

25  2201, *et seq*. and the United States patent laws, 35 U.S.C. § 1, *et seq*.  Motorola requests judicial

26  declarations that it does not infringe any valid and enforceable claim of U.S. Patent Nos.:

27        •  5,406,626, entitled "Radio Receiver For Information Dissemination [sic] Using

28           Subcarrier," (" '626 Patent");

                                        1

DEWEY & LeBOEUF LLP
1950 University Avenue, Suite 500
East Palo Alto, CA 94303-2225

1   • 5,524,051, entitled "Method And System For Audio Information Dissemination

2   Using Various Modes Of Transmission," (" '051 Patent");

3   • 5,590,195, entitled "Information Dissemination Using Various Transmission Modes,"

4   (" '195 Patent");

5   • 5,751,806, entitled "Audio Information Dissemination Using Various Transmission

6   Modes," (" '806 Patent"); and

7   • 6,330,334, entitled "Method And System For Information Dissemination Using

8   Television Signals," (" '334 Patent"),

9   attached as Exhibits A-E (collectively, the "Patents In Suit").

10   **THE PARTIES**

11   2.      Plaintiff Motorola is a global manufacturer and supplier of products that allow

12   consumers to record and playback audio and/or video such as personal versatile recorders ("PVRs")

13   (herein after referred to as "Motorola Products").  Motorola is a corporation organized and existing

14   under the laws of the State of Delaware and has its principal place of business at 1303 East

15   Algonquin Road, Schaumburg, Illinois 60196.

16   3.      Upon information and belief, Defendant Command Audio is a corporation organized

17   and existing under the laws of California with a principal place of business at 203 Redwood Shores

18   Parkway, Redwood City, California.  Upon information and belief, Command Audio's sole business

19   is acquiring and licensing intellectual property.

20   4.      Upon information and belief, Command Audio in general does not make or sell any

21   device and specifically does not make or sell any device that practices any claim of the Patents In

22   Suit.  Upon information and belief, Command Audio's only source of revenue is licensing

23   intellectual property.

24   **JURISDICTION**

25   5.      This Court has jurisdiction over the subject matter of this action pursuant to 28 U.S.C.

26   §§ 1331, 1332, and 1338, and the Declaratory Judgment Act, 28 U.S.C. §§ 2201 and 2202 based on

27   federal question jurisdiction.  This Court has personal jurisdiction over Command Audio because it

28

2

1   resides in this state and district and because it does business in this state and district, including

2   commencing litigation in this district to enforce various ones of the Patents In Suit.

3                                          **VENUE**

4       6.      Venue is proper in this Court pursuant to 28 U.S.C. § 1391.

5                               **INTRADISTRICT ASSIGNMENT**

6       7.      Assignment of this action on a district-wide basis is appropriate because this is an

7   Intellectual Property Action.

8                                **JUDICIABLE CONTROVERSY**

9       8.      On February 1, 2002, Command Audio filed a patent infringement lawsuit in the

10  United States District Court for the Northern District of California against Sony Electronics, Inc.,

11  ("Sony") Case No. 02-cv-0599 (MJJ) (hereinafter, the "Sony Lawsuit").  The Sony Lawsuit was

12  dismissed with prejudice on or about January 6, 2006.  On information and belief, in the Sony

13  Lawsuit, Command Audio asserted that it was the owner by assignment of all rights, title and interest

14  in and to the Patents In Suit and that Sony infringed the Patents In Suit by selling PVRs.

15      9.      Command Audio issued a press release dated December 15, 2005 announcing the

16  settlement of the Sony Lawsuit (available on Command Audio's web site at

17  http://www.commandaudio.com/_release.php?which=7).  In that press release, Command Audio

18  stated that "Our patents are critical to the time-shifting functionality and convenience that millions of

19  TV viewers and radio listeners are demanding."  Command Audio also stated that "We expect

20  continued success as we actively protect and license our intellectual property."

21      10.     Command Audio issued a press release dated April 25, 2006 announcing that

22  ReplayTV took a license to the Patents In Suit (available on Command Audio's web site at

23  http://www.commandaudio.com/_release.php?which=8).  In that press release, Command Audio

24  stated that "Our patents are critical to the time-shifting functionality and convenience that millions of

25  TV viewers and radio listeners are demanding. Our license agreement with ReplayTV further

26  reinforces the strength and value of our patents."  Command Audio also reaffirmed that Command

27  Audio would "actively protect and license our intellectual property."

28

**DEWEY & LeBOEUF LLP**
1950 University Avenue, Suite 500
East Palo Alto, CA 94303-2225

3

DEWEY & LeBOEUF LLP
1950 University Avenue, Suite 500
East Palo Alto, CA 94303-2225

1    11.    Command Audio issued a press release dated April 24, 2007 announcing that

2  Scientific-Atlanta had taken a license to the Patents In Suit (available at

3  http://www.commandaudio.com/_release.php?which=10).  Command Audio stated in that press

4  release that "Our patents are critical to the time-shifting functionality and convenience that millions

5  of TV viewers are demanding."  Command Audio again reaffirmed in that press release that

6  Command Audio would "actively protect and license our intellectual property."  In that same press

7  release, Command Audio stated that "The Company owns and licenses a portfolio of U.S. and

8  foreign patents covering the transmission, storage, navigation and consumer playback of the audio

9  elements of broadcast media. These capabilities are offered in a variety of consumer and automotive

10  electronic devices and in the services that transmit content to them. Some of the best-known

11  products incorporating Command Audio's technology are personal video recorders (PVRs, also

12  known as digital video recorders, or DVRs), personal computers with PVR functionality and digital

13  radios with record capability."

14    12.    Command Audio, on its web site at http://www.commandaudio.com/licenses.php,

15  states expressly that "We strictly enforce our patents in order to protect their value and the interests

16  of our licensees."

17    13.    On or about November 25, 1997, Command Audio filed U.S. Patent Application No.

18  08/977,846 (the '846 Application) in the United States Patent and Trademark Office ("PTO").

19    14.    During its prosecution of the '846 Application, Command Audio described the

20  relationship between the '846 Application and the Patents In Suit as follows:  "Command Audio is

21  the assignee of [the Patents In Suit], all of which have the same inventor (John O. Ryan) and

22  described similar subject matter.  (Indeed, [the '195 patent, '806 Patent and '334 Patent] all share the

23  same disclosure as the ['846 Application] because all are continuations-in-part of U.S. Application

24  No. 08/031,763 filed on March 15, 1993."  Command Audio has repeatedly argued during its

25  prosecution of the '846 Application that the rejected claims of the '846 Application are very similar

26  in scope to various issued claims of the Patents In Suit because they are both directed to the so-called

27  "Ryan Architecture".  Command Audio has argued that the so-called "Ryan Architecture" claimed in

28  the Patents In Suit has experienced commercial success and, because the rejected claims in the '846

4

Application allegedly claim the same so-called "Ryan Architecture", the Examiner should withdraw the obviousness rejections of those claims. Moreover, the claims of the '846 Application are so similar to the claims of the Patents In Suit that, on or about March 15, 1999, Command Audio submitted to the PTO a terminal disclaimer in the '846 Application in light of the '806 Patent and the '626 Patent.

15.     Since the '846 Application was filed on or about November 25, 1997, the PTO has issued at least ten (10) office actions rejecting all claims of the '846 application, including office actions dated September 14, 1998, May 26, 1999, August 15, 2001, March 1, 2002, October 29, 2002, February 6, 2004, September 13, 2005, June 7, 2006, August 10, 2007, and July 8, 2008.

16.     In the office action dated August 10, 2007, the PTO rejected all of the then-pending claims in the '846 Application on various grounds involving Japanese Patent Application No. JP 4310631 ("Yoshio"), U.S. Pat. No. 5,057,932 ("Lang"), PCT Patent Application No. WO 91/03112 ("De Bey"), PCT Patent Application No. WO 92/10040 ("Rovira"), and/or "Official Notice". None of the particular grounds of rejection set forth in the August 10, 2007 office action were considered by the PTO during the examination of any of the Patents In Suit.

17.     None of Yoshio, Lang or De Bey was submitted to the PTO by Command Audio in the examination of any of the Patents In Suit. None of Yoshio, Lang or De Bey was cited by the PTO in the examination of any of the Patents In Suit. None of Yoshio, Lang or De Bey was considered during the examination of the Patents In Suit.

18.     Rovira was not submitted to the PTO by Command Audio in the examination of any of the '626 Patent, the '051 Patent, the '195 Patent, or the '806 Patent. Rovira was not cited by the PTO in the examination of any of the '626 Patent, the '051 Patent, the '195 Patent, or the '806 Patent. Rovira was not considered during the examination of any of the '626 Patent, the '051 Patent, the '195 Patent, or the '806 Patent.

19.     On or about February 8, 2008, as part of its prosecution of the '846 Application, Command Audio submitted a declaration by Charles H. Jablonski, one of Command Audio's technical experts from the Sony Lawsuit involving the Patents In Suit. On behalf of Command Audio, Charles H. Jablonski declared that the so-called "Ryan Architecture" was claimed in both the

DEWEY & LeBOEUF LLP
1950 University Avenue, Suite 500
East Palo Alto, CA 94303-2225

Complaint for Declaratory Judgment

1  Patents In Suit and in the '846 Application and that it is "fundamental for enabling these

2  characteristic features and functionality of typical PVRs. . . ."

3      20.    Also on or about February 8, 2008 and also as part of its prosecution of the '846

4  Application, Command Audio's attorneys argued that the so-called "Ryan Architecture" was

5  claimed in both the Patents In Suit and '846 Application, and that the so-called "Ryan Architecture"

6  was "fundamental for enabling characteristic features and functionality of typical personal video

7  recorders . . . ."

8      21.    Also on or about February 8, 2008 and also as part of its prosecution of the '846

9  Application, Command Audio submitted a declaration by Donald F. Bogue.  On information and

10  belief, Donald F. Bogue is the President and Chief Executive Officer of Command Audio.  On

11  behalf of Command Audio, Donald F. Bogue submitted claim charts purportedly applying select

12  claims of the Patents In Suit to PVRs.

13      22.    In the most recent office action dated July 8, 2008, the PTO issued  a final rejection

14  of all pending claims in the '846 Application.

15      23.    Command Audio has made an assertion of its rights in the area of PVR technology

16  directly to Motorola, alleging that the making, using, selling, offering for sale and/or importing of

17  Motorola Products infringes the Patents In Suit.  On February 26, 2008 Command Audio presented

18  Motorola with a term sheet for a license agreement to the Patents in Suit, which it alleged Motorola

19  needed based on its projections of Motorola's PVR-enabled set-top boxes.  Motorola took, and

20  continues to take the position that it does not need a license to the Patents in Suit, and denies that

21  making, using, selling, offering for sale and/or importing Motorola Products, infringes, directly or

22  indirectly, any valid claim of the Patents In Suit.  In addition to its assertion of rights through its

23  proposed license agreement, Command Audio made a direct and clear assertion of rights on March

24  11, 2008.  During the communication on March 11, 2008, Motorola indicated that it would not take a

25  license to the Patents In Suit for various reasons, including the fact that substantial questions of

26  validity exist with respect to the Patents In Suit based on, for example, the repeated and long-

27  standing rejections of similar claims in the '846 Application.  Command Audio then threatened that

28  it would take steps to move things forward in light of Motorola's refusal to take a license.  This

DEWEY & LeBOEUF LLP
1950 University Avenue, Suite 500
East Palo Alto, CA 94303-2225

6

1    statement to Motorola, taken in the context of licensing negotiations, Command Audio's history of

2    litigation, Command Audio's repeated press statements that it will "strictly enforce" its patents, and

3    Command Audio's statements made during the prosecution of the '846 Application, constitutes a

4    threat of litigation.

5         24.     Command Audio has asserted its rights in the area of PVR technology publicly in its

6    press releases, in the prosecution of the '846 Application, and in communications with Motorola.

7    Command Audio has asserted that Motorola must take a license to the Patents in Suit, and has

8    threatened litigation over the Patents in Suit.  Motorola takes the position that it does not need a

9    license to the Patents in Suit and that its making, using, selling, offering for sale and/or importing of

10    Motorola Products does not infringe, directly or indirectly, any valid claim of the Patents in Suit.

11    Accordingly, there is a substantial controversy between Motorola and Command Audio having

12    adverse legal interests, of sufficient immediacy and reality to warrant the issuance of a declaratory

13    judgment as to the noninfringement, invalidity, unenforceability, and scope of the Patents In Suit.

14    Therefore, Motorola seeks a declaration of non-infringement, invalidity and unenforceability of the

15    Patents In Suit.

### INEQUITABLE CONDUCT

17         25.     On or about March 15, 1993, Macrovision filed U.S. Patent Application No.

18    08/031,763 (the " '763 application"), which eventually issued as the '626 Patent.  The '763

19    application was prosecuted by Gerow D. Brill and Norman Klivans, attorneys for Macrovision and

20    then Command Audio.  On information and belief, Macrovision spun off Command Audio on or

21    about August 23, 1996, and at some point in time assigned to Command Audio various rights in the

22    Patents In Suit.

23         26.     In an office action dated April 14, 1994, the examiner, Bernarr Gregory, rejected all

24    claims of the '763 application under 35 U.S.C. § 112, first paragraph, as failing to adequately teach

25    how to make and to use the invention.  Specifically, examiner Gregory found that "The Specification

26    fails to provide adequate disclosure to enable any person skilled in the art to construct a database

27    from a received signal as claimed."

28

DEWEY & LeBOEUF LLP
1950 University Avenue, Suite 500
East Palo Alto, CA 94303-2225

27.     On or about May 20, 1994, Brill had an interview with examiner Gregory.  According to examiner Gregory's summary of the interview, the rejection under 35 U.S.C. 35 § 112, first paragraph, was not discussed.  Upon information and belief, the rejection under 35 U.S.C. § 112, first paragraph, was not discussed.

28.     After the May 20, 1994 interview, in a response dated June 30, 1994, Brill responded to the 35 U.S.C. § 112, first paragraph rejection on behalf of Command Audio by stating that "The Applicant respectfully traverses the Examiner's rejection.  Attached is an Affidavit from Mr. Michael Shields, an individual skilled in the art of electronic engineering and software design and directed to this rejection.  Therefore, the Applicant respectfully submits that this rejection should be withdrawn."  Brill did not make any other argument or statements in the response in an attempt to overcome the rejection under 35 U.S.C. § 112, first paragraph.  Brill did not disclose in the response that Shields had any past, ongoing, or planned future relationship with Command Audio.

29.     Upon information and belief, the "Affidavit" referred to by Brill in the response dated June 30, 1994 was an affidavit under 37 C.F.R. § 1.132 from Shields dated June 23, 1994 (the "June 23rd Shields Affidavit").  In the June 23rd Shields Affidavit, Shields stated that he "designed the prototype of the instant invention including a database based on the teachings of the specification and figure of the instant application."

30.     In an interview summary dated July 6, 1994, examiner Gregory stated that a telephonic interview was conducted on July 5, 1994 with Brill and that "a slight change is necessary to the Affidavit under 37 CFR 1.132.  The rewritten affidavit will be submitted by Applicant in due course."

31.     On August 23, 1994, Brill submitted an affidavit under 37 C.F.R. § 1.132 from Shields dated July 6, 1994 (the "July 6th Shields Affidavit").  In the July 6th Shields Affidavit, Shields stated that he "built an embodiment of the instant invention as described in the specification including a database based on the teachings of the specification and figure of the instant application."

32.     Both the June 23rd Shields Affidavit and the July 6th Shields Affidavit disclosed that Shields "received a Bachelor of Science in Electrical Engineering from the Massachusetts Institute

DEWEY & LeBOEUF LLP
1950 University Avenue, Suite 500
East Palo Alto, CA 94303-2225

8

1  of Technology in 1977 and Masters in Business Administration from Santa Clara University in

2  1985." Both the June 23rd Shields Affidavit and the July 6th Shields Affidavit disclosed that Shields

3  "has been employed as a Electrical Engineer and Software Designer since 1977 for such companies

4  as Ampex Corporation and Sony Corporation."

5        33.    In a communication dated September 20, 1994, the examiner allowed all claims of the

6  '763 application, stating that "This communication is responsive to RESPONSE WITH AFFIDAVIT

7  (26 AUG '94)." The '763 application issued as the '626 Patent on April 11, 1995.

8        34.    Upon information and belief, Shields, Brill and Klivans were involved in drafting and

9  submitting one or both of the Shields Affidavits. Command Audio's submissions of the June 23rd

10  and July 6th Shields Affidavits constitutes inequitable conduct, on four different grounds, each of

11  which is sufficient to justify holding the Patents In Suit unenforceable.

12        35.    First, neither the June 23rd Shields Affidavit nor the July 6th Shields Affidavit disclose

13  that Shields was a contractor for Command Audio and that the events referred to in the Affidavits

14  took place during the performance of Shields' contract and that Shields had a relationship with other

15  persons at Command Audio. In fact, both the June 23rd Shields Affidavit and the July 6th Shields

16  Affidavit are silent as to any past, current, or future planned relationship between Shields and

17  Command Audio. At no time during the prosecution of any of the Patents In Suit did Command

18  Audio ever disclose Shields' relationship with Command Audio to the PTO. Upon information and

19  belief, Shields, Brill and Klivans were aware that Shields was a contractor with Command Audio,

20  that the events referred to in the Affidavit took place during the performance of Shields' contract,

21  and failed to disclose those facts with the intent to make Shields appear unbiased. Even though

22  examiner Gregory did not raise a question concerning any such relationship, it was material to

23  examiner Gregory's evaluation of the credibility and content of the Shields' affidavits to know of

24  any significant relationship between Shields and Command Audio; failure to disclose that

25  relationship violated Shields' and Brill's duty of disclosure. The failure to disclose Shields'

26  relationship with Command Audio, particularly in light of the express disclosure of Shields' other

27  work experiences and educational background and Brill's characterization of Shields merely as an

28

DEWEY & LeBOEUF LLP
1950 University Avenue, Suite 500
East Palo Alto, CA 94303-2225

9

"individual skilled in the art", constitutes inequitable conduct sufficient to justify holding the Patents In Suit unenforceable.

36.    Second, Shields' statements that he "designed the prototype of the instant invention including a database" in the June 23rd Shields Affidavit and "built an embodiment of the instant invention as described in the specification including a database" in the July 6th Shields Affidavit were materially false because, upon information and belief, neither of the devices to which he was referring could "construct a database from a received signal as claimed", which was the sole basis of the rejection. In fact, neither device even included a tuner. Thus, Shields' statements were material and false. Upon information and belief, Shields, Bill and Klivans knew that neither of the devices were able to "construct a database from a received signal as claimed" and intentionally submitted the false Shields' affidavits in order to mislead examiner Gregory into withdrawing the rejection of all claims. Therefore, the submission of those affidavits constitutes inequitable conduct sufficient to justify holding the Patents In Suit unenforceable.

37.    Third, Shields' statement in the July 6th Shields Affidavit that he "built" an embodiment of the invention was materially false because, upon information and belief, Shields did not "build" the devices to which he was referring. Upon information and belief, Shields coordinated with a team of other contractors that performed at least the layout and assembly of the two devices, and the software development of one of those devices. Thus, Shields' statement that he, as a person of ordinary skill, "built" a relevant device was materially false. Brill emphasized this misrepresentation by stating that Shields was an "individual skilled in the art" as opposed to one of a team of contractors. Upon information and belief, Shields and Brill intentionally misrepresented Shields' actions. The June 23rd Shields Affidavit states that Shields merely "designed" the devices. Upon information and belief, examiner Gregory found that insufficient to withdraw his rejection that the specification must enable one to "construct" the claimed device, so Shields and Brill intentionally misrepresented in the July 6th Shields Affidavit that Shields actually "built" the device in order to mislead examiner Gregory into withdrawing the rejection of all claims. This misrepresentation also served to further conceal the fact that Shields had a relationship with

DEWEY & LeBOEUF LLP
1950 University Avenue, Suite 500
East Palo Alto, CA 94303-2225

10

1   Command Audio, which may have been revealed if it were disclosed that a team of contractors had

2   "built" the devices.

3       38.     Fourth, Shields' statement that he built a device "based on the teachings of the

4   specification and figure of the instant application" in the June 23rd Shields Affidavit and the July 6th

5   Shields Affidavit constitutes inequitable conduct because, upon information and belief, Shields had

6   never seen nor read the specification of the '763 application at the time the devices were made.  He

7   therefore could not have built anything "based on the teachings of the specification."  Rather,

8   Shields' contributions to the devices were based on various oral and or written communications with

9   John Ryan and others at Command Audio during the performance of his contract.  Upon information

10  and belief, Shields, Brill and Klivans knew that Shields had never seen the specification and

11  intentionally submitted these false affidavits in an attempt to mislead examiner Gregory into

12  withdrawing his rejection of all claims.  These statements also served to further conceal the fact that

13  Shields was a contractor for Command Audio, which would have been revealed if Shields, Brill or

14  Klivans had disclosed the actual basis of Shields' work.

15      39.     For the reasons given above, the '626 Patent was procured through inequitable

16  conduct, and is unenforceable.  Each of the other Patents In Suit is unenforceable because, each

17  shares the same sole inventor and, according to Command Audio, is directed to the same so-called

18  "Ryan Architecture" and includes claim limitations directed to constructing a database from a

19  received signal.  Furthermore, the '195, '806 and '334 Patents descend directly from and claim

20  priority to the application that issued as the '626 Patent.  Command Audio did not attempt to cure the

21  inequitable conduct of the '626 Patent during the prosecution of any of the other Patents In Suit.

22  Accordingly, the inequitable conduct of the '626 Patent infects and renders unenforceable all of the

23  Patents In Suit.

24      40.     Upon information and belief, the Patents In Suit were procured through inequitable

25  conduct because John Ryan, the sole named inventor, failed to disclose to the PTO "Computer Talk

26  Radio on Horizon", *San Jose Mercury News*, March 4, 1993 (reprinted from a more expansive article

27  published in the March 4, 1993 of the *New York Times*), and "Desktop Talk Show Era Arrives", *The*

28  *San Francisco Chronicle*, March 4, 1993.  These references were material to the examination of each

DEWEY & LeBOEUF LLP
1950 University Avenue, Suite 500
East Palo Alto, CA 94303-2225

11

of the Patents In Suit as they disclose methods and devices for the reception, storage, and menu driven playback of audio.  Ryan knew of these references prior to the issuance of each of the Patents In Suit and withheld them from the PTO with the intent to deceive the PTO regarding the patentability of the subject matter claimed in the Patents In Suit.

41.    Upon information and belief, the Patents In Suit were procured through inequitable conduct because Klivans failed to disclose to the PTO Tydeman et al., *Teletext and Videotex in the United States:  Market Potential, Technology, Public Policy Issues* (1982), the MacRecorder Sound System audio digitizer product, and the MacRecorder User Guide.  Tydeman was material to the examination of each of the Patents In Suit as it discloses methods and devices for the reception, storage, and menu driven playback of alphanumeric data and audio, including by voice synthesis. The MacRecorder references were material to the examination of each of the Patents In Suit as they disclose methods and devices for the reception via television signal, storage, and menu driven playback of audio.  Klivans knew of these references and their materiality prior to the issuance of each of the Patents In Suit and withheld them from the PTO with the intent to deceive the PTO regarding the patentability of the subject matter claimed in the Patents In Suit.

42.    For the reasons given above, each of the Patents In Suit is unenforceable.

## COUNT I

## Declaration of Non-Infringement of U.S. Patent No. 5,406,626

43.    Motorola incorporates and re-alleges the averments contained in the foregoing paragraphs of its Complaint, as if set forth in full.

44.    There is an actual controversy, within the meaning of 28 U.S.C. §§ 2201 and 2202, between Motorola and Command Audio concerning the noninfringement of the '626 Patent, which requires a declaration of rights by this Court.

45.    Motorola Products do not infringe any valid claim of the '626 Patent.

46.    Motorola is entitled to a declaratory judgment that the manufacture, use, offer for sale, sale and/or importation of Motorola Products do not infringe, directly or indirectly, either literally or equivalently, any valid claim of the '626 Patent.

DEWEY & LeBOEUF LLP
1950 University Avenue, Suite 500
East Palo Alto, CA 94303-2225

Complaint for Declaratory Judgment

47.     Motorola is entitled to further relief, including injunctive relief and damages, pursuant to 28 U.S.C. § 2202, as the Court may deem just and proper.

## COUNT II

### Declaration of Invalidity of U.S. Patent No. 5,406,626

48.     Motorola incorporates and re-alleges the averments contained in the foregoing paragraphs of its Complaint, as if set forth in full.

49.     There is an actual controversy, within the meaning of 28 U.S.C. §§ 2201 and 2202, between Motorola and Command Audio concerning the validity of the claims of the '626 Patent.

50.     The claims of the '626 Patent are invalid for failure to meet the requirements of patentability under 35 U.S.C. §§ 101, 102, 103 and/or 112.

51.     Motorola is entitled to a declaratory judgment that the claims of the '626 Patent are invalid.

52.     Motorola is entitled to further relief, including injunctive relief and damages, pursuant to 28 U.S.C. § 2202, as the Court may deem just and proper.

## COUNT III

### Declaration of Non-Infringement of U.S. Patent No. 5,524,051

53.     Motorola incorporates and re-alleges the averments contained in the foregoing paragraphs of its Complaint, as if set forth in full.

54.     There is an actual controversy, within the meaning of 28 U.S.C. §§ 2201 and 2202, between Motorola and Command Audio concerning the noninfringement of the '051 Patent, which requires a declaration of rights by this Court.

55.     Motorola Products do not infringe any valid claim of the '051 Patent.

56.     Motorola is entitled to a declaratory judgment that the manufacture, use, offer for sale, sale and/or importation of Motorola Products do not infringe, directly or indirectly, either literally or equivalently, any valid claim of the '051 Patent.

57.     Motorola is entitled to further relief, including injunctive relief and damages, pursuant to 28 U.S.C. § 2202, as the Court may deem just and proper.

DEWEY & LeBOEUF LLP
1950 University Avenue, Suite 500
East Palo Alto, CA 94303-2225

13

**COUNT IV**

**Declaration of Invalidity of U.S. Patent No. 5,524,051**

58.    Motorola incorporates and re-alleges the averments contained in the foregoing paragraphs of its Complaint, as if set forth in full.

59.    There is an actual controversy, within the meaning of 28 U.S.C. §§ 2201 and 2202, between Motorola and Command Audio concerning the validity of the claims of the '051 Patent.

60.    The claims of the '051 Patent are invalid for failure to meet the requirements of patentability under 35 U.S.C. §§ 101, 102, 103 and/or 112.

61.    Motorola is entitled to a declaratory judgment that the claims of the '051 Patent are invalid.

62.    Motorola is entitled to further relief, including injunctive relief and damages, pursuant to 28 U.S.C. § 2202, as the Court may deem just and proper.

**COUNT V**

**Declaration of Non-Infringement of U.S. Patent No. 5,590,195**

63.    Motorola incorporates and re-alleges the averments contained in the foregoing paragraphs of its Complaint, as if set forth in full.

64.    There is an actual controversy, within the meaning of 28 U.S.C. §§ 2201 and 2202, between Motorola and Command Audio concerning the noninfringement of the '195 Patent, which requires a declaration of rights by this Court.

65.    Motorola Products do not infringe any valid claim of the '195 Patent.

66.    Motorola is entitled to a declaratory judgment that the manufacture, use, offer for sale, sale and/or importation of Motorola Products do not infringe, directly or indirectly, either literally or equivalently, any valid claim of the '195 Patent.

67.    Motorola is entitled to further relief, including injunctive relief and damages, pursuant to 28 U.S.C. § 2202, as the Court may deem just and proper.

DEWEY & LeBOEUF LLP
1950 University Avenue, Suite 500
East Palo Alto, CA 94303-2225

DEWEY & LeBOEUF LLP
1950 University Avenue, Suite 500
East Palo Alto, CA 94303-2225

1

2

## COUNT VI

### Declaration of Invalidity of U.S. Patent No. 5,590,195

3    68.    Motorola incorporates and re-alleges the averments contained in the foregoing

4    paragraphs of its Complaint, as if set forth in full.

5    69.    There is an actual controversy, within the meaning of 28 U.S.C. §§ 2201 and 2202,

6    between Motorola and Command Audio concerning the validity of the claims of the '195 Patent.

7    70.    The claims of the '195 Patent are invalid for failure to meet the requirements of

8    patentability under 35 U.S.C. §§ 101, 102, 103 and/or 112.

9    71.    Motorola is entitled to a declaratory judgment that the claims of the '195 Patent are

10    invalid.

11    72.    Motorola is entitled to further relief, including injunctive relief and damages,

12    pursuant to 28 U.S.C. § 2202, as the Court may deem just and proper.

13

## COUNT VII

### Declaration of Non-Infringement of U.S. Patent No. 5,751,806

15    73.    Motorola incorporates and re-alleges the averments contained in the foregoing

16    paragraphs of its Complaint, as if set forth in full.

17    74.    There is an actual controversy, within the meaning of 28 U.S.C. §§ 2201 and 2202,

18    between Motorola and Command Audio concerning the noninfringement of the '806 Patent, which

19    requires a declaration of rights by this Court.

20    75.    Motorola Products do not infringe any valid claim of the '806 Patent.

21    76.    Motorola is entitled to a declaratory judgment that the manufacture, use, offer for

22    sale, sale and/or importation of Motorola Products do not infringe, directly or indirectly, either

23    literally or equivalently, any valid claim of the '806 Patent.

24    77.    Motorola is entitled to further relief, including injunctive relief and damages,

25    pursuant to 28 U.S.C. § 2202, as the Court may deem just and proper.

26

27

28

Complaint for Declaratory Judgment

DEWEY & LeBOEUF LLP
1950 University Avenue, Suite 500
East Palo Alto, CA 94303-2225

1

## COUNT VIII

## Declaration of Invalidity of U.S. Patent No. 5,751,806

2

3      78.    Motorola incorporates and re-alleges the averments contained in the foregoing

4    paragraphs of its Complaint, as if set forth in full.

5      79.    There is an actual controversy, within the meaning of 28 U.S.C. §§ 2201 and 2202,

6    between Motorola and Command Audio concerning the validity of the claims of the '806 Patent.

7      80.    The claims of the '806 Patent are invalid for failure to meet the requirements of

8    patentability under 35 U.S.C. §§ 101, 102, 103 and/or 112.

9      81.    Motorola is entitled to a declaratory judgment that the claims of the '806 Patent are

10   invalid.

11     82.    Motorola is entitled to further relief, including injunctive relief and damages,

12   pursuant to 28 U.S.C. § 2202, as the Court may deem just and proper.

13

## COUNT IX

## Declaration of Non-Infringement of U.S. Patent No. 6,330,334

14

15     83.    Motorola incorporates and re-alleges the averments contained in the foregoing

16   paragraphs of its Complaint, as if set forth in full.

17     84.    There is an actual controversy, within the meaning of 28 U.S.C. §§ 2201 and 2202,

18   between Motorola and Command Audio concerning the noninfringement of the '334 Patent, which

19   requires a declaration of rights by this Court.

20     85.    Motorola Products do not infringe any valid claim of the '334 Patent.

21     86.    Motorola is entitled to a declaratory judgment that the manufacture, use, offer for

22   sale, sale and/or importation of Motorola Products do not infringe, directly or indirectly, either

23   literally or equivalently, any valid claim of the '334 Patent.

24     87.    Motorola is entitled to further relief, including injunctive relief and damages,

25   pursuant to 28 U.S.C. § 2202, as the Court may deem just and proper.

26

27

28

Complaint for Declaratory Judgment

DEWEY & LeBOEUF LLP
1950 University Avenue, Suite 500
East Palo Alto, CA 94303-2225

**COUNT X**

**Declaration of Invalidity of U.S. Patent No. 6,330,334**

88.    Motorola incorporates and re-alleges the averments contained in the foregoing paragraphs of its Complaint, as if set forth in full.

89.    There is an actual controversy, within the meaning of 28 U.S.C. §§ 2201 and 2202, between Motorola and Command Audio concerning the validity of the claims of the '334 Patent.

90.    The claims of the '334 Patent are invalid for failure to meet the requirements of patentability under 35 U.S.C. §§ 101, 102, 103 and/or 112.

91.    Motorola is entitled to a declaratory judgment that the claims of the '334 Patent are invalid.

92.    Motorola is entitled to further relief, including injunctive relief and damages, pursuant to 28 U.S.C. § 2202, as the Court may deem just and proper.

**COUNT XI**

**Declaration of Unenforceability of The Patents In Suit**

93.    Motorola incorporates and re-alleges the averments contained in the foregoing paragraphs of its Complaint, as if set forth in full.

94.    There is an actual controversy, within the meaning of 28 U.S.C. §§ 2201 and 2202, between Motorola and Command Audio concerning the unenforceability of the claims of the Patents In Suit.

95.    The Patents In Suit are unenforceable because Command Audio and/or Command Audio's representatives, employees or predecessors engaged in inequitable conduct during the prosecution of the Patents In Suit.

96.    Motorola is entitled to a declaratory judgment that the Patents In Suit are unenforceable.

97.    Motorola is entitled to further relief, including injunctive relief and damages, pursuant to 28 U.S.C. § 2202, as the Court may deem just and proper.

Complaint for Declaratory Judgment

1

**PRAYER FOR RELIEF**

2      WHEREFORE, Motorola asks this Court to enter judgment in its favor against Defendants

3    and grant the following relief:

4          A.    Declaring that no valid claim of U.S. Patent No. 5,406,626 has been infringed,

5    directly or indirectly, literally or equivalently, by the making, using, selling, offering to sell, and/or

6    importing of Motorola Products;

7          B.    Declaring that the claims of U.S. Patent No. 5,406,626 are invalid;

8          C.    Declaring that the claims of U.S. Patent No. 5,406,626 are unenforceable;

9          D.    Declaring that no valid claim of U.S. Patent No. 5,524,051 has been infringed,

10   directly or indirectly, literally or equivalently, by the making, using, selling, offering to sell, and/or

11   importing of Motorola Products;

12         E.    Declaring that the claims of U.S. Patent No. 5,524,051 are invalid;

13         F.    Declaring that the claims of U.S. Patent No. 5,524,051 are unenforceable;

14         G.    Declaring that no valid claim of U.S. Patent No. 5,590,195 has been infringed,

15   directly or indirectly, literally or equivalently, by the making, using, selling, offering to sell, and/or

16   importing of Motorola Products;

17         H.    Declaring that the claims of U.S. Patent No. 5,590,195 are invalid;

18         I.    Declaring that the claims of U.S. Patent No. 5,590,195 are unenforceable;

19         J.    Declaring that no valid claim of U.S. Patent No. 5,751,806 has been infringed,

20   directly or indirectly, literally or equivalently, by the making, using, selling, offering to sell, and/or

21   importing of Motorola Products;

22         K.    Declaring that the claims of U.S. Patent No. 5,751,806 are invalid;

23         L.    Declaring that the claims of U.S. Patent No. 5,751,806 are unenforceable;

24         M.    Declaring that no valid claim of U.S. Patent No. 6,330,334 has been infringed,

25   directly or indirectly, literally or equivalently, by the making, using, selling, offering to sell, and/or

26   importing of Motorola Products;

27         N.    Declaring that the claims of U.S. Patent No. 6,330,334 are invalid;

28         O.    Declaring that the claims of U.S. Patent No. 6,330,334 are unenforceable;

DEWEY & LeBOEUF LLP
1950 University Avenue, Suite 500
East Palo Alto, CA 943003-2225

18

1    P.    Declaring this case exceptional and awarding Motorola its attorneys' fees and

2  costs incurred in this action, pursuant to 35 U.S.C. § 285; and

3    Q.    Granting Motorola such other, further, and different relief as the Court may

4  deem just and proper.

5

6  Dated:  July 21, 2008                    DEWEY & LEBOEUF LLP

7

8                                           By: _____
                                            Wayne M. Harding
                                            Texas SBN: 08978500
9                                           wharding@dl.com
                                            Brian Erickson (*pro hac vice* application filed)
10                                          Texas SBN: 24012594
                                            berickson@dl.com
11                                          401 Congress Avenue, Suite 3200
                                            Austin, TX 78701
12                                          Telephone:  (512) 226-0300
                                            Facsimile:  (512) 226-0333
13
                                            John Downing
14                                          California SBN: 252850
                                            Email:  jdowning@dl.com
15                                          DEWEY & LEBOEUF LLP
                                            1950 University Ave. Suite 500
16                                          East Palo Alto, CA 94303-2225
                                            Telephone:  (650) 845-7000
17                                          Facsimile:  (650) 845-7333

18                                          Attorneys for Plaintiff
                                            **MOTOROLA, INC.**
19

20

21

22

23

24

25

26

27

28

Complaint for Declaratory Judgment

DEWEY & LeBOEUF LLP
1950 University Avenue, Suite 500
East Palo Alto, CA 94303-2225

**Exhibit A**

US005406626A

# United States Patent [19]

## Ryan

| | |
|---|---|
| [11] | **Patent Number:** 5,406,626 |
| [45] | **Date of Patent:** Apr. 11, 1995 |

[54] **RADIO RECEIVER FOR INFORMATION DISSEMENATION USING SUBCARRIER**

[75] Inventor: **John O. Ryan,** Cupertino, Calif.

[73] Assignee: **Macrovision Corporation,** Mountain View, Calif.

[21] Appl. No.: **31,763**

[22] Filed: **Mar. 15, 1993**

[51] Int. Cl.6 .......................... **H04L 9/00; H04B 1/06**
[52] U.S. Cl. ........................................ **380/9; 380/49;**
380/50; 455/45; 364/401; 364/408
[58] Field of Search ................ 340/905; 364/401, 408,
364/409, 424.01; 379/100; 455/45

[56] **References Cited**

### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,247,908 | 1/1981 | Lockhart et al. | 395/325 |
| 4,323,921 | 4/1982 | Guillou | 380/23 X |
| 4,473,824 | 7/1984 | Claytor | 340/825.27 |
| 4,677,552 | 6/1987 | Sibley, Jr. | 364/408 |
| 4,682,368 | 7/1987 | Takahashi | 455/38.1 |
| 4,852,086 | 7/1989 | Eastmond et al. | 370/69.1 |
| 4,868,866 | 9/1989 | Williams, Jr. | 380/49 |
| 4,942,616 | 7/1990 | Linstroth et al. | 381/51 |
| 5,086,510 | 2/1992 | Guenther et al. | 455/90 |
| 5,131,020 | 7/1992 | Liebeany et al. | 379/59 |
| 5,133,010 | 7/1992 | Borth et al. | 381/38 |
| 5,146,473 | 8/1992 | Critchlow et al. | 375/8 |
| 5,146,612 | 9/1992 | Grosjean et al. | 455/45 |
| 5,152,011 | 9/1992 | Schwob | 455/158.5 |
| 5,177,685 | 1/1993 | Davis et al. | 364/443 |
| 5,182,555 | 1/1993 | Sumner | 340/905 |
| 5,239,700 | 8/1993 | Guenther et al. | 455/158.4 |

### FOREIGN PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 0373386 | 6/1990 | European Pat. Off. | G08G 1/0967 |
| 2651352 | 3/1991 | France | G08G 1/096 |
| 4024132 | 2/1992 | Germany | H04L 9/18 |
| 8901429 | 2/1989 | WIPO | B60R 11/02 |

### OTHER PUBLICATIONS

Daniel Kumin, "RBDS Radios on The Way, But Most Suppliers Cautious", *Twice* 4, Jan. 1993, p. 9.

Mark Fleischmann, "Now it's digital FM radio. (The Digital Age Comes Home)", *Popular Science,* Nov. 1990 v237 n5 p77 (3).

Paul Rocheleau, *Radio on Wheels* (book reviews), Consumers Union of the U.S., 1991; First 3 paragraphs only.

Russ Lockwood, "FM sidebands: tuning in to Wall Street" *Personal Computing,* 27 Apr. 1990 v14 n4 p80 (5).

*Primary Examiner*—Bernarr E. Gregory
*Attorney, Agent, or Firm*—Skjerven, Morrill, MacPherson, Franklin & Friel; Norman R. Klivans, Jr.; Gerow D. Brill

[57] **ABSTRACT**

A radio receiver receives FM subcarrier transmissions, and stores the transmitted textual information in a random access memory. The information is typically news, weather, sports, entertainment or other information of interest. A user interface allows selection from the memory of the stored information via a set of menus controlling a hierarchical database, so as to access particular items of information. A speech synthesizer accepts the accessed textual information items and transforms them into spoken speech. The user interface is either by voice or a single or multi-position switch allowing scanning through and selection from the menu items.

**21 Claims, 1 Drawing Sheet**





FIG. 1

5,406,626

1

## RADIO RECEIVER FOR INFORMATION DISSEMENATION USING SUBCARRIER

### BACKGROUND OF THE INVENTION

1. Field of the Invention

This invention relates to a radio broadcasting system for transmission of alphanumeric information to a specially adapted receiver.

2. Description of the Prior Art

Numerous systems transmit information on FM radio subcarriers. See for instance, U.S. Pat. No. 5,152,011 issued to Schwob, Sep. 29, 1992. Also known is a single sideband communication system with FM data capability for transmission of analog voice signals. See U.S. Pat. No. 4,852,086 issued to Eastmond et al., Jul. 20, 1989.

Also known is FM radio sideband broadcasting to specially adapted computers for transmission for instance of news and financial information. Commercially available products available from Mainstream, Telemet, and DeskTop Data broadcast data over FM radio sidebands for receipt by personal computers equipped with special FM radio receivers and software. Typically information is transmitted in digital form, received, and stored in the computer memory for access by the computer user using menu driven software. The data is displayed on the computer screen in conventional alphanumeric form. One product in this category is News Edge, a news service available from DeskTop Data, Inc. of Waltham, Mass. which delivers a number of news and financial information services to a user via FM radio sideband. Software provided with the product scans incoming information and when the incoming information meets parameters set by the user, the information is saved to disk and/or displayed on the computer screen.

These systems have the disadvantage of requiring a personal computer as a platform, and providing information only on a computer screen. The usual computer skills are needed in order to operate such systems, which tend to be quite expensive.

### SUMMARY OF THE INVENTION

A system for receiving information via radio sidebands (subcarriers) includes an FM subcarrier tuner which extracts encrypted data from a radio transmission. Conditional access circuitry decrypts the data which is stored in a random access memory. A user interface (either a simple manual or voice control) driving a hierarchy of menus allows a user to access the information by indicating his selections from the menus; the system then extracts the information from the database in decrypted text form. A speech synthesizer converts the text information to an audio signal for provision to the user via a loud speaker or earphones.

This system may be standalone or a part of an existing radio receiver, sharing components of the radio receiver. One embodiment of the user control is a four way switch (the positions corresponding for instance to the cursor control keys on a computer) for selection from and scanning through the menus. Typically the system includes approximately four megabits of memory, sufficient to store information for 10 hours of audio. The information is for example news, sports, weather, cultural information, advertisements, or commercial listings. The information is transmitted in digital

2

form as (encrypted) ASCII text which is readily stored and voice synthesized.

Other features are user control over the speed at which the synthesized speech is output, and a channel skipping tuner for finding the particular FM radio station subcarrier on which the service is provided. An optional printer produces hard copy output, and the speech synthesizer may under either automatic or user control produce different types of voices. Also, the user has the opportunity to preselect database items, thereby to construct a personal profile so as to extract particular information without having to scan through all the menus.

### BRIEF DESCRIPTION OF THE DRAWING

FIG. 1 shows a block diagram of an apparatus in accordance with the present invention.

### DETAILED DESCRIPTION OF THE INVENTION

FIG. 1 shows a device in accordance with one embodiment of the invention. Conventional FM radio antenna 10 (as used for instance in automobile or portable radios) provides a received radio signal to FM subcarrier tuner 12 of the type well known in the art for extracting an FM subcarrier signal. As is well known, these subcarrier signals are typically transmissions of digitized data on subcarriers leased from commercial FM radio stations. FM subcarrier tuner 12 provides on line 14 the extracted data (which typically is encrypted) to conditional access circuitry 16.

Conditional access circuitry 16 ensures that the data is decrypted only if the proper key or command has been provided, as described below. Conditional access circuitry 16 decrypts the received data (as authorized by microcontroller 20 over lines 22) and in one embodiment provides plain ASCII text (or other alphanumeric text) on line 26 for storage to conventional integrated circuit random access memory (RAM) 28. In one embodiment RAM 28 includes approximately 4 megabits of storage capacity. This information is accessed under control of microcontroller (microprocessor) 20 via control signals at lines 24, to determine which particular items of data stored in RAM 28 are to be provided via output line 32 to speech synthesizer 30.

In other embodiments, the received data is stored as encrypted data or in another convenient form and converted to a form usable by the speech synthesizer prior to being converted to speech. In this case, each data item would be "tagged" with an unencrypted designation to allow retrieval of the stored encrypted data from the database.

Speech synthesizer 30 is of the type commercially available for example from Berkeley Speech Technologies, Berkeley, Calif. This system converts ASCII text into understandable and well modulated audio analog signals. The audio analog signals are provided on line 34 to a conventional audio amplifier 36 and hence to a loud speaker or earphones 38 to be listened to by the user.

User interface 40 inputs commands on line 42 to microcontroller 20 to determine which items of data from random access memory 28 are to be listened to.

The transmitted information is categorized, stored, and accessed in a conventional hierarchial database in RAM 28 under control of microcontroller 20.

In one embodiment user interface 40 is a voice activated command system. For instance the device is turned on and initialized by the user's spoken "ON"

5,406,626

**3**

command. It then responds by vocally announcing via loud speaker **38** the major database categories available e.g. "NEWS", "SPORTS", "ENTERTAINMENT", etc. When the desired category has been announced the user responds by saying "YES". The device then announces again the sub-categories of the selected major category, and the user again selects the desired sub-category with a spoken "YES" until the specific item needed is accessed. For example, the category and sub-category path to the latest news regarding the General Motors Corporation might be "NEWS . . . BUSINESS . . . NATIONAL . . . AUTOMOTIVE . . . GM." The path to a review of the recent movie Aladdin might be "ENTERTAINMENT . . . HOLLYWOOD . . . MOVIE REVIEWS . . . ALADDIN." Typically items will be reached after four or five "YES" responses from the user. In one embodiment three additional spoken commands by the user such as "BACK" "STOP" and "GO" are sufficient to provide the user effective and rapid control of the system.

In another embodiment a switch assembly having for instance four positions (up, down, left, right) corresponding to the familiar cursor control on a computer, with each position indicating one of four commands, is provided for user manual operation. This switch may be adapted to attach to the steering wheel of an automobile, for use by the driver. The control is linked to the rest of the device by wire, infrared, or ultrasonically, as is a conventional television remote control.

Another version uses a one-position control switch. The user briefly depresses the switch to select the category or item as announced or to scan through the menus. Briefly depressing the switch while an actual data item is being read executes "stop." Depressing it again then executes "go." Holding the switch down for a second or two executes "back" at any time, to return to a predetermined point in the database.

The FM subcarrier tuner **12**, microcontroller **20**, conditional access circuitry **16** and random access memory **28** typically remain powered at all times (by battery power if necessary) to receive a continuous update of the broadcast database, and thereby to store current news in RAM **28**.

In one version the device of FIG. 1 is a portable unit (similar to a portable radio) and includes the user voice or manual interface. In another embodiment the device of FIG. 1 is build into a conventional portable radio or automobile radio, sharing where possible common components.

In one embodiment user interface **40** has a speed control to determine the output speed of speech synthesizer **30**. Speech synthesizer **30** may receive information on line **32** faster than normal speaking speed. It is well known that people can understand speech at faster than normal speech rates. Thus the user by pushing a button on the receiver unit or providing the proper verbal command increases the speech speed, so as to obtain information faster, analogous to skimming printed material.

In the embodiment using a voice activated user interface **40**, the number of commands provided is limited (for instance to 5 to 10) and hence a relatively simple commercially available voice input recognition circuit is sufficient.

In another embodiment, the user interface for an automobile-based system is associated with a heads-up display, expected to be available in various automobiles in the near future. This provides visual display of the

**4**

database menu items analogous to a computer screen, to allow faster access to the database menus.

Advantageously, by transmitting and storing the data in text or alphanumeric form (even though encrypted), the required bandwidth of the transmission channel is vastly reduced, as are the memory requirements, thereby substantially reducing the component cost. A typical transmission speed is one kilobaud, as is now used in FM subcarrier transmissions of financial and news information. This is sufficient to download in approximately one hour the needed four megabits of data to random access memory **28**.

In use, after purchase of the unit the user programs it to the frequencies of the local stations providing the transmissions. There may be multiple such stations in one area, due to the limited transmission distance of FM radio. A channel skipping feature (as is now available commercially in various radios) in one embodiment included in microcontroller **20** seeks out stations having a particular signature or frequency, to maintain reception even when moving from the transmission area of one station carrying the service to the transmission area of a second station carrying the service. It would take less than a minute for the system to scan the entire FM band looking for the signature transmission.

The data encryption/access is accomplished in several ways. In one embodiment a simple addressed on/-off command is transmitted (without data encryption) to disable individual units belonging to people who have not paid the required monthly subscription fee to receive the service.

In a more sophisticated encryption system where it is believed there is a problem of manufacture and sale of unauthorized units, then proper data encryption is used, requiring receipt of a key and decryption of the data with decryption circuitry. Hence unauthorized units without such dedicated decryption circuitry would not be operative at all.

In one embodiment of an encryption system, (analogous to pay-per-view cable TV encryption), decryption keys are delivered by radio transmission. Each individual receiver unit has a unique "hidden" key of for instance 40 to 50 binary digits in read only memory. Each unit also has a "public" nonhidden serial number. All transmitted data is conventionally encrypted using a master key which is changed periodically, both to force users to pay for the service and to enhance security. Each receiver unit must receive a master key to decrypt the data transmission.

The master key is transmitted to each unit as follows: Periodically, the transmission of the data is interrupted to transmit key information. The key information is a series of packets, one packet for each individual receiver unit, with each packet including (1) an address field which is the public serial number of a particular unit; followed by (2) a second field which is the current master key encrypted with the unique "hidden key" of the unit having that particular serial number.

The receivers look for these packets (which are denoted by a particular signature or occur at particular times to avoid confusion with the data). When a particular unit receives the packet including its own address (public serial number), it stores and decrypts the subsequent encrypted master key field, thereby obtaining the master key, in order to decrypt subsequent encrypted data.

In a second encryption system embodiment, a uniquely encrypted master key for each individual re-

5,406,626

5                                              6

ceiver is physically delivered to each user periodically (such as once a month). The key could be entered into each unit by a keypad, or the key could be embodied in an electronically readable card or device inserted into a suitable port in the receiver.

In another embodiment, speech synthesizer 30 is controlled to provide a variety of particular voices. These voices are selected by the user, i.e. to be male/female or other voices, or the system is programmed via microcontroller 20 to select different voices for different types of or categories of information.

The device of FIG. 1 as incorporated in a conventional radio uses antenna 10 of the radio. The FM subcarrier tuner 12 is in addition to the conventional radio tuner or could be part of the radio tuner. The other blocks of FIG. 1 (with the exception of amplifier 36 and loud speaker 38) are unique to this system and are added components to a conventional radio.

The above description is illustrative and not limiting; further modifications will be apparent to one of ordinary skill in the art.

I claim:

1. A receiver system comprising:
   a radio tuner for demodulating data from a radio signal;
   a memory for storing the demodulated data as a database;
   a user interface for providing a set of hierarchical menus describing the database, and for accepting selections from the set of menus;
   a controller for selecting data from the database in response to the accepted selections and outputting the selected data in an alphanumeric form; and
   a speech synthesizer for converting the selected data from alphanumeric form to an analog audio signal representing spoken words.

2. The device of claim 1, wherein the radio tuner demodulates the data from an FM radio station carrier.

3. The device of claim 2, wherein the radio tuner includes means for channel skip tuning to a particular FM radio station sideband.

4. The device of claim 1, wherein the memory stores the entire database.

5. The device of claim 1, wherein the extracted data is encrypted, and further comprising a decryptor for decrypting the extracted data.

6. The device of claim 5, wherein the decryptor is enabled by a key received by the radio tuner.

7. The device of claim 5, wherein the decryptor is enabled by a key device connected to the decryptor.

8. The device of claim 1, wherein the alphanumeric form uses an ASCII code that represents alphanumeric text.

9. The device of claim 1, wherein the user interface is voice activated.

10. The device of claim 1, wherein the user interface includes:
    a manual input device for mounting on an automobile steering wheel; and

a wireless link from the manual input device to the controller.

11. The device of claim 1, wherein the user interface includes a control for determining a speed at which the speech synthesizer outputs the analog audio signal.

12. The device of claim 1, wherein the memory stores at least four megabits of the data.

13. The device of claim 1, further comprising:
    an amplifier connected to the speech synthesizer for amplifying the analog audio signal; and
    means for converting the amplified signal to sound.

14. The device of claim 1, further comprising means for connecting the radio tuner to a radio receiver set.

15. The device of claim 1, further comprising a device for making a printed copy of the selected data.

16. The device of claim 1, wherein the speech synthesizer includes means for generating a plurality of voices.

17. The device of claim 16, wherein the means for generating a plurality of voices includes voice selection depending on a category of the selected data.

18. The device of claim 16, wherein the means for generating a plurality of voices includes voice selection in response to user control.

19. The device of claim 1, further comprising means for designating by a user a hierarchy for the database.

20. A method for transmitting alphanumeric data via a radio signal to a receiver, comprising:
    broadcasting the radio signal;
    demodulating the alphanumeric data from the radio signal;
    determining if the data is encrypted and if encrypted, decrypting the alphanumeric data;
    storing the demodulated data in a memory as a database;
    generating a set of menus describing the database;
    selecting items of the alphanumeric data the set of menus;
    selecting from the memory portions of the stored data in response to the selected items, the portions being in alphanumeric form; and
    converting the selected portions from the alphanumeric form to an analog audio signal representing spoken words.

21. A receiver system comprising:
    a radio tuner for receiving a radio signal;
    a demodulator within said radio tuner to detect data in the received signal;
    conditional access circuitry for determining whether the data is encrypted;
    a decryptor for decrypting any of the data that is encrypted;
    a memory for storing the data;
    a user interface for generating a set of menus describing the data, and for accepting selections from the set of menus;
    a controller for selecting data in response to the accepted selections and outputting the selected data in alphanumeric form; and
    a speech synthesizer for converting the selected data from an alphanumeric form to an analog audio signal representing spoken words.

* * * * *

65

**Exhibit B**



US005524051A

# United States Patent [19]

## Ryan

[11] **Patent Number:** **5,524,051**

[45] **Date of Patent:** **Jun. 4, 1996**

[54] **METHOD AND SYSTEM FOR AUDIO INFORMATION DISSEMINATION USING VARIOUS MODES OF TRANSMISSION**

[75] Inventor: **John O. Ryan,** Cupertino, Calif.

[73] Assignee: **Command Audio Corporation,** Sunnyvale, Calif.

[21] Appl. No.: **223,641**

[22] Filed: **Apr. 6, 1994**

[51] Int. Cl.⁶ ................................. **H04L 9/00; H04B 1/06**

[52] U.S. Cl. ................................... **380/9;** 380/49; 380/50; 455/45; 381/34

[58] Field of Search ............................. 455/151.1, 151.2, 455/151.4, 186.1; 381/29, 30, 34, 59, 110; 348/473; 379/88; 380/4, 9, 19, 20, 49, 50

[56] **References Cited**

### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,266,243 | 5/1981 | Shutterly | 380/19 |
| 4,393,277 | 7/1983 | Besen et al. | 379/88 |
| 4,473,824 | 9/1984 | Claytor | 340/825.27 |
| 4,682,368 | 7/1987 | Takahashi | 455/38.1 |
| 4,788,543 | 11/1988 | Rubin | 340/825.44 |
| 5,042,070 | 8/1991 | Linna et al. | 381/59 |
| 5,210,611 | 5/1993 | Yee et al. | 348/473 |

### FOREIGN PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 0128093 | 12/1984 | European Pat. Off. | H04N 7/08 |
| 0552051 | 7/1993 | European Pat. Off. | H04M 3/50 |
| 2651352 | 3/1991 | France | G08G 1/096 |
| WO8704309 | 7/1987 | WIPO | H04B 7/00 |

*Primary Examiner*—Bernarr E. Gregory
*Attorney, Agent, or Firm*—Gerow D. Brill

[57] **ABSTRACT**

A system and method of information dissemination that permits the user to listen to the specific content of information when and where he or she wants to. A radio or television receiver system receives information from an FM subcarrier, a television vertical blanking interval transmission, an active picture area television transmission a television separate audio program transmission or a dedicated radio channel and stores the transmitted information in a memory. A user interface allows selection from the memory of the stored information via a set of menus controlling a hierarchical database, so as to access particular items of the information. Typically the system includes RAM and/or a magnetic storage medium such as a digital audio tape, a magneto-optical mini-disk, a magnetic disk or optical disk, sufficient to store information for several hours of audio output. A decompression device accepts the accessed compressed digital audio information items and transforms them into audible speech signals. The user interface is either a voice control or a single or multi-position switch allowing scanning through and selection from the menu items. The system is also capable of transmitting alphanumeric data and converting this alphanumeric data to an audible form using a voice synthesizer.

**47 Claims, 4 Drawing Sheets**





**Figure 1**



**Figure 2**



Figure 3



**Figure 4**

5,524,051

**1**

## METHOD AND SYSTEM FOR AUDIO INFORMATION DISSEMINATION USING VARIOUS MODES OF TRANSMISSION

### CROSS REFERENCE TO RELATED APPLICATION

This invention is related to a copending commonly owned application Ser. No. 08/181394, filed Jan. 12, 1994 entitled A METHOD AND SYSTEM FOR INFORMATION DISSEMINATION USING VARIOUS MODES OF TRANSMISSION by John O. Ryan which is a Continuation-in-Part of application Ser. No. 08/031,763, filed Mar. 15, 1993 entitled RADIO RECEIVER FOR INFORMATION DISSEMINATION USING SUBCARRIER BY John O. Ryan, now U.S. Pat. No. 4,706,620.

### BACKGROUND

1. Field of Invention

This invention relates to a radio or television broadcasting system for transmission of audio and text information and more specially to transmitting digitized audio data and text data.

2. Description of the Prior Art

Numerous systems transmit information on FM radio subcarriers. See for instance, U.S. Pat. No. 5,152,011 issued to Schwob, Sep. 29, 1992. Also known is a single sideband communication system with FM data capability for transmission of analog voice signals. See U.S. Pat. No. 4,852,086 issued to EastmoLd et al., Jul. 20, 1989.

Also known is FM radio sideband broadcasting to specially adapted computers for transmission for instance of news and financial information. Commercially available products available from Mainstream, Telemet, and DeskTop Data broadcast data over FM radio sidebands for receipt by personal computers equipped with special FM radio receivers and software. Typically information is transmitted in digital form, received, and stored in the computer memory for access by the computer user using menu driven software, The data is displayed on the computer screen in conventional alphanumeric form. One product in this category is News Edge, a news service available from DeskTop Data, Inc. of Waltham, Mass. which delivers a number of news and financial information services to a user via FM radio sideband. Software provided with the product scans incoming information and when the incoming information meets parameters set by the user, the information is saved to disk and/or displayed on the computer screen.

These systems have the disadvantage of requiring a personal computer as a platform, and providing information only on a computer screen. The usual computer skills are needed in order to operate such systems, which tend to be quite expensive.

Data can also be transmitted in the Vertical Blanking Interval of a television transmission. The Federal Communications Commission has set aside several lines of the Vertical Blanking Interval for point to multipoint data transmission which may be sold to interested users.

In addition to using the Vertical Blanking Interval, data can be transmitted via a television channel using 384 Kpbs transmission system during the active video portion of the television channel using a system available from Wave-Phore, Inc. This system piggybacks digital data within the active area of an existing broadcast signal, without interfer-

**2**

ing with the regular television picture. The decoded data can include text and sound.

An additional channel of communication for data or audio transmission is the Separate Audio Program channel available in television broadcasting.

All of these systems have the disadvantage that the listener or user of the data is restricted to a specific place or time to access the information. The portable radio, be it hand held or in an automobile, also limits the user to accessing only the information that is presently being transmitted.

### SUMMARY

The present system and method permits the user to listen to a specific news or information item when and where he or she wants to. The present invention is directed to a method and system for information dissemination using various modes of transmission and that satisfies the individual needs of such a user. The invention includes a system for receiving information via a tuner that extracts digitized alphanumeric data and/or compressed audio data from the Vertical Blanking Interval of a television station's video signal, the active television picture area using the WavePhore system, the Separate Audio Program (SAP) signal from a television station's audio signal, or a system for receiving the digitized alphanumeric data or compressed audio information via radio sidebands (subcarriers) which include an FM subcarrier of an FM broadcast signal. In addition, a suitable dedicated transmission facility may be provided. Conditional access circuitry in the receiver decrypts the previously encrypted digitized alphanumeric data or compressed audio data which is then stored as a database in a memory. A user interface (for instance either a simple manual switch or voice activated control) driving a hierarchy of menus allows the user to access the information by indicating his selections from the menus. The system then extracts the information from the database. A speech producing device including a decompression system and a digital to analog converter (D/A) or other speech producing device converts the extracted data to an audio signal for provision to the user via a loud speaker or earphones.

This system may be stand alone or be a part of an existing radio receiver, sharing components of the radio receiver. One embodiment of the user interface is a four way switch (the positions corresponding for instance to the cursor control keys on a computer) for selection from and scanning through menus listing various categories of information. Typically the system includes either volatile or non-volatile RAM (random access memory) or a non-volatile storage medium such as a digital audio tape, a magneto-optical mini-disk, a magnetic disk or optical disk, sufficient to store information e.g. for a few hours of audio. The information is for example news, sports, weather, cultural information, advertisements, commercial listings or music. The information is transmitted in encrypted digital form using data compression techniques. The use of encryption techniques controls access to the information data base as a whole or to selected parts that the user has contracted for.

Another feature is a channel skipping tuner for finding the particular FM radio station subcarrier, TV station vertical blanking interval, active TV picture area channel or TV station SAP channel on which the service is provided. The speech producing device may be under either automatic or user control to produce different speeds of the audio output. This control of the speed of the audio may change the pitch or change the spacing between words. Also, the user has the

5,524,051

3

opportunity to preselect database items, thereby to construct a personal profile so as to extract particular information without having to scan through all the menus.

BRIEF DESCRIPTION OF THE DRAWING

These and other features and other aspects of the present invention will become better understood with reference to the following description, appended claims and accompanying drawings where:

FIG. 1 shows a block diagram of a receiving apparatus in accordance with the present invention;

FIG. 2 shows a block diagram of a transmission system in accordance with the present invention;

FIG. 3 shows a block diagram of an alternative embodiment of the apparatus of FIG. 1; and

FIG. 4 shows a block diagram of a second alternative embodiment of the apparatus of FIG. 1.

DETAILED DESCRIPTION

FIG. 1 shows a receiving apparatus 10 in accordance with one embodiment of the invention. A broadcast signal is received from an antenna 11 (as used in automobile or portable applications) which provides a received radio broadcast signal or television broadcast signal to a tuner 12. Each audio data item is "tagged" with a designation to allow retrieval of the stored encrypted audio data from the database. Tuner 12 is either an FM Subcarrier tuner of the type well known in the art for extracting an FM broadcast subcarrier signal; a television tuner designed to produce the output of the Vertical Blanking Interval, or active picture area or of a Separate Audio Program channel from a television broadcast signal; or a dedicated radio channel tuner. In the case of an FM subcarrier tuners as is well known, the subcarrier signals are typically transmissions of digitized data on subcarriers leased from commercial FM stations. The Vertical Blanking Interval is already available for point to multipoint transmission. As discussed above, the active picture area of a television transmission can be used using the WavePhore system. The tuner 12 provides on line 14 the extracted digitized audio data (which is typically encrypted) to conditional access circuitry 16 and to microcontroller (controller) 20 (described below) on line 18.

Conditional access circuitry 16 ensures that the encrypted data on line 14 is decrypted only if the proper key or command has been provided, as described below. Conditional access circuitry 16 decrypts the received data (as authorized by microcontroller 20 over line 22a) and provides same on line 26 as plain (decrypted data) for storage to the memory 28 which may be conventional integrated circuit random access memory (RAM). Memory 28 may be volatile or non-volatile integrated circuit (random access memory), Memory 28 may include a nonvolatile storage medium such as a digital audio tape, a magneto-optical mini-disk, a magnetic disk or an optical disk, with sufficient capacity to store information for several hours of audio output data.

In order to provide the needed quantity of audio data in a minimum time frame, to minimize bandwidth requirements and to minimize the memory requirement, the original audio data is one embodiment subject to a data compression algorithm at the transmitter to compress the data sufficiently. (This data compression circuitry as shown in FIG. 2 is discussed later.) The receiving apparatus 10 includes a companion decompression algorithm in the decompression

4

circuitry 39, connected to the output of memory 28 by line 43 to provide the decompressed data to the digital to analog converter 30 for conversion of the digitized data to analog audio signals.

The conditional access circuitry 16 and microcontroller 20 are further described below. The decrypted compressed data output of the memory 28 is accessed under control of microcontroller (microprocessor) 20 via control signals at line 22b, to determine which particular items of data stored in memory 28 are to be provided via output line 43 to the decompression circuitry 39.

Some of the data that a user uses in such a system may be in alphanumeric form that can be easily transmitted in that form and converted to audio at the receiver via speech synthesis. Such data is transmitted in alphanumeric form for bandwidth, speed and memory conservation considerations. In order to accommodate the dual transmission of alphanumeric data as well as audio data, switch 46 controlled by microcontroller 20 on line 47 determines whether the currently accessed data is in the form of originally alphanumeric data or compressed audio data. When originally alphanumeric data is being accessed, the alphanumeric data is provided via line 43 to a speech (voice) synthesizer 45 whose audio output is connected to switch 46 for connection to conventional audio amplifier 36 and loudspeaker or earphone 38.

User interface 40 inputs commands on line 42 to microcontroller 20 to determine which data from memory 28 are to be accessed. The information is categorized, stored, and accessed as a conventional hierarchical database stored in memory 28 under control of microcontroller 20. User interface 40 (either a simple manual or voice control) driving a hierarchy of menus allows a user to access the information by indicating his selections from the menus.

In one embodiment user interface 40 is a voice activated command system. For instance the device is turned on and initialized by the user's spoken "ON" command. It then responds by audibly announcing via loud speaker 38 the major database categories available e.g. "NEWS", "SPORTS", "ENTERTAINMENT", etc. When the desired category has been announced, the user responds by saying "YES". The device then announces again the sub-categories of the selected major category, and the user again selects the desired sub-category with a spoken "YES" until the specific item needed is accessed. For example, the category and sub-category path to the latest news regarding the General Motors Corporation might be "NEWS . . . BUSINESS . . . NATIONAL . . . AUTOMOTIVE . . . GM."0 The path to a review of the recent movie Aladdin might be "ENTERTAINMENT . . . HOLLYWOOD . . . MOVIE REVIEWS . . . ALADDIN." Typically items will be reached after four or five "YES" responses from the user. In one embodiment three additional spoken commands by the user such as "BACK" "STOP" and "GO" are sufficient to provide the user effective and rapid control of the system.

In another embodiment, a manual input device such as a switch assembly having for instance four positions (up, down, left, right) corresponding to the familiar cursor control on a computer, with each position indicating one of four commands, is provided for user manual operation. This switch may be adapted to attach to the steering wheel of an automobile, for use by the driver. The control is linked to the rest of the receiver apparatus 10 by wire, infrared, or ultrasonically, as is a conventional television remote control.

Another version of the user interface 40 includes a one-position control switch. The user briefly depresses the

5,524,051

5

switch to select the category or item as announced or to scan through the menus. Briefly depressing the switch while an actual data item is being read executes "stop". Depressing it again then executes "go." Holding the switch down for e.g. a second or two executes "back" at any time, to return to a predetermined point in the database.

For full effectiveness the receiver apparatus 10 may be at least partly powered on 24 hours a day. In order to conserve power the received data may be first stored in random access memory (RAM) which is a part of memory 28 which consumes little power and when the RAM is full, transferred to a storage medium such as a digital audio tape, a magneto-optical mini-disk, a magnetic disk or an optical disk. Tuner 12, microcontroller 20, conditional access circuitry 16 and memory 28 are the elements that typically remain powered on at all times (by battery power if necessary) to receive a continuous update of the broadcast information, and thereby to store current data in memory 28.

When using the Vertical Blanking Interval to transmit data, it is possible to transmit at a rate of 2 megabits per second on 6 consecutive Vertical Blanking Interval lines each with a 50 microseconds duration to provide a 24,000 bit per second channel with a 50% error correction overhead.

In one version the receiver apparatus 10 of FIG. 1 is a portable unit (similar to a portable radio) and includes in the housing the user voice or manual interface 40. In another embodiment the receiver apparatus of FIG. 1 is built into a conventional portable radio or automobile radio, sharing where possible common components and where appropriate a separate user interface 40.

In one embodiment user interface 40 includes a speed control to determine the output speed of speech output. The digital to analog converter 30 or the voice synthesizer 45 may receive data faster than normal speaking speed. It is well known that people can understand speech at faster than normal speech rates. Thus the user interface 40, increases the speech speed as described above, so as to obtain information faster, analogous to skimming printed material. This speeding up can use well known techniques that change the pitch or eliminate the gaps between words. A similar slowing down approach can be used in case the user wants to carefully note what is being said, for example while taking notes.

In the embodiment using a voice activated user interface 40, the number of commands provided is typically limited (for instance to 5 to 10) and hence a relatively simple commercially available voice input recognition circuit is sufficient.

In another embodiments the user interface for an automobile-based system is associated with a heads-up display, expected to be available in various automobiles in the near future. This provides visual display of the database menus analogous to a computer screen, to allow faster access to the database menus.

Advantageously, by transmitting and storing the audio data in a compressed form (even though encrypted), the required bandwidth of the transmission channel is vastly reduced, as are the requirements of memory 28, thereby substantially reducing the component cost of memory 28. When used in FM subcarrier transmission, the typical transmission speed is one kilobaud. In an SAP channel, the typical speed of transmission is 15 kilobaud.

In use, after acquisition of the receiving apparatus 10, the user programs it to the frequencies of the local stations providing the transmissions. There may be multiple such stations in one area, due to the limited transmission distance

6

of FM radio and TV signals. A channel skipping feature (as is now available commercially in various radios) in one embodiment included in microcontroller 20 seeks out stations having a particular signature or frequency, to maintain reception even when moving from the transmission area of one station carrying the service to the transmission area of a second station carrying the service. It will take less than a minute for the system to scan the entire FM band or TV band looking for the signature transmission.

The data decryption/access of block 16 is accomplished in several alternate ways. In one embodiment a simple addressed on/off command is transmitted (without data encryption) to disable individual receiver apparatuses belonging to users who have not paid the required (e.g. monthly) subscription fee to receive the service. The decryption can be used to provide access to the entire data base or to individual parts of the data base depending on what the user has paid for.

In an alternate more sophisticated decryption system where it is believed there is a problem of manufacture and sale of unauthorized receiver units, proper data encryption is used, requiring receipt of a key and decryption of the received data with decryption circuitry in block 16. Hence unauthorized receiver units without such dedicated decryption circuitry will not be operative at all.

In one embodiment of a decryption system, (analogous to pay-per-view cable TV encryption), decryption keys are delivered by radio transmission. Each individual receiver unit has a unique "hidden" key of for instance 40 to 50 binary digits in read only memory. Each unit also has a "public" non hidden serial number. All transmitted data is conventionally encrypted using a master key which is changed periodically to enhance security. Each receiver unit receives a master key to decrypt the data transmission.

The master key is transmitted to each unit as follows:

Periodically, the broadcast transmission of the data is interrupted to transmit key information. The key information is a series of packets, one packet for each individual receiver unit, with each packet including (1) an address field which is the public serial number of a particular receiver unit; followed by (2) a second field which is the current master key encrypted with the unique "hidden key" of the receiver unit having that particular serial number.

The receiver units look for these packets (which are denoted by a particular signature or occur at particular times to avoid confusion with the data). When a particular receiver unit receives the packet including its own address (public serial number), it stores and decrypts the subsequent encrypted master key field, thereby obtaining the master key, in order to decrypt subsequent encrypted data.

In a second decryption system embodiment, a uniquely encrypted master key for each individual receiver unit is physically delivered to each user periodically (such as once a month). The key is entered into each receiver unit by a keypad, or the key is embodied in an electronically readable card or device inserted into a suitable port in the receiver unit.

In another embodiment, voice synthesizer 45 is controlled to provide a variety of particular voices. These voices are selected by the user, i.e. to be male/female or other voices, or the system is programmed via microcontroller 20 to select different voices for different types of or categories of information.

The device of FIG. 1 as incorporated in a conventional radio or television receiver uses the antenna 11 of the radio or television receiver. The tuner 12 may be in addition to the

5,524,051

7

conventional radio or television tuner or may be part of the radio or television tuner. The other blocks of FIG. 1 (with the exception of amplifier 36 and loud speaker 38) are unique to this system and are added components to a conventional radio or television receiver.

Another embodiment may encompass all of the elements of the receiver unit except the interface 40 and audio elements 36, 38 in a device located in the trunk of an automobile, similar to CD music systems, with an output mini radio transmitter tuned to an unused FM or AM radio channel. This radio transmitter output would be coupled to the standard automobile radio antenna for outputting of the audio signal to the user.

Another embodiment of the receiver may provide for the reception and storage of the data in a home base unit wherein the received data is stored on disk storage (as discussed above) and the disk is played back on the portable (automobile). A further variant includes a home base unit containing all the features of an automobile unit which can be unplugged from the home base and plugged into an automobile unit for continuing use while the user is in the automobile.

The transmitting portion of the system is illustrated in FIG. 2 indicating the following steps and elements. The data generating portion 51 contains the usual human (non-electronic) steps of news and information gathering 55 and the news and information classification and formatting 56. These are the data gathering and organizing steps typical of any news service that provides a data base. For the audio transmission, this news and other audio information is input into the electronics portions, by speaking into a microphone (not shown), the output of which is provided to a convertor 60 which converts the analog audio signals to a digitized audio data form. The digitized audio data is compressed for memory and bandwidth considerations in compression circuitry 57. The compressed digitized audio is encrypted in data encryption circuitry 58 according to key distribution instructions from a billing/subscriber unit 59. This billing/subscriber is a human input to the system that determines the decryption key appropriate for an individual subscriber. The encrypted digitized audio data establishes a data base.

When it is advantageous to use originally alphanumeric information, such originally alphanumeric information from news and classification and formatting step 56 is conventionally put into a form for transmission and encrypted by data encryption circuitry 64 which is similar to data encryption circuitry 58. Switch 61 is controlled by an operator to determine whether the system transmits compressed digitized audio or alphanumeric information. The Data from switch 61 is sent by a transmission path such as a dedicated telephone line 63 to a transmission station such as an existing radio and television station 50.

In order to provide the needed quantity of audio data in a reasonable time frame, to conserve bandwidth and save memory space in the receiver, the audio data is passed through a data compression algorithm at the transmitting end. This data compression is included in block 57 in FIG. 2. In addition to data compression, since the transmission facility is not transmitting the information in a "live" fashion as with most broadcasting facilities, the transmission facility can maximize the use of the available bandwidth of transmission or available memory by not only using the above mentioned data compression techniques, but can transmit the data at a rate unrelated to the speed of speech. The speed of transmission of the data can be faster than the "real time" speech when broadcast bandwidth considerations permit. In

8

addition, the speed of transmission can be slower than the "real time" speech if only a narrower broadcast bandwidth is to be used. This variation in transmission speed affects the time required to transmit a given amount of information. The variation in the speed and the amount of speech compression can be dynamic and be a function of the nature of the information being transmitted.

The completed data on line 63 is inserted into the FM subcarrier, Separate Audio Program channel, the active picture or the television Vertical Blanking Interval using a conventional data insertion device 62 for transmission by conventional television or radio transmitter 53 via antenna 54, in addition to conventional audio and video program generation of material from element 52.

In the embodiments of FIGS. 1 and 2 the order of the elements may be varied for particular needs of a system. In an alternative embodiment in FIG. 3 including many elements identical to FIG. 1, memory 28 receives and stores encrypted data on line 14 prior to processing by conditional access circuitry 16.

In an alternative embodiment in FIG. 4, decompression circuitry 39 performs its function prior to storage of the digital data in memory 28. This embodiment assumes that there is no need to conserve use of memory 28.

A system for audio information dissemination as described above creates possibilities of uses beyond information transmitted by voice or alphanumeric data. By selectively controlling the compression and data transmission rate the system permits the transmission of music. The transmission of music allows a "Walkman™" type portable receiving device to receive only music. These broadcast transmissions may include e.g. a Top Ten list of rock music for teenagers, or other combinations programmed by the transmission facility. This special portable receiver has all the elements of the system described above except for voice synthesizer 45 and switch 46. The loud speaker 38 is replaced by a headset. User interface 40 includes a push button to select specific musical selections. The conditional access circuitry 16 is programmed to receive only the type of musical selections the user has contracted for. In order to conserve power and space, memory 28 includes only random access memory (RAM) sufficient to store the length of music play required. A separate long life power source is incorporated to keep tuner 12, conditional access circuitry 16, microcontroller 20 and memory 28 active to receive the broadcast music when the user is not using the portable receiver. Decompression circuitry 39, digital to analog converter 30 and audio amplifier 36 are powered in addition to the above noted elements (12, 16, 28 and 20) only when the user is listening to the music. Tuner 12 is adapted to one of the transmission channels described above; the SAP, the Vertical Blanking Interval of a television channel an active picture television channel or an FM Subcarrier transmission.

For a broadcast medium, in addition to the FM subcarriers Separate Audio Program channel, the television active picture area or the television Vertical Blanking Interval means of transmitting the data, a dedicated radio channel can be used in accordance with the invention. An example of such a dedicated radio channel is dedicated cellular telephone channel. Cellular telephone systems have a central transmitter in each cell that accommodate thousands of telephone calls within its cello One of the channels in each cell of such a system may be dedicated to transmission of data dedicated receivers. An addition dedicated channel may include a satellite transmission of the data.

Since some subscribers may not have their receiver units on when certain data is transmitted, it is apparent that the

5,524,051

**9**

broadcasting facility 50, 51 will update the data base from time to time even if no new information has been recently generated at step 55. The data for a particular news item may include a date time code to indicate to the user the currency of the information.

While preferred forms of the invention have been shown in the drawings and described, since variations in the preferred form will be apparent to those skilled in the art, the invention should not construed as limited to the specific form shown and described, but instead is as set forth in the following claims.

I claim:

1. A receiver to receive data in a transmitted signal comprising:

a tuner for extracting said data from said transmitted signal;

a memory coupled to said tuner for storing said extracted data;

a user interface for providing a set of menus relating to said data, and for indicating selections from said set of menus;

a controller coupled to said memory and to said user interface for selecting data from said memory in response to said indicated selections and providing said selected data; and

a speech producing portion for converting said selected data to an analog signal.

2. The device of claim 1, wherein said data includes news, stock information, and music.

3. The device of claim 1, wherein said tuner is an FM radio station subcarrier tuner.

4. The device of claim 1, wherein said tuner extracts said data from a transmitted television signal carrier.

5. The device of claim 4, wherein said tuner extracts data from a blanking interval of said transmitted television signal carrier.

6. The device of claim 4, wherein said tuner extracts data from an active picture area of said transmitted television signal carrier.

7. The device of claim 4, wherein said tuner is a separate audio programming channel tuner.

8. The device of claim 1, wherein said tuner is tuned to a cellular telephone channel.

9. The device of claim 1, wherein said tuner is tuned to a satellite channel.

10. The device of claim 1, wherein data stored in said memory comprises an entire database.

11. The device of claim 10, said data including elements for designating a hierarchy for said database.

12. The device of claim 1, wherein said memory comprises volatile integrated circuit memory and non-volatile storage.

13. The device of claim 12, wherein said non-volatile storage is selected from the group consisting of a magnetic tape, a magneto-optical disk, a magnetic disk, an optical disk, and a non-volatile integrated circuit memory.

14. The device of claim 1, wherein said extracted data is digitized audio data.

15. The device of claim 14, wherein said digitized audio data is compressed.

16. The device of claim 14, wherein said digitized audio data is encrypted.

17. The device of claim 1, wherein said extracted data is alphanumeric data.

18. The device of claim 17, wherein said speech-producing portion includes a speech synthesizer for converting said alphanumeric data to said analog signal.

**10**

19. The device of claim 1, wherein said extracted data is data that has been digitized, encrypted and compressed, and further comprising a decryptor coupled to said controller and to said memory for providing access to and decrypting said extracted data.

20. The device of claim 19, wherein said decryptor is enabled by a key device connected to said decryptor.

21. The device of claim 19, wherein said decryptor is enabled by a key received by said tuner.

22. The device of claim 1, wherein said device includes decompression circuitry coupled to said memory to decompress said extracted data.

23. The device of claim 1, wherein said user interface is voice activated.

24. The device of claim 1, wherein said user interface includes:

a manual input device on a steering wheel; and

a link from said manual input device to said controller.

25. The device of claim 1, wherein said user interface includes a control for determining a speed at which said speech producing portion outputs said analog signal.

26. The device of claim 1, wherein said tuner includes a channel skip tuning portion.

27. The device of claim 1, said speech-producing portion comprising:

a convertor for converting said selected data to an analog signal; and

an amplifier for amplifying said analog signal.

28. The device of claim 1, said receiving system being adapted to connection to at least an antenna of an automobile radio set.

29. The device of claim 1, said controller storing said extracted data in a an integrated circuit portion of said memory up to the capacity of said integrated circuit portion before transferring said extracted data to a storage portion of said memory, wherein said storage portion is selected from the group consisting of disk medium, tape medium and a non-volatile integrated circuit memory.

30. The device of claim 29, wherein said tape medium is a digital audio tape.

31. The device of claim 29, wherein said disk medium is a magnetic disk.

32. The device of claim 29, wherein said disk medium is a magnetic-optical disk.

33. The method of claim 29, wherein said disk medium is an optical disk.

34. A receiver for receiving a transmitted signal including compressed data, comprising:

a tuner connected to receive said transmitted signal at an input terminal thereof and having an output terminal;

a decryptor having an input connected to said output terminal of said tuner, and having an output terminal;

a user interface device connected to said decryptor, said interface comprising a set of menus relating to said data, and for indicating selections from said set of menus;

a memory having an input port connected to said output terminal of said decryptor, and having an output port;

a decompression circuit having an input terminal connected to said output port of said memory and having an output terminal; and

a converter having an input terminal connected to said output terminal of said decompression circuit, and having an output terminal for providing an analog signal.

5,524,051

**11**

35. The receiver of claim 34, wherein said output terminal for providing an analog signal is a headset connection.

36. The receiver of claim 34, further comprising:

a voice synthesizer circuit having an input terminal connected to said output port of said memory and having an output terminal; and

a switch having two input terminals connected respectively to said output terminals of said voice synthesizer and of said converter, said switch having an output terminal for providing an analog signal, and

further having a control terminal connected to said decryptor.

37. The receiver of claim 34, wherein said decryptor includes:

access circuitry connected between said output terminal of said tuner and said input port of said memory, and having a control terminal; and

a microcontroller connected between said control terminal of said access circuitry and said user interface.

38. The receiver of claim 34, wherein said receiver is a portable receiver.

39. The receiver of claim 34, wherein said receiver is programmed for receipt of musical selections.

40. A method for receipt of transmitted digital compressed data, comprising the steps of:

tuning to a broadcast signal including said digitized data;

extracting said digital data from said broadcast signal;

decrypting said extracted digital data;

storing said decrypted data;

accessing portions of said stored data in response to user commands;

decompressing said accessed portions of said data; and

converting said decompressed data to an analog signal.

41. A system for transmission of audio data comprising:

a converter for converting audio information to digital data;

a compressor for compressing said audio data;

an encryptor for encrypting said digital audio data;

an inserter for inserting said compressed encrypted digital data into a transmission channel signal;

a tuner for extracting said digital data from said transmission signal;

a memory for storing said extracted data;

a user interface for providing a set of menus to a user describing said stored data;

a controller for selecting data from said memory in response to selections from said menus;

a decryptor for decrypting selected data;

a decompressor for decompressing said selected data;

a converter for converting said digital data to analog audio data.

42. A method for transmission of audio data, comprising the steps of:

converting said data to digitized data;

arranging said data into specific areas according to a menu list;

compressing said digitized data;

**12**

encrypting said digitized data; and

transmitting said compressed and encrypted digitized data.

43. The method of claim 42, wherein a speed of transmission of said data is varied thereby to efficiently use available bandwidth of said transmitted signal.

44. The method of claim 42, further comprising the steps of:

providing digitized alphanumeric data;

encrypting said alphanumeric data;

transmitting said encrypted alphanumeric data; and

selecting said compressed data or said encrypted alphanumeric data.

45. A method for transmitting audio data, comprising the steps of:

converting said audio data to digitized data;

forming menus for selection of particular element of said data base;

compressing said digitized audio data;

encrypting said compressed data;

transmitting a signal including said encrypted and compressed data;

extracting said data from said transmitted signal;

storing said extracted data;

providing a set of menus for accessing said data;

selecting items from said set of menus;

providing portions of said stored data in response to said selection of items;

decrypting said provided portions of said stored data;

decompressing said decrypted data; and

converting said decompressed data to an analog signal.

46. A method for transmitting alphanumeric data, comprising the steps of:

converting said alphanumeric data to digitized data;

forming menus for selection of particular segments of said data; encrypting said digitized data;

transmitting said encrypted data;

extracting said data from said transmitted signal;

storing said extracted data;

providing a set of menus for accessing said data;

selecting items from said set of menus;

providing portions of said stored data in response to said selection of items;

decrypting said provided portions of said stored data; and

converting said decrypted portions to analog signal.

47. A system for providing compressed digital audio data to a transmitter, comprising:

an analog to digital converter having an input terminal connected to receive an audio signal and having an output terminal; and

menu selection, data compression and encryption circuitry having an input terminal connected to said output terminal of said converter, and having an output terminal connection to said transmitter.

* * * * *

**Exhibit C**



US005590195A

# United States Patent [19]

## Ryan

[11] **Patent Number:** **5,590,195**

[45] **Date of Patent:** **Dec. 31, 1996**

[54] **INFORMATION DISSEMINATION USING VARIOUS TRANSMISSION MODES**

[75] Inventor: **John O. Ryan,** Cupertino, Calif.

[73] Assignee: **Command Audio Corporation,** Sunnyvale, Calif.

[21] Appl. No.: **181,394**

[22] Filed: **Jan. 12, 1994**

### Related U.S. Application Data

[63] Continuation-in-part of Ser. No. 31,763, Mar. 15, 1993, Pat. No. 5,406,626.

[51] Int. Cl.⁶ ................................. **H04L 9/00;** H04B 1/06
[52] U.S. Cl. .................................... **380/9;** 380/49; 380/50; 455/45; 395/201; 395/235
[58] Field of Search ............................... 380/4, 9, 49, 50, 380/28, 48, 19; 379/88, 100; 348/473; 381/29, 30, 34, 59, 110; 455/151.1, 151.2, 151.4, 186.1, 56.1, 45; 375/200; 340/825, 44; 364/401, 408, 409, 424.01, 401 R

[56] **References Cited**

#### U.S. PATENT DOCUMENTS

| | | |
|---|---|---|
| 4,266,243 | 5/1981 | Shutterly ..................................... 380/19 |
| 4,393,277 | 7/1983 | Besen et al. ............................... 379/88 |
| 4,608,456 | 8/1986 | Paik et al. .................................. 380/28 |
| 4,682,368 | 7/1987 | Takahashi ............................... 455/38.1 |
| 4,683,586 | 7/1987 | Sakamoto et al. ........................ 380/48 |
| 4,752,953 | 6/1988 | Paik et al. .................................. 380/9 |
| 4,788,543 | 11/1988 | Rubin ............................... 340/825.44 |
| 5,042,070 | 8/1991 | Linna et al. ............................... 381/59 |
| 5,206,641 | 4/1993 | Grant et al. ............................. 340/905 |
| 5,210,611 | 5/1993 | Yee et al. ................................ 348/473 |
| 5,295,154 | 3/1994 | Meier et al. ............................ 375/200 |

### FOREIGN PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 2651352 | 3/1991 | France | ............................ G08G 1/096 |
| WO8704309 | 7/1987 | WIPO | ............................. H04B 7/00 |

*Primary Examiner*—Bernarr E. Gregory
*Attorney, Agent, or Firm*—Gerow D. Brill

[57] **ABSTRACT**

A system and method of information dissemination that permits the user to listen to the specific content of information when and where he or she wants to. A radio or television receiver system receives information from an FM subcarrier, a television vertical blanking interval transmission, a television separate audio program transmission or a dedicated radio channel and stores the transmitted information in a memory. A user interface allows selection from the memory of the stored information via a set of menus controlling a hierarchical database, so as to access particular items of information. Typically the system includes RAM and/or a storage medium such as a digital audio tape, a magneto-optical mini-disk, a magnetic disk or optical disk, sufficient to store information for 10 hours of audio. A decompression device accepts the accessed compressed digital audio information items (which may have been encrypted) and transforms them into spoken speech. The user interface is either by voice or a single or multi-position switch allowing scanning through and selection from the menu items. The signal to be received is generated by converting analog audio signals into a digital audio data stream which may be encrypted. The encrypted digital data stream is compressed and inserted into the radio or television carrier via an FM Subcarrier, the television vertical blanking interval or the separate audio program channel of a television transmitter. The system is also capable of transmitting alphanumeric data and converting this alphanumeric data to a voice form using a speech synthesizer.

**43 Claims, 2 Drawing Sheets**





Figure 1



Figure 2

5,590,195

<table>
<tr><td>1</td><td>2</td></tr>
</table>

# INFORMATION DISSEMINATION USING VARIOUS TRANSMISSION MODES

## CROSS REFERENCE RELATED APPLICATION

This is a continuation-in-part of application Ser. No. 08/031763, filed Mar. 15, 1993 entitled RADIO RECEIVER FOR INFORMATION DISSEMINATION USING SUB-CARRIER by John O. Ryan, now U.S. Pat. No. 5,406,626.

## BACKGROUND

This invention relates to a radio or television broadcasting system for transmission of audio information to a specially adapted receiver which converts the selected transmitted audio information to a form usable by the user.

Numerous systems transmit information on FM radio subcarriers. See for instance, U.S. Pat. No. 5,152,011 issued to Schwob, Sep. 29, 1992. Also known is a single sideband communication system with FM data capability for transmission of analog voice signals. See U.S. Pat. No. 4,852,086 issued to Eastmond et al., Jul. 20, 1989.

Also known is FM radio sideband broadcasting to specially adapted computers for transmission for instance of news and financial information. Commercially available products available from Mainstream, Telemet, and DeskTop Data broadcast data over FM radio sidebands for receipt by personal computers equipped with special FM radio receivers and software. Typically information is transmitted in digital form, received, and stored in the computer memory for access by the computer user using menu driven software. The data is displayed on the computer screen in conventional alphanumeric form. One product in this category is News Edge, a news service available from DeskTop Data, Inc. of Waltham, Mass. which delivers a number of news and financial information services to a user via FM radio sideband. Software provided with the product scans incoming information and when the incoming information meets parameters set by the user, the information is saved to disk and/or displayed on the computer screen.

These systems have the disadvantage of requiring a personal computer as a platform, and providing information only on a computer screen. The usual computer skills are needed in order to operate such systems, which tend to be quite expensive.

Data can also be transmitted in the Vertical Blanking Interval of a TV transmission. The Federal Communications Commission has set aside several lines of the Vertical Blanking Interval for point to multipoint data transmission which may be sold to interested users.

An additional channel of communication for data or audio transmission is the Separate Audio Program channel available in television broadcasting.

All of these systems have disadvantage that the listener or user of the data is restricted to a specific place or time to hear the information. The portable radio, be it hand held or in an automobile also limits the user to getting only the information that is presently being transmitted.

## SUMMARY

The system and method described below permits the user to listen to the specific content of information when and where he or she wants to. The present invention is directed to a method and system for information dissemination using various modes of transmission that satisfy the needs of such a user. The invention includes a system for receiving infor-

mation via a tuner that extracts digitized alphanumeric data or compressed audio data from the Vertical Blanking Interval of a television station's video signal, the Separate Audio Program (SAP) signal from a television station's audio signal or a system for receiving the digitized alphanumeric data or compressed audio information via radio sidebands (subcarriers) which include an FM subcarrier of an FM broadcast signal. In addition, a suitable dedicated transmission facility could be used. Conditional access circuitry decrypts the previously encrypted digitized alphanumeric data or compressed audio data which is then stored in a random access memory. A user interface (either a simple manual or voice control) driving a hierarchy of menus allows a user to access the information by indicating his selections from the menus. The system then extracts the information from the database in decrypted form. A speech producing device including a decompression system and a digital to analog converter (D/A) or other speech producing device converts the encrypted digitized audio information to an audio signal for provision to the user via a loud speaker or earphones.

This system may be stand alone or be a part of an existing radio receiver, sharing components of the radio receiver. One embodiment of the user interface is a four way switch (the positions corresponding for instance to the cursor control keys on a computer) for selection from and scanning through menus listing various categories of information. Typically the system includes either volatile RAM memory or a non-volatile storage medium such as a digital audio tape, a magneto-optical mini-disk, a magnetic disk or optical disk, sufficient to store information for 10 or more hours of audio. The information is for example news, sports, weather, cultural information, advertisements, or commercial listings. The information is transmitted in encrypted digital form using data compression techniques which is readily stored. The use of encryption techniques controls access to the information data base as a whole or to selected parts that the user has contracted for.

Other features are user control over the speed at which the speech is output, and a channel skipping tuner for pulling the particular FM radio station subcarrier, TV station vertical blanking interval or TV station SAP channel on which the service is provided. The speech producing device may be under either automatic or user control to produce different speeds of the voice output. This control of the speed of the voice could be one that changes the pitch or be one that changes the spacing between words. Also, the user has the opportunity to preselect database items, thereby to construct a personal profile so as to extract particular information without having to scan through all the menus.

## BRIEF DESCRIPTION OF THE DRAWING

These and other features and other aspects of the present invention will become better understood with reference to the following description, appended claims and accompanying drawings where:

FIG. 1 shows a block diagram of a receiving apparatus in accordance with the present invention; and

FIG. 2 shows a block diagram of a transmission system in accordance with the present invention.

## DETAILED DESCRIPTION

FIG. 1 shows a receiving apparatus in accordance with one embodiment of the invention. A broadcast signal is received from an antenna 10 (as used in automobile or

5,590,195

3

portable applications) which provides a received radio broadcast signal or television broadcast signal to a tuner 12. This tuner is either an FM subcarrier tuner of the type well known in the art for extracting an FM broadcast subcarrier signal; a television tuner designed to produce the output of the Vertical Blanking Interval or of a Separate Audio Program channel from a television broadcast signal; or a dedicated radio channel tuner. In the case of an FM subcarrier tuner, as is well known, the subcarrier signals are typically transmissions of digitized data on subcarriers leased from commercial FM stations. The Vertical Blanking Interval is already available for point to multipoint transmission. The tuner 12 provides on line 14 the extracted digitized audio data (which is typically encrypted) to conditional access circuitry 16.

A receiver sub-system converts the digitized and encrypted alphanumeric data on line and compressed digitized audio data 14 from the transmitter to an analog signal representing spoken words. The tuner 12 provides the data to the conditional access system 16 on line 14 and to microcontroller (controller) 20 (described below) on line 18.

Conditional access circuitry 16 ensures that the data encrypted data on line 14 is decrypted only if the proper key or command has been provided, as described below. Conditional access circuitry 16 decrypts the received data (as authorized by microcontroller 20 over lines 22) and provide same on line 26 for storage to the memory 28 which may be conventional integrated circuit random access memory (RAM). In one embodiment the memory 28 comprises volatile RAM memory. In another embodiment memory 28 may consist of a nonvolatile storage medium such as a digital audio tape, a magneto-optical mini-disk, a magnetic disk or an optical disk, with sufficient capacity to store information for 10 hours of audio.

In order to provide the needed quantity of audio data in a reasonable time frame and to minimize the memory requirement the original audio data is ideally passed through a data compression algorithm at the transmitting end to compress the data sufficiently for a narrow band data transmission channel. This data compression 57 is shown in FIG. 2, and will be discussed later. The receiving apparatus has a companion decompression algorithm in decompressing circuitry, 39, at the output of the memory 28 to provide the decompressed audio data to the digital to analog converter 30 for conversion of the digitized audio data to analog audio signals.

The conditional access system 16 and microcontroller 20 are described below. The encrypted compressed data output of the tuner 12 is accessed under control of microcontroller 20 (microprocessor) 20 via control signals at lines 22, to determine which particular items of data stored in memory 28 are to be provided via output line 43 to the decompression circuitry 39 via switch 45.

Much of the data that a user would access in such a system is in alphanumeric form that can be easily transmitted in that form and converted to audio via speech synthesis. Such data can be transmitted in alphanumeric form for bandwidth and speed considerations. In order to accommodate the dual transmission of alphanumeric data as well as audio data, switch 46 controlled by microcontroller 20 on line 47 determines whether the system is responding to original alphanumeric data or compressed audio data. When alphanumeric data is being transmitted, the alphanumeric data is fed into a speech (voice) synthesizer 45 whose audio output is connected to switch 46 for connection of the audio output to audio amplifier 36 and loudspeaker 38.

4

In other embodiments, the received data is stored as encrypted data or in another convenient form and converted to a form usable by a speech producing device prior to being converted to speech. Each audio data item is "tagged" with an designation to allow retrieval of the stored encrypted audio data from the database.

User interface 40 inputs commands on line 42 to microcontroller 20 to determine which items of data from memory 28 are to be listened to.

The transmitted information is categorized, stored, and accessed in a conventional hierarchical database in memory 28 under control of microcontroller 20. User interface 40 (either a simple manual or voice control) driving a hierarchy of menus allows a user to access the information by indicating his selections from the menus.

In one embodiment user interface 40 is a voice activated command system. For instance the device is turned on and initialized by the user's spoken "ON" command. It then responds by vocally announcing via loud speaker 38 the major database categories available e.g. "NEWS", "SPORTS", "ENTERTAINMENT", etc. When the desired category has been announced the user responds by saying "YES". The device then announces again the sub-categories of the selected major category, and the user again selects the desired sub-category with a spoken "YES" until the specific item needed is accessed. For example, the category and sub-category path to the latest news regarding the General Motors Corporation might be "NEWS . . . BUSINESS . . . NATIONAL . . AUTOMOTIVE . . . GM." The path to a review of the recent movie Aladdin might be "ENTERTAINMENT . . HOLLYWOOD . . MOVIE REVIEWS . . ALADDIN." Typically items will be reached after four or five "YES" responses from the user. In one embodiment three additional spoken commands by the user such as "BACK" "STOP" and "GO" are sufficient to provide the user effective and rapid control of the system.

In another embodiment a manual input device such as a switch assembly having for instance four positions (up, down, left, right) corresponding to the familiar cursor control on a computer, with each position indicating one of four commands, is provided for user manual operation. This switch may be adapted to attach to the steering wheel of an automobile, for use by the driver. The control is linked to the rest of the device by wire, infrared, or ultrasonically, as is a conventional television remote control.

Another version uses a one-position control switch. The user briefly depresses the switch to select the category or item as announced or to scan through the menus. Briefly depressing the switch while an actual data item is being read executes "stop." Depressing it again then executes "go." Holding the switch down for a second or two executes "back" at any time, to return to a predetermined point in the database.

For full effectiveness the information dissemination device needs to be on 24 hours a day. In order to conserve power the received data could be first stored in random access memory (RAM) which consumes little power and when the RAM is full dumped to a more permanent storage medium such as a digital audio tape, a magneto-optical mini-disk, a magnetic disk or an optical disk, sufficient to store information for 10 hours or more of audio. The speech producing portion of the system, that may include a digital to analog converter that converts digitized and decompressed audio data into understandable and well modulated audio analog signals. The audio analog signals are provided on line 34 to a conventional audio amplifier 36 and hence to

5,590,195

| 5 | 6 |

a loud speaker or earphones **38** to be listened to by the user. Tuner **12**, microcontroller **20**, conditional access circuitry **16** and memory **28** typically remain powered at all times (by battery power if necessary) to receive a continuous update of the broadcast database, and thereby to store current data in memory **28**.

When using the Vertical Blanking Interval to transmit data, it is possible to transmit at a rate of 2 megabits per second on 6 Vertical Blanking Interval lines each with a 50 microseconds duration to provide a 24,000 bit per second channel with a 50% error correction overhead. In one version the device of FIG. 1 is a portable unit (similar to a portable radio) and includes the user voice or manual interface. In another embodiment the device of FIG. 1 is built into a conventional portable radio or automobile radio, sharing where possible common components.

In one embodiment user interface **40** has a speed control to determine the output speed of speech output. The Digital to analog converter **30** or the voice synthesizer **45** may receive information faster than normal speaking speed. It is well known that people can understand speech at faster than normal speech rates. Thus the user by pushing a button on the receiver unit or providing the proper verbal command increases the speech speed, so as to obtain information faster, analogous to skimming printed material. This speeding up can use well known techniques that change the pitch or eliminate the gaps between words. A similar slowing down approach can be used in case the user wants to carefully note what is being said, for example while taking notes.

In the embodiment using a voice activated user interface **40**, the number of commands provided is limited (for instance to 5 to 10) and hence a relatively simple commercially available voice input recognition circuit is sufficient.

In another embodiment, the user interface for an automobile-based system is associated with a heads-up display, expected to be available in various automobiles in the near future. This provides visual display of the database menu items analogous to a computer screen, to allow faster access to the database menus.

Advantageously, by transmitting and storing the audio data in a compressed form (even though encrypted), the required bandwidth of the transmission channel is vastly reduced, as are the memory requirements, thereby substantially reducing the component cost. When used in FM subcarrier transmission, the typical transmission speed is one kilobaud. This is sufficient to download in approximately one hour the needed data to memory **28**.

In use, after purchase of the unit the user programs it to the frequencies of the local stations providing the transmissions. There may be multiple such stations in one area, due to the limited transmission distance of FM radio and TV signals. A channel skipping feature (as is now available commercially in various radios) in one embodiment included in microcontroller **20** seeks out stations having a particular signature or frequency, to maintain reception even when moving from the transmission area of one station carrying the service to the transmission area of a second station carrying the service. It would take less than a minute for the system to scan the entire FM band or TV band looking for the signature transmission.

The data encryption/access is accomplished in several ways. In one embodiment a simple addressed on/off command is transmitted (without data encryption) to disable individual units belonging to people who have not paid the required monthly subscription fee to receive the service. The

encryption can be used to provide access to the entire data base or to individual parts of the data base.

In a more sophisticated encryption system where it is believed there is a problem of manufacture and sale of unauthorized units, then proper data encryption is used, requiring receipt of a key and decryption of the data with decryption circuitry. Hence unauthorized units without such dedicated decryption circuitry would not be operative at all.

In one embodiment of an encryption system, (analogous to pay-per-view cable TV encryption), decryption keys are delivered by radio transmission. Each individual receiver unit has a unique "hidden" key of for instance 40 to 50 binary digits in read only memory. Each unit also has a "public" non hidden serial number. All transmitted data is conventionally encrypted using a master key which is changed periodically, both to force users to pay for the service and to enhance security. Each receiver unit must receive a master key to decrypt the data transmission.

The master key is transmitted to each unit as follows:

Periodically, the transmission of the data is interrupted to transmit key information. The key information is a series of packets, one packet for each individual receiver unit, with each packet including (1) an address field which is the public serial number of a particular unit; followed by (2) a second field which is the current master key encrypted with the unique "hidden key" of the unit having that particular serial number.

The receivers look for these packets (which are denoted by a particular signature or occur at particular times to avoid confusion with the data). When a particular unit receives the packet including its own address (public serial number), it stores and decrypts the subsequent encrypted master key field, thereby obtaining the master key, in order to decrypt subsequent encrypted data.

In a second encryption system embodiment, a uniquely encrypted master key for each individual receiver is physically delivered to each user periodically (such as once a month). The key could be entered into each unit by a keypad, or the key could be embodied in an electronically readable card or device inserted into a suitable port in the receiver.

In another embodiment, voice synthesizer is controlled to provide a variety of particular voices. These voices are selected by the user, i.e. to be male/female or other voices, or the system is programmed via microcontroller **20** to select different voices for different types of or categories of information.

The device of FIG. 1 is incorporated in a conventional radio or television receiver uses the antenna of the radio or television receiver. The tuner **12** may be in addition to the conventional radio or television tuner or could be part of the radio or television tuner. The other blocks of FIG. 1 (with the exception of amplifier **36** and loud speaker **38**) are unique to this system and are added components to a conventional radio or television receiver.

Another embodiment may encompass all of the elements of the receiver except the control and audio element in a device stored in the trunk of an automobile similar to CD music systems, with an output mini radio transmitter tuned to an unused FM or AM radio channel. This radio transmitter output would be coupled to the standard automobile radio antenna for outputting of the audio signal to the user.

Another embodiment of the receiver may provide for the reception and storage of the received data on a home base unit wherein the received data is stored on disk storage as discussed above and the disk is played back on the portable

5,590,195

7                                                      8

automobile unit. A further embodiment of this feature could encompass a home base unit containing all the features of an automobile unit and can be unplugged from the home base and plugged into the automobile unit for continuing use while the user is in the automobile.

The transmitting portion of the system is illustrated in FIG. 2 indicating the following steps. The Data Generating portion 51 contains the usual human elements of News and Information Gathering 55 with the News and Information Classification and Formatting 56, i.e. a data producing sub-system. For the audio transmission, this news and information is spoken into a conventional microphone connected to the electronics portions beginning with the A/D convertor 60 which converts the analog audio signals to a digital audio. The digitized audio is compressed for bandwidth considerations in data compressor 57. The compressed digitized audio is encrypted in encryptor 58 according to key distribution instructions from a Billing/Subscriber unit 55. The Encrypted digital audio establishes a data base of digitized audio data.

When it is advantageous to use alphanumeric information, the alphanumeric information from News and Classification and Formation element 56 is put in a form for transmission and encrypted by Data Encryption Circuitry 64. Switch 61 which can be controlled by an operator determines whether the system transmits compressed digitized audio or alphanumeric information. The Data from switch 61 is sent by a transmission path such as a dedicated telephone line 63 to a transmission station such as an existing radio and television station 50. In order to provide the needed quantity of audio data in a reasonable time frame the audio data must be passed through a data compression algorithm at the transmitting end to compress the audio data sufficiently for a narrow band data transmission channel. This data compression is show as 57 in FIG. 2.

In addition to data compression, since the transmission facility is not transmitting the information in a "live" fashion as with most broadcasting facilities, it can maximize the use of the available bandwidth of transmission by not only using the above mentioned data compression techniques, but can transmit the data at a rate unrelated to the speed of speech. The speed of transmission of the data can be faster than the "real time" speech when bandwidth considerations permit. In addition, the speed of transmission can be slower than the "real time" speech if a narrower bandwidth is available. This variation in transmission speed affects the time required to transmit a given amount of information. The completed data on line 63 is inserted into the FM subcarrier, Separate Audio Program channel or the television vertical blanking interval using a data insertion device 62 for transmission by Transmitter 53 via antenna 54, in addition to conventional program generation element 52.

In order to accommodate the fact that some subscribers may not have their units on when certain data is transmitted, it is apparent that the sending facility will need to update the data base from time to time during the day even if no new information has been generated. The data for a particular story or article will need to have a date stamp to indicate to the user the currency of the information. These and other logistical features will become apparent with the use of the system.

The above description is illustrative and not limiting; further modifications will be apparent to one of ordinary skill in the art.

I claim:

1. A receiver to receive data in a transmitted signal comprising:

   a tuner for extracting the data from the transmitted signal;

   a memory coupled to the tuner for storing the extracted data as a database;

   a user interface for providing a set of menus describing the database, and for accepting selections from the set of menus;

   a controller coupled to the database for selecting data from the database in response to the accepted selections and providing the selected data in a digital form; and

   a speech producing sub-system for converting the selected data to an analog signal representing an original audio signal.

2. The device of claim 1, wherein the tuner provides data from an FM broadcast radio station carrier.

3. The device of claim 1, wherein the tuner extracts data from a television carrier.

4. The device of claim 3, wherein the tuner extracts the data from a vertical blanking interval of the television carrier.

5. The device of claim 3, wherein the tuner extracts data from a Separate Audio Programming channel of the television carrier.

6. The device of claim 1, wherein the memory stores the entire database.

7. The device of claim 1, wherein the memory comprises a combination of a volatile RAM memory and a non-volatile memory.

8. The device of claim 7, wherein the non-volatile memory is selected from the group consisting of an audio tape, a magneto-optical mini-disk, a magnetic disk or an optical disk.

9. The device of claim 1, wherein the received data is audio data that has been converted from analog form to digital form.

10. The device of claim 9, wherein the received digitized audio data is digitized and has been compressed.

11. The device of claim 9, wherein the digitized audio data has been encrypted.

12. The device of claim 1, wherein the received data is alphanumeric data that has been converted from analog form to digital form.

13. The device of claim 12, wherein the alphanumeric data is converted to voice data by a speech synthesizer.

14. The device of claim 1, wherein the extracted data is in digital form, has been encrypted and compressed, and further comprising a decryptor for providing conditional access and decrypting the provided data.

15. The device of claim 14 wherein said system has a decompression algorithm to decompress data that has been compressed at a transmitter.

16. The device of claim 14 wherein the decryptor is enabled by a key received by the tuner.

17. The device of claim 14, wherein the decryptor is enabled by a key device connected to the decryptor.

18. The device of claim 1, wherein the user interface is voice activated.

19. The device of claim 1, wherein the user interface includes:

   a manual input device mounted on an automobile steering wheel; and

5,590,195

**9**

a link from the manual input device to the controller.

**20.** The device of claim **1**, wherein the user interface includes a control for determining a speed at which the speech output device outputs the analog signal.

**21.** The device of claim **1**, wherein the tuner includes means for channel skip tuning to a particular transmitter.

**22.** The device of claim **1**, further comprising:

an amplifier connected to the speech producing device for amplifying the analog signal; and

means for converting the amplified signal to sound.

**23.** The device of claim **1**, further comprising means for connecting the receiving system to an automobile radio set.

**24.** The device of claim **1**, further comprising means for designating by a data gatherer a hierarchy for the database.

**25.** The device of claim **1**, wherein a power saving technique comprises storing said digital data received in a RAM memory up to the capacity of the RAM before transferring said digital data to a storage means from the group consisting of disk medium or tape medium.

**26.** The device of claim **25**, wherein said tape medium is a digital audio tape.

**27.** The device of claim **25**, wherein said disk medium is a magnetic disk.

**28.** The device of claim **25**, wherein said disk medium is a magnetic-optical disk.

**29.** The device of claim **25**, wherein said disk medium is an optical disk.

**30.** The device of claim **1**, wherein a speed of transmission of said data is variable.

**31.** The device of claim **1**, wherein the data is transmitted faster than real time.

**32.** The device of claim **1**, wherein the data is transmitted slower than real time.

**33.** The device of claim **1** which comprises a receiving and storing subsystem and a separate portable playback subsystem.

**34.** A method for information dissemination for transmitting alphanumeric or audio data comprising the steps of:

selecting audio data to be transmitted to subscribers;

converting said audio data to digital audio data;

converting said alphanumeric data to digital alphanumeric data;

establishing a data base of digitized data with menus for selection of particular segments of said data base;

compressing said digital audio data;

encrypting said compressed digital data;

encrypting said digitized alphanumeric data;

selecting between digital alphanumeric data and compressed audio data;

selecting between digital alphanumeric data and compressed audio data;

transmitting said selected data at a rate to most efficiently use available bandwidth, the rate may be faster than real time or slower than real time;

extracting the data from the transmitted signal;

providing a memory;

storing the extracted data in the memory as a database;

providing a set of menus describing the database;

selecting items from the set of menus;

providing portions of the stored data in response to the selected items from said menus;

decrypting said encrypted data;

selecting digitized alphanumeric data or compressed data;

**10**

decompressing said compressed digital data;

converting the provided portions from the digital form to a first analog signal representing audio signals;

converting alphanumeric digitized data to second analog signal representing spoken words; and

outputting said first and second analog signals for human hearing.

**35.** A receiver comprising:

means for extracting data from a transmitted signal;

means for storing the extracted data as a database;

means for providing a set of menus describing the database, and for accepting selections from the set of menus;

means for selecting data from the database in response to the accepted selections;

means for providing the selected data in encrypted, compressed and digital form;

means for decrypting the selected data;

means for decompressing the decrypted data;

means for converting the digital data to analog audio data; and

means for outputting audio originally transmitted for human hearing.

**36.** A system for information dissemination to transmit audio data comprising:

a data producing sub-system for converting analog audio information to digital data and a database with menus;

a data compressor for compressing the encrypted audio data; and

an encryptor for encrypting the digital audio data;

a means for inserting the compressed encrypted digital audio data into a transmission channel;

a tuner means for receiving the transmitted compressed encrypted digital audio data;

a memory means for storing the selected data in the database;

a means for providing a set of menus to a user describing the database, and a means for updating the data in the database;

a controller means for selecting data from the database in response to the accepted selections and providing the selected data in the encrypted compressed digital form; and

a decrypting means for decrypting the encrypted compressed digital audio data;

a decompressing means for decompressing the compressed digital audio data; and

a means for converting the digital audio data to analog audio data representing the audio originally transmitted.

**37.** A receiver for receiving a transmitted signal including compressed data, comprising:

a tuner connected to receive the transmitted signal at an input terminal thereof and having an output terminal;

a decryptor having an input terminal connected to the output terminal of the tuner, and having an output terminal;

a user interface connected to the decryptor;

a memory having an input port connected to the output terminal of the decryptor, and having an output port;

a decompression circuit having an input terminal connected to the output port of the memory and having an output terminal; and

5,590,195

11

a converter having an input terminal connected to the output terminal of the decompression circuit, and having an output terminal for providing an analog signal.

**38.** The receiver of claim **37**, further comprising:

a voice synthesizer circuit having an input terminal connected to the output port of the memory and having an output terminal;

a switch having two input terminals connected respectively to the output terminals of the voice synthesizer and of the converter, the switch having an output terminal for providing an analog signal, and further having a control terminal operatively connected to the decryptor.

**39.** The receiver of claim **37**, wherein the decryptor includes:

access circuitry connected between the output terminal of the tuner and the input port of the memory, and having a control terminal; and

a microcontroller coupled between the control terminal of the access circuitry and the user interface.

**40.** A method for receipt of transmitted digital encrypted compressed data, comprising the steps of:

tuning to a transmitted signal which includes the digital data;

providing the digital data from the transmitted signal;

decrypting the provided digital data;

storing the decrypted data;

accessing portions of the stored data in response to user commands;

decompressing the accessed portions of the data; and

converting the decompressed data to an analog signal.

12

**41.** A receiver to receive data in a transmitted signal, comprising:

a tuner for providing the data from the transmitted signal;

a memory coupled to the tuner, thereby storing the provided data;

a user interface providing a set of descriptions of the stored data, and accepting from the set of descriptions;

a controller coupled to the memory and user interface, wherein the controller selects from the data in response to the accepted selections and provides the selected data in digital form; and

a speech producing sub-system coupled to the memory, thereby converting the selected data from the digital form to an analog form.

**42.** A method for receipt of transmitted encrypted digital data, comprising the steps of:

tuning to a radio-frequency transmitted carrier signal which includes the encrypted digital data;

providing the encrypted digital data from the transmitted signal;

decrypting the encrypted digital data;

storing the encrypted digital data;

accessing portions of the stored data in response to user commands; and

converting the accessed portions of the stored data to an analog signal.

**43.** The method of claim **42**, wherein at least the step of tuning is carried out by a base unit, and at least the steps of accessing and converting are carried out by a portable unit which detachably connects to the base unit.

*    *    *    *    *

UNITED STATES PATENT AND TRADEMARK OFFICE
# CERTIFICATE OF CORRECTION

PATENT NO.   : 5,590,195                    Page 1 of 3

DATED        : December 31, 1996

INVENTOR(S) : John O. Ryan

It is certified that error appears in the above-indentified patent and that said Letters Patent is hereby corrected as shown below:

    Col. 3, line 22, delete "data";
    Col. 6, line 42, after "synthesizer" insert --45--;
    Col. 6, line 57, delete "element" and substitute
--elements--;
    Col. 7, line 20, delete "55" and substitute --59--;
    Col. 7, line 32, the words "In order to provide" begin
a new paragraph.
    Col. 8, (Claim 3) line 21, delete "extracts" and
substitute --provides--;
    Col. 8, (Claim 4) line 23, delete "extracts" and
substitute --provides--;
    Col. 8, (Claim 5) line 26, delete "extracts" and
substitute --provides--;
    Col. 9, line 36 (Claim 33), before ".", insert --,
whereas the receiving and storing subsystem includes at
least the tuner and the playback system--;

UNITED STATES PATENT AND TRADEMARK OFFICE
# CERTIFICATE OF CORRECTION

PATENT NO.  : 5,590,195                    Page 2 of 3
DATED       : December 31, 1996
INVENTOR(S) : John O. Ryan

It is certified that error appears in the above-indentified patent and that said Letters Patent is hereby corrected as shown below:

Col. 9, line 44 (Claim 34), delete "digitized" and insert --the digital audio and digital alphanumeric--;

Col. 9, line 50, delete "between" and insert --one of the--;

Col. 9, line 50, after "and" insert --the--;

Col. 9, line 51, before "audio" insert --digital--;

Col. 9, lines 52 and 53, delete entire lines;

Col. 9, line 55, after "," insert --wherein--;

Col. 9, line 58, delete "extracting" and substitute --providing--;

Col. 9, line 60, delete "extracted" and substitute --provided--;

UNITED STATES PATENT AND TRADEMARK OFFICE
# CERTIFICATE OF CORRECTION

PATENT NO.  :  5,590,195                    Page 3 of 3
DATED       :  December 31, 1996
INVENTOR(S) :  John O. Ryan

It is certified that error appears in the above-indentified patent and that said Letters Patent is hereby corrected as shown below:

```
Col. 9, line 61, after "the" insert --stored--;
Col. 12, line 1, after "receiver" insert --adapted--.
In the Abstract, line 24, delete "vertical blanking
interval" and substitute --Vertical Blanking Interval--.
```

Signed and Sealed this

Twenty-sixth Day of August, 1997

*Attest:*

*Bruce Lehman*

**BRUCE LEHMAN**

*Attesting Officer*          *Commissioner of Patents and Trademarks*

UNITED STATES PATENT AND TRADEMARK OFFICE
# CERTIFICATE OF CORRECTION

PATENT NO.    : 5,590,195                                    Page 1 of 2
DATED          : December 31, 1996
INVENTOR(S)  : Ryan, John O.

It is certified that error appears in the above-identified patent and that said Letters Patent is
hereby corrected as shown below:

Column 8, claim 1,
Line 5, immediately after "to receive" insert -- , store and playback --.
Line 7, cancel "extracting" and substitute -- providing --.
Line 8, cancel "extracted" and substitute -- provided --.
Line 11, Immediately before "database" insert -- stored --.
Line 13, cancel "database" and substitute -- memory and the interface --.
Line 13, immediately after "for selecting" insert -- for playback the stored --.
Line 16, immediately after "sub-system" insert -- coupled to the memory --.

Column 9, claim 31,
Line 30, immediately before "data insert -- tuner provides the --.
Line 30, immediately after "data" insert -- which --.

Column 9, claim 32,
Line 32, immediately before "data" insert -- tuner provides the --.
Line 32, immediately after "data" insert -- which --.

Column 9, claim 33,
Line 34, cancel "which comprises" and substitute -- being partitioned into --.
Line 36, immediately after "subsystem" insert -- whereas the receiving and storing
subsystem includes at least the tuner and the playback system includes at leat the
memory and the speech producing subsystem --.

Column 9, claim 34,
Line 66, cancel "encrypted" and substitute -- provided portion of the stored --.
Line 67, immediately after "selecting" insert -- one of --.
Line 67, cancel "or" and substitute -- and the --.

UNITED STATES PATENT AND TRADEMARK OFFICE
# CERTIFICATE OF CO      CTION

PATENT NO.   : 5,590,195                        Page 2 of 2
DATED         : December 31, 1996
INVENTOR(S)  : Ryan, John O.

It is certified that error appears in the above-identified patent and that said Letters Patent is hereby corrected as shown below:

Column 10, claim 34,
Line 1, immediately after "compressed" insert -- audio --.
Line 1, immediately after "digital data" insert -- if selected --.
Line 2, immediately after "converting the" insert -- decompressed --.
Line 4, immediately after "converting" insert -- the --.
Line 4, immediately before "second analog" insert -- a --.
Line 5, immediately after "spoken words" insert -- if selected --.
Line 6, immediately after "outputting" insert -- at least one of --.

Signed and Sealed this

Fourth Day of December, 2001

*Attest:*

*Nicholas P. Godici*

*Attesting Officer*

NICHOLAS P. GODICI
*Acting Director of the United States Patent and Trademark Office*

## UNITED STATES PATENT AND TRADEMARK OFFICE
# CERTIFICATE OF CORRECTION

PATENT NO.     : 5,590,195                                    Page 1 of 1
DATED          : December 31, 1996
INVENTOR(S)    : Ryan, John O.

It is certified that error appears in the above-identified patent and that said Letters Patent is
hereby corrected as shown below:

Column 12,
Line 23, cancel "encrypted" and substitute -- decrypted --.

Signed and Sealed this

Twenty-fifth Day of February, 2003

JAMES E. ROGAN
*Director of the United States Patent and Trademark Office*

**Exhibit D**



US005751806A

# United States Patent [19]

## Ryan

[11] **Patent Number:** **5,751,806**

[45] **Date of Patent:** *May 12, 1998

[54] **AUDIO INFORMATION DISSEMINATION USING VARIOUS TRANSMISSION MODES**

[75] Inventor: **John O. Ryan**, Cupertino, Calif.

[73] Assignee: **Command Audio Corporation**, Redwood City, Calif.

[ * ] Notice: The term of this patent shall not extend beyond the expiration date of Pat. No. 5,406,626.

[21] Appl. No.: **769,092**

[22] Filed: **Dec. 18, 1996**

### Related U.S. Application Data

[60] Division of Ser. No. 181,394, Jan. 12, 1994, Pat. No. 5,590,195, which is a continuation-in-part of Ser. No. 31,763, Mar. 15, 1993, Pat. No. 5,406,626.

[51] **Int. Cl.$^6$** ........................... **H04L 9/00**; H04B 1/06

[52] **U.S. Cl.** ..................... **380/9**; 380/49; 380/50; 455/45

[58] **Field of Search** .......................... 380/4, 9, 23, 25, 380/49, 50, 59; 340/825.31, 825.34; 455/39, 42, 45

[56] **References Cited**

#### U.S. PATENT DOCUMENTS

| | | |
|---|---|---|
| 4,247,908 | 1/1981 | Lockhart et al. ........................ 395/325 |
| 4,266,243 | 5/1981 | Shutterly ................................. 380/19 |
| 4,323,921 | 4/1982 | Guillou ................................ 380/23 X |
| 4,393,277 | 7/1983 | Besen et al. ............................. 379/88 |
| 4,473,824 | 9/1984 | Claytor .............................. 340/825.27 |
| 4,608,456 | 8/1986 | Paik et al. ............................... 380/28 |
| 4,677,552 | 6/1987 | Sibley, Jr. . |
| 4,682,368 | 7/1987 | Takahashi . |
| 4,683,586 | 7/1987 | Sakamoto et al. ......................... 380/48 |
| 4,752,953 | 6/1988 | Paik et al. ................................ 380/9 |
| 4,788,543 | 11/1988 | Rubin ............................... 340/825.44 |
| 4,852,086 | 7/1989 | Eastmond et al. ..................... 370/69.1 |
| 4,868,866 | 9/1989 | Williams, Jr. .......................... 380/49 |
| 4,942,616 | 7/1990 | Linstroth et al. ........................ 381/51 |
| 5,042,070 | 8/1991 | Linna et al. .............................. 381/59 |
| 5,086,510 | 2/1992 | Guenther et al. . |

| | | |
|---|---|---|
| 5,131,020 | 7/1992 | Liebesny et al. ......................... 379/59 |
| 5,133,010 | 7/1992 | Borth et al. .............................. 381/38 |

(List continued on next page.)

#### FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| 373386 | 6/1990 | European Pat. Off. ..... G08G 1/0967 |
| 2651352 | 3/1991 | France ............................. G08G 1/096 |
| 4024132 | 2/1992 | Germany .......................... H04L 9/18 |
| WO/8704309 | 7/1987 | WIPO ............................... H04B 7/00 |
| WO/8901429 | 2/1989 | WIPO ............................. B60R 11/02 |

*Primary Examiner*—Bernarr E. Gregory
*Attorney, Agent, or Firm*—Skjerven, Morrill, MacPherson, Franklin & Friel; Norman R. Klivans

[57] **ABSTRACT**

A system and method of information dissemination that permits the user to listen to the specific content of information when and where he or she wants to. A radio or television receiver system receives information from a FM subcarrier, a television vertical blanking interval transmission, a television separate audio program transmission or a dedicated channel and stores the transmitted information in a memory. A user interface allows selection from the memory of the stored information via a set of menus controlling a hierarchical database, so as to access particular items of information. Typically the system includes RAM and/or a storage medium such as a digital audio tape, a magneto-optical mini-disk, a magnetic disk or optical disk, sufficient to store information for 10 hours of audio. A decompression device, accepts the accessed compressed digital audio information items which may have been encrypted and transforms them into spoken speech. The user interface is either by voice or a single or multi-position switch allowing scanning through and selection from the menu items. The signal for such a device is generated by converting analog audio signals into a digital audio data stream which may be encrypted. The encrypted digital data stream is compressed and inserted on the radio or television carrier via an FM Subcarrier, the television vertical interval or the separate audio program channel of a television transmitter. The system is also capable of transmitting alphanumeric data and converting this alphanumeric to a voice form using a speech synthesizer.

**28 Claims, 2 Drawing Sheets**



**5,751,806**

Page 2

### U.S. PATENT DOCUMENTS

| | | |
|---|---|---|
| 5,146,473 | 9/1992 | Critchlow et al. ........................... 375/8 |
| 5,146,612 | 9/1992 | Grosjean et al. . |
| 5,152,011 | 9/1992 | Schwob . |
| 5,177,685 | 1/1993 | Davis et al. . |
| 5,182,555 | 1/1993 | Sumner . |
| 5,206,641 | 4/1993 | Grant et al. . |
| 5,210,611 | 5/1993 | Yee et al. ................................. 348/473 |
| 5,239,700 | 8/1993 | Guenther et al. ..................... 455/158.4 |
| 5,295,154 | 3/1994 | Meier et al. ............................. 375/200 |
| 5,406,626 | 4/1995 | Ryan ............................................ 380/9 |
| 5,590,195 | 12/1996 | Ryan ............................................ 380/9 |



FIG. 1



FIG. 2

5,751,806

1

# AUDIO INFORMATION DISSEMINATION USING VARIOUS TRANSMISSION MODES

This application is a division of application Ser. No. 08/181,394 filed Jan. 12, 1994 and is now U.S. Pat. No. 5,590,195, which is a Continuation-in-Part of application Ser. No. 08/031,763, filed Mar. 15, 1993 entitled RADIO RECEIVER FOR INFORMATION DISSEMINATION USING SUBCARRIER by John O. Ryan, now U.S. Pat. No. 5,406,626, issued Apr. 11, 1995.

## BACKGROUND

This invention relates to a radio or television broadcasting system for transmission of audio information to a specially adapted receiver which converts the selected transmitted audio information to a form usable by the user.

Numerous systems transmit information on FM radio subcarriers. See for instance, U.S. Pat. No. 5,152,011 issued to Schwob, Sep. 29, 1992. Also known is a single sideband communication system with FM data capability for transmission of analog voice signals. See U.S. Pat. No. 4,852,086 issued to Eastmond et al., Jul. 20, 1989.

Also known is FM radio sideband broadcasting to specially adapted computers for transmission for instance of news and financial information. Commercially available products available from Mainstream, Telemet, and DeskTop Data broadcast data over FM radio sidebands for receipt by personal computers equipped with special FM radio receivers and software. Typically information is transmitted in digital form, received, and stored in the computer memory for access by the computer user using menu driven software. The data is displayed on the computer screen in conventional alphanumeric form. One product in this category is News Edge, a news service available from DeskTop Data, Inc. of Waltham, Mass. which delivers a number of news and financial information services to a user via FM radio sideband. Software provided with the product scans incoming information and when the incoming information meets parameters set by the user, the information is saved to disk and/or displayed on the computer screen.

These systems have the disadvantage of requiring a personal computer as a platform, and providing information only on a computer screen. The usual computer skills are needed in order to operate such systems, which tend to be quite expensive.

Data can also be transmitted in the Vertical Blanking Interval of a TV transmission. The Federal Communications Commission has set aside several lines of the Vertical Blanking Interval for point to multipoint data transmission which may be sold to interested users.

An additional channel of communication for data or audio transmission is the Separate Audio Program channel available in television broadcasting.

All of these systems have disadvantage that the listener or user of the data must be tied down to a specific place or time to hear the information. The portable radio, be it hand held or in an automobile also limits the user to getting only the information that is presently being transmitted.

## SUMMARY

The system and method described below permits the user to listen to the specific content of information when and where he or she wants to. The present invention is directed to a method and system for information dissemination using various modes of transmission that satisfies the needs of

2

such a user. The invention includes a system for receiving information via a tuner that extracts digitized alphanumeric data or compressed audio data from the Vertical Blanking Interval of a television station's video signal, the Separate Audio Program (SAP) signal from a television stations audio signal or a system for receiving the digitized alphanumeric data or compressed audio information via radio sidebands (subcarriers) which includes an FM subcarrier of an FM broadcast signal. In addition, a suitable dedicated transmission facility could be used. Conditional access circuitry decrypts the previously encrypted digitized alphanumeric data or compressed audio data which is then stored in a random access memory. A user interface (either a simple manual or voice control) driving a hierarchy of menus allows a user to access the information by indicating his selections from the menus. The system then extracts the information from the database in decrypted form. A voice activation device including a decompression system and a digital to analog convertor (D/A) or other speech producing device converts the encrypted digitized audio information to an audio signal for provision to the user via a loud speaker or earphones.

This system may be stand alone or be a part of an existing radio receiver, sharing components of the radio receiver. One embodiment of the user control is a four way switch (the positions corresponding for instance to the cursor control keys on a computer) for selection from and scanning through menus listing various categories of information. Typically the system includes either volatile RAM memory or a non-volatile storage medium such as a digital audio tape, a magneto-optical mini-disk, a magnetic disk or optical disk, sufficient to store information for 10 or more hours of audio. The information is for example news, sports, weather, cultural information, advertisements, or commercial listings. The information is transmitted in encrypted digital form using data compression techniques which is readily stored. The use of encryption techniques controls access to the information data base as a whole or to selected parts that the user has contracted for.

Other features are user control over the speed at which the speech is outputted, and a channel skipping tuner for finding the particular FM radio station subcarrier, TV station vertical interval or TV station SAP channel on which the service is provided. The speech producing device may be under either automatic or user control to produce different speeds of the voices. This control of the speed of the voice could be one that changes the pitch or be one that changes the spacing between words. Also, the user has the opportunity to preselect database items, thereby to construct a personal profile so as to extract particular information without having to scan through all the menus.

## BRIEF DESCRIPTION OF THE DRAWING

These and other features and other aspects of the present invention will become better understood with reference to the following description, appended claims and accompanying drawings where:

FIG. 1 shows a block diagram of a receiving apparatus in accordance with the present invention; and

FIG. 2 shows a block diagram of a transmission system in accordance with the present invention.

## DETAILED DESCRIPTION

FIG. 1 shows a device in accordance with one embodiment of the invention. A broadcast signal is received from an antenna by 10 (as used in automobile or portable

5,751,806

**3**

applications) which provides a received radio broadcast signal or television video broadcast signal to a tuner **12**. This tuner is either a FM Subcarrier tuner of the type well known in the art for extracting an FM broadcast subcarrier signal; a television tuner designed to produce the output of the Vertical Blanking Interval; a Separate Audio Program channel from a television broadcast signal; or a dedicated radio channel. In the case of an FM subcarrier tuner, as is well known, the subcarrier signals are typically transmissions of digitized data on subcarriers leased from commercial FM stations. The Vertical Blanking Interval is already available for point to multipoint transmission. The FM Subcarrier or the TV tuner **12** provides on line **14** the extracted digitized audio (which is typically encrypted) to conditional access circuitry **16**.

A receiver sub-system converts digitized and encrypted alphanumeric data and compressed digitized audio data **14** from the transmitter to an analog signal representing spoken words. The tuner provides the data to the conditional access system **16** and microcontroller (controller) **20** described below.

Conditional access circuitry **16** ensures that the data is decrypted only if the proper key or command has been provided, as described below. Conditional access circuitry **16** decrypts the received audio data (as authorized by microcontroller **20** over lines **22**) on line **26** for storage to the memory **28** which may be conventional integrated circuit random access memory (RAM). In one embodiment the memory comprises volatile RAM memory. In another embodiment this memory may consist of a non-volatile storage medium such as a digital audio tape, a magneto-optical mini-disk, a magnetic disk or an optical disk with sufficient capacity to store information for 10 hours of audio.

In order to provide the needed quantity of audio data in a reasonable time frame and to minimize the memory requirement the original audio data is ideally passed through a data compression algorithm at the transmitting end to compress the data sufficiently for a narrow band data transmission channel. This is shown in FIG. **2**, at **58** and will be discussed later. The receiving apparatus has a companion decompression algorithm, **39**, at the output of the memory to provide the decompressed audio data to the digital to analog convertor for conversion of the digitized audio data to analog audio signals.

The conditional access system **16** and microcontroller **20** are described below. The encrypted compressed data output of the tuner is accessed under control of microcontroller (microprocessor) **20** via control signals at lines **22**, to determine which particular items of data stored in memory **28** are to be provided via output line **43** to the decompression circuitry **39** via switch **45**.

Much of the data that a user would use in such a system is in alphanumeric form that can be easily transmitted in that form and converted to audio via speech synthesis. Such data can be transmitted in alphanumeric form for bandwidth and speed considerations. In order to accommodate the dual transmission of alphanumeric data as well as audio data, switch **46** controlled by microcontroller **20** determines whether the system is responding to original alphanumeric data or compressed audio data. When alphanumeric data is being transmitted, the alphanumeric data is fed into a speech synthesizer **45** whose audio output is connected to switch **46** for connection of the audio output to audio amplifier **36** and loudspeaker **38**.

In other embodiments, the received data is stored as encrypted data or in another convenient form and converted

**4**

to a form usable by a speech producing device prior to being converted to speech. Each audio data item is "tagged" with an designation to allow retrieval of the stored encrypted audio data from the database.

User interface **40** inputs commands on line **42** to microcontroller **20** to determine which items of data from random access memory **28** are to be listened to.

The transmitted information is categorized, stored, and accessed in a conventional hierarchial database in memory **28** under control of microcontroller **20**. A user interface (either a simple manual or voice control) driving a hierarchy of menus allows a user to access the information by indicating his selections from the menus.

In one embodiment user interface **40** is a voice activated command system. For instance the device is turned on and initialized by the user's spoken "ON" command. It then responds by vocally announcing via loud speaker **38** the major database categories available e.g. "NEWS", "SPORTS", "ENTERTAINMENT", etc. When the desired category has been announced the user responds by saying "YES". The device then announces again the sub-categories of the selected major category, and the user again selects the desired sub-category with a spoken "YES" until the specific item needed is accessed. For example, the category and sub-category path to the latest news regarding the General Motors Corporation might be "NEWS . . . BUSINESS . . . NATIONAL . . . AUTOMOTIVE . . . GM." The path to a review of the recent movie Aladdin might be "ENTER-TAINMENT . . . HOLLYWOOD . . . MOVIE REVIEWS . . . ALADDIN."Typically items will be reached after four or five "YES" responses from the user. In one embodiment three additional spoken commands by the user such as "BACK" "STOP" and "GO" are sufficient to provide the user effective and rapid control of the system.

In another embodiment a manual input device such as a switch assembly having for instance four positions (up, down, left, right) corresponding to the familiar cursor control on a computer, with each position indicating one of four commands, is provided for user manual operation. This switch may be adapted to attach to the steering wheel of an automobile, for use by the driver. The control is linked to the rest of the device by wire, infrared, or ultrasonically, as is a conventional television remote control.

Another version uses a one-position control switch. The user briefly depresses the switch to select the category or item as announced or to scan through the menus. Briefly depressing the switch while an actual data item is being read executes "stop." Depressing it again then executes "go." Holding the switch down for a second or two executes "back" at any time, to return to a predetermined point in the database.

For full effectiveness the information dissemination device needs to be on 24 hours a day. In order to conserve power the received data could be first stored in random access memory (RAM) which consumes little power and when the RAM is full dumped to a more permanent storage medium such as a digital audio tape, a magneto-optical mini-disk, a magnetic disk or an optical disk, sufficient to store information for 10 hours or more of audio. The speech producing device **30** may be a digital to analog convertor that converts digitized and decompressed audio data into understandable and well modulated audio analog signals. The audio analog signals are provided on line **34** to a conventional audio amplifier **36** and hence to a loud speaker or earphones **38** to be listened to by the user. Tuner **12**, microcontroller **20**, conditional access circuitry **16** and

5,751,806

| 5 | 6 |
|---|---|

memory **28** typically remain powered at all times (by battery power if necessary) to receive a continuous update of the broadcast database, and thereby to store current news in memory **28**.

When using the Vertical Blanking Interval, it is possible to transmit at a rate of 2 megabits per second on 6 Vertical Blanking Interval lines each with a 50 microseconds duration to provide a 24,000 bit per second channel with a 50% error correction overhead. In one version the device of FIG. 1 is a portable radio (similar to a portable radio) and includes the user voice or manual interface. In another embodiment the device of FIG. 1 is built into a conventional portable radio or automobile radio, sharing where possible common components.

In one embodiment user interface **40** has a speed control to determine the output speed of speech output. The Digital to analog convertor **30** or the Speech synthesizer **44** may receive information faster than normal speaking speed. It is well known that people can understand speech at faster than normal speech rates. Thus the user by pushing a button on the receiver unit or providing the proper verbal command increases the speech speed, so as to obtain information faster, analogous to skimming printed material. This speeding up can use well known techniques that change the pitch or eliminates the gaps between words. A similar slowing down approach can be used in case the user wants to carefully note what is being said for example while taking notes.

In the embodiment using a voice activated user interface **40**, the number of commands provided is limited (for instance to 5 to 10) and hence a relatively simple commercially available voice input recognition circuit is sufficient.

In another embodiment, the user interface for an automobile-based system is associated with a heads-up display, expected to be available in various automobiles in the near future. This provides visual display of the database menu items analogous to a computer screen, to allow faster access to the database menus.

Advantageously, by transmitting and storing the audio data in a compressed form (even though encrypted), the required bandwidth of the transmission channel is vastly reduced, as are the memory requirements, thereby substantially reducing the component cost. When used in FM subcarrier transmission, the typical transmission speed is one kilobaud. This is sufficient to download in approximately one hour the needed data to memory **28**.

In use, after purchase of the unit the user programs it to the frequencies of the local stations providing the transmissions. There may be multiple such stations in one area, due to the limited transmission distance of FM radio and TV signals. A channel skipping feature (as is now available commercially in various radios) in one embodiment included in microcontroller **20** seeks out stations having a particular signature or frequency, to maintain reception even when moving from the transmission area of one station carrying the service to the transmission area of a second station carrying the service. It would take less than a minute for the system to scan the entire FM band or TV band looking for the signature transmission.

The data encryption/access is accomplished in several ways. In one embodiment a simple addressed on/off command is transmitted (without data encryption) to disable individual units belonging to people who have not paid the required monthly subscription fee to receive the service. The encryption can be used to provide access to the entire data base or to individual parts of the data base.

In a more sophisticated encryption system where it is believed there is a problem of manufacture and sale of unauthorized units, then proper data encryption is used, requiring receipt of a key and decryption of the data with decryption circuitry. Hence unauthorized units without such dedicated decryption circuitry would not be operative at all.

In one embodiment of an encryption system, (analogous to pay-per-view cable TV encryption), decryption keys are delivered by radio transmission. Each individual receiver unit has a unique "hidden" key of for instance 40 to 50 binary digits in read only memory. Each unit also has a "public" non hidden serial number. All transmitted data is conventionally encrypted using a master key which is changed periodically, both to force users to pay for the service and to enhance security. Each receiver unit must receive a master key to decrypt the data transmission.

The master key is transmitted to each unit as follows:

Periodically, the transmission of the data is interrupted to transmit key information. The key information is a series of packets, one packet for each individual receiver unit, with each packet including (1) an address field which is the public serial number of a particular unit; followed by (2) a second field which is the current master key encrypted with the unique "hidden key" of the unit having that particular serial number.

The receivers look for these packets (which are denoted by a particular signature or occur at particular times to avoid confusion with the data). When a particular unit receives the packet including its own address (public serial number), it stores and decrypts the subsequent encrypted master key field, thereby obtaining the master key, in order to decrypt subsequent encrypted data.

In a second encryption system embodiment, a uniquely encrypted master key for each individual receiver is physically delivered to each user periodically (such as once a month).

The key could be entered into each unit by a keypad, or the key could be embodied in an electronically readable card or device inserted into a suitable port in the receiver.

In another embodiment, speech output device **30** is controlled to provide a variety of particular voices. These voices are selected by the user, i.e. to be male/female or other voices, or the system is programmed via microcontroller **20** to select different voices for different types of or categories of information.

The device of FIG. 1 as incorporated in a conventional radio or television receiver uses the antenna of the radio or television receiver. The tuner **12** may be in addition to the conventional radio or television tuner or could be part of the radio or television tuner. The other blocks of FIG. 1 (with the exception of amplifier **36** and loud speaker **38**) are unique to this system and are added components to a conventional radio or television receiver.

Another embodiment may encompass all of the elements of the receiver except the control and audio in a device stored in the trunk of an automobile similar to CD music systems with an output mini radio transmitter tuned to an unused FM or AM radio channel. This radio transmitter output would be coupled to the standard automobile radio antenna for outputting of the audio signal to the user.

Another embodiment of the receiver may provide for the reception and storage of the received data on a home base unit wherein the received data is stored on a disk storage as discussed above and the disk is played back on the portable automobile unit. A further embodiment of this feature could

5,751,806

7

encompass a home base unit containing all the features of an automobile unit and can be unplugged from the home base and plugged into the automobile unit for continuing use while the user is in the automobile.

The transmitting portion of the system is described in FIG. 2 indicating the following steps. The Data Generating portion 51 contains the usual human elements of News and Information Gathering step 55 with the News and Information Classified and formatted step 56, i.e. a data producing sub-system. For the audio transmission, this news and information is spoken into the electronics portions beginning with the A/D convertor 60 which converts the analog audio signals to a digital audio. The digitized audio is compressed for bandwidth considerations in data compressor 57. The compressed digitized audio is encrypted in encryptor 58 according to instructions from a Billing/ Subscriber system 55. The Encrypted digital audio establishes a data base of digitized audio data.

When it is advantageous to use alphanumeric information, the alphanumeric information is put in a form for transmission and encrypted. Switch 61 which can be controlled by an operator determines whether the system transmits compressed digitized audio or alphanumeric information. The Data is sent by a transmission path such as a dedicated telephone line 63 to a transmission station such as an existing radio and television station. In order to provide the needed quantity of audio data in a reasonable time frame the audio data must be passed through a data compression algorithm at the transmitting end to compress the audio data sufficiently for a narrow band data transmission channel. This is show as 58 in FIG. 2.

In addition to data compression, since the transmission facility is not transmitting the information in a "live" fashion as with most broadcasting facilities, it can maximize the use of the available bandwidth of transmission by not only using the above mentioned data compression techniques, but can transmit the data at a rate unrelated to the speed of speech. The speed of transmission of the data can be faster than the "real time" speech when bandwidth considerations permit. In addition, the speed of transmission can be slower than the "real time" speech if a narrower bandwidth is available. This variation in transmission speed affects the time required to transmit a given amount of information. The completed data is inserted into the FM subcarrier, Separate Audio Program channel or the television vertical interval according to the type of transmission channel chosen using a data insertion device.

In order to accommodate the fact that some subscribers may not have their units on when certain data is transmitted, it is apparent that the sending facility will need to update the data base from time to time during the day even if no new information has been generated. The data for a particular story or article will need to have a date stamp to indicate to the user the currency of the information. These and other logistical features will become apparent with the use of the system.

The above description is illustrative and not limiting; further modifications will be apparent to one of ordinary skill in the art.

I claim:

1. A receiver for receiving transmitted data comprising:
access circuitry for extracting data from a received transmission;
a memory coupled to the access circuitry for storing the extracted data as a database;
a user interface for providing a set of menus describing the database, and for accepting selections from the set of menus;

8

a controller coupled to the database for selecting data from the database in response to the accepted selections and providing the selected data in a digital form; and
a speech producing sub-system for converting the selected data from the digital form to an analog signal.

2. The device of claim 1, wherein the memory stores the entire database.

3. The device of claim 1, wherein the memory comprises a combination of a volatile RAM memory and a non-volatile memory.

4. The device of claim 3, wherein the non-volatile memory is selected from the group consisting of an audio tape, a magneto-optical mini-disk, a magnetic disk or an optical disk.

5. The device of claim 1, wherein the received data is audio data that has been converted from analog form to digital form.

6. The device of claim 5, where in the received digitized audio data is digitized and has been compressed.

7. The of claim 5, wherein the digitized audio data has been encrypted.

8. The device of claim 1, wherein the received data is alphanumeric data.

9. The device of claim 8, wherein the alphanumeric data is converted to voice data by a speech synthesizer.

10. The device of claim 1, wherein the extracted data is in digital form, has been encrypted and compressed, and further comprising a decryptor for decrypting the extracted data.

11. The device of claim 10, wherein said system has a decompression algorithm to decompress data that has been compressed prior to its transmission to the receiver.

12. The device of claim 10, wherein the decryptor is enabled by a key received by the device.

13. The device of claim 10, wherein the decryptor is enabled by a key device operatively connected to the decryptor.

14. The device of claim 1, wherein the user interface is voice activated.

15. The device of claim 11, wherein the user interface includes:
a manual input device adapted to be mountable on an automobile steering wheel, and a link from the manual input device to the controller.

16. The device of claim 11, wherein the user interface includes a control for determining a speed at which the speech output device outputs the analog signal.

17. The device of claim 1, further comprising:
an amplifier connected to the speech producing device for amplifying the analog signal; and
means for converting the amplified signal to sound.

18. The device of claim 1, further comprising means for connecting the receiver to an automobile radio set.

19. The device of claim 1, further comprising means for designating a hierarchy for the database.

20. The device of claim 1, further comprising means for storing said digital data received in a RAM memory up to the capacity of the RAM memory before transferring said digital data to a memory from a group consisting of a disk medium and tape medium.

21. The device of claim 20, wherein said disk medium is a digital audio tape.

22. The device of claim 21, wherein said disk medium is a magnetic disk.

23. The device of claim 20, wherein said disk medium is a magnetic-optical disk.

24. The device of claim 20, wherein said disk medium is an optical disk.

5,751,806

9

**25.** The device of claim **1,** wherein a speed of transmission of said data can be varied.

**26.** A method for information dissemination for transmitting alphanumeric and audio data comprising the steps of:

converting said audio data to digital audio data;

providing said alphanumeric data as digital alphanumeric data;

establishing a data base of digitized data with menus for selection of particular segments from said data base;

compressing said digital audio data;

encrypting said compressed digital data;

encrypting said digitized alphanumeric data;

selecting between digital alphanumeric data and compressed audio data;

transmitting said selected data;

extracting the data from the transmitted signal;

providing a memory;

storing the extracted data in the memory as a database;

providing a set of menus describing the database;

selecting items from the set of menus;

providing portions of the stored data in response to the selected items from said menus;

decrypting said encrypted data;

selecting digitized alphanumeric data or compressed data;

decompressing said compressed digital data;

converting the provided portions from the digital form to a first analog signal representing audio signals;

converting alphanumeric digitized data to a second analog signal representing spoken words; and

outputting said first and second analog signals for human hearing.

**27.** A device comprising:

an extractor for extracting data from a transmitted signal;

memory for storing the extracted data as a database;

means for providing a set of menus describing the database, and for making selections from the set of menus;

10

means for selecting data from the database in response to the selections;

means for providing the selected data in encrypted, compressed and digital form;

a decryptor for decrypting the selected data;

a decompressor for decompressing the decrypted data;

a converter for converting the digital data to analog audio data; and

means for outputting the analog audio data.

**28.** A system for information dissemination to transmit audio data comprising:

a data producing sub-system for converting analog audio information to digital data and producing an associated database with menus;

a data compressor for compressing the encrypted audio data;

an encryptor for encrypting the digital audio data;

an inserter for inserting the compressed encrypted digital audio data into a transmission channel;

a receiver for receiving the transmitted compressed encrypted digital audio data;

a memory for storing the selected data in the database;

means for providing a set of menus to a user describing the database, and means for updating the data in the database;

a controller for selecting data from the database and providing the selected data in the encrypted compressed digital form;

a decryptor for decrypting the encrypted compressed digital audio data;

a decompressor for decompressing the compressed digital audio data; and

a converter for converting the digital audio data to analog audio data representing the analog audio information.

\* \* \* \* \*

**Exhibit E**



US006330334B1

(12) **United States Patent**　　(10) **Patent No.:**　　**US 6,330,334 B1**

Ryan　　(45) **Date of Patent:**　　**Dec. 11, 2001**

(54) **METHOD AND SYSTEM FOR INFORMATION DISSEMINATION USING TELEVISION SIGNALS**

(75) Inventor: **John O. Ryan**, Woodside, CA (US)

(73) Assignee: **Command Audio Corporation**, Redwood City, CA (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **09/625,908**

(22) Filed: **Jul. 26, 2000**

**Related U.S. Application Data**

(63) Continuation of application No. 08/977,846, filed on Nov. 25, 1997, which is a continuation of application No. 08/769, 092, filed on Dec. 18, 1996, now Pat. No. 5,751,806, which is a division of application No. 08/181,394, filed on Jan. 12, 1994, now Pat. No. 5,590,195, which is a continuation-in-part of application No. 08/031,763, filed on Mar. 15, 1993, now Pat. No. 5,406,626.

(51) Int. Cl.[7] .................................. **H04L 9/00**; H04B 1/06

(52) U.S. Cl. ......................... **380/237**; 380/241; 380/269; 380/270; 380/281; 455/45

(58) Field of Search .................................... 380/237, 241, 380/269, 270, 281; 455/39, 42, 45; 704/275; 705/35, 51

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | |
|---|---|---|
| 3,718,767 | 2/1973 | Ellis . |
| 4,052,719 | 10/1977 | Hutt et al. . |
| 4,247,908 | 1/1981 | Lockhart et al. . |

(List continued on next page.)

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| 39 38 457 A1 | 11/1989 | (DE) . |
| 4024132 | 2/1992 | (DE) . |
| 42 22 777 A1 | 7/1992 | (DE) . |

(List continued on next page.)

OTHER PUBLICATIONS

Dr. Matjaz Debevc, "Kabelski dostop do omerzja Internet" from the proceedings of a seminar on telecommunications entitled "Digitalni Izziv Na Podrocju Radia In Televizije"; May, 1996; Maribor, Slovenia.*

(List continued on next page.)

*Primary Examiner*—Bernarr E. Gregory
(74) *Attorney, Agent, or Firm*—Skjerven Morrill MacPherson LLP; Norman R. Klivans; Christopher B. Allenby

(57) **ABSTRACT**

A system and method of information dissemination that permits the user to listen to the specific content of information when and where he or she wants to. A radio or television receiver system receives information from an FM subcarrier, a television vertical blanking interval transmission, a television separate audio program transmission or a dedicated channel and stores the transmitted information in a memory. A user interface allows selection from the memory of the stored information via a set of menus controlling a hierarchical database, so as to access particular items of information. Typically the system includes RAM and/or a storage medium such as a digital audio tape, a magneto-optical mini-disk, a magnetic disk or optical disk, sufficient to store information for 10 hours of audio. A decompression device, accepts the accessed compressed digital audio information items which may have been encrypted and transforms them into spoken speech. The user interface is either by voice or a single or multi-position switch allowing scanning through and selection from the menu items. The signal for such a device is generated by converting analog audio signals into a digital audio data stream which may be encrypted. The encrypted digital data stream is compressed and/or inserted onto the radio or television carrier via an FM Subcarrier, the television vertical interval or the separate audio program channel of a television transmitter. The system is also capable of transmitting alphanumeric data and converting this alphanumeric to a voice form using a speech synthesizer.

**48 Claims, 2 Drawing Sheets**



**US 6,330,334 B1**

Page 2

### U.S. PATENT DOCUMENTS

| | | |
|---|---|---|
| 4,266,243 | 5/1981 | Shutterly . |
| 4,308,558 | 12/1981 | Hernandez et al. . |
| 4,323,921 | 4/1982 | Guillou . |
| 4,331,837 | 5/1982 | Soumagne . |
| 4,377,822 | 3/1983 | Noirel et al. . |
| 4,393,277 | 7/1983 | Besen et al. . |
| 4,430,525 | 2/1984 | Franz et al. . |
| 4,450,477 | 5/1984 | Lovett . |
| 4,473,824 | 9/1984 | Claytor . |
| 4,476,559 | 10/1984 | Brolin et al. . |
| 4,608,456 | 8/1986 | Paik et al. . |
| 4,677,552 | 6/1987 | Sibley, Jr. . |
| 4,680,629 | 7/1987 | Fukushima et al. . |
| 4,682,368 | 7/1987 | Takahashi . |
| 4,683,586 | 7/1987 | Sakamoto et al. . |
| 4,752,953 | 6/1988 | Paik et al. . |
| 4,788,543 | 11/1988 | Rubin . |
| 4,807,276 | 2/1989 | Okabe . |
| 4,809,271 | 2/1989 | Kondo et al. . |
| 4,852,086 | 7/1989 | Eastmond et al. . |
| 4,868,866 | 9/1989 | Williams, Jr. . |
| 4,907,159 | 3/1990 | Mauge et al. . |
| 4,916,742 | 4/1990 | Kolesnikov et al. . |
| 4,942,616 | 7/1990 | Linstroth et al. . |
| 5,010,499 | 4/1991 | Yee . |
| 5,023,905 | 6/1991 | Wells et al. . |
| 5,027,400 | 6/1991 | Baji et al. . |
| 5,036,394 | 7/1991 | Morii et al. . |
| 5,042,070 | 8/1991 | Linna et al. . |
| 5,086,510 | 2/1992 | Guenther et al. . |
| 5,121,391 | 6/1992 | Paneth et al. . |
| 5,121,476 | 6/1992 | Yee . |
| 5,131,020 | 7/1992 | Liebeany et al. . |
| 5,133,010 | 7/1992 | Borth et al. . |
| 5,146,473 | 9/1992 | Critchlow et al. . |
| 5,146,612 | 9/1992 | Grosjean et al. . |
| 5,152,011 | 9/1992 | Schwob . |
| 5,177,685 | 1/1993 | Davis et al. . |
| 5,182,555 | 1/1993 | Sumner . |
| 5,206,641 | 4/1993 | Grant et al. . |
| 5,210,611 | 5/1993 | Yee et al. . |
| 5,233,423 | 8/1993 | Jernigan et al. . |
| 5,239,700 | 8/1993 | Guenther et al. . |
| 5,295,154 | 3/1994 | Meier et al. . |
| 5,406,626 * | 4/1995 | Ryan ..................................... 705/51 |
| 5,444,312 | 8/1995 | Noblett et al. . |
| 5,452,289 | 9/1995 | Sharma et al. . |
| 5,467,087 | 11/1995 | Chu . |
| 5,524,051 * | 6/1996 | Ryan ..................................... 380/237 |
| 5,590,195 * | 12/1996 | Ryan ..................................... 380/237 |
| 5,600,573 | 2/1997 | Hendricks et al. . |
| 5,659,877 | 8/1997 | Enomoto et al. . |
| 5,751,806 * | 5/1998 | Ryan ..................................... 380/237 |

### FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| 0128093 | 12/1984 | (EP) . |
| 0 279 451 A2 | 8/1988 | (EP) . |
| 0373386 | 6/1990 | (EP) . |
| 0552051 | 7/1993 | (EP) . |
| 0 429 000 | 3/1996 | (EP) . |
| 2651352 | 3/1991 | (FR) . |
| 2 259 204 A | 3/1993 | (GB) . |
| 58-92161 | 6/1983 | (JP) . |
| 61-257037 | 11/1986 | (JP) . |
| 61-269436 | 11/1986 | (JP) . |
| 62-235835 | 10/1987 | (JP) . |
| 2-105195 | 4/1990 | (JP) . |
| WO/8704309 | 7/1987 | (WO) . |
| WO/8901429 | 2/1989 | (WO) . |
| WO 92/10040 | 6/1992 | (WO) . |

### OTHER PUBLICATIONS

Jesica L. Kemp, "Cable Modem Impact on Service"; Paper IFSM 652C.0102; University of Maryland Baltimore County; Dec. 10, 1996.*

D. Kumin, "RBDS Radios on the Way, But Most Suppliers Cautious", *Twice 4,* Jan. 1993, p. 9.

M. Fleischmann, "Now it's digital FM radio. (The Digital Age Comes Home)", *Popular Science,* Nov. 1990, v 237, n5, p 77 (3).

P. Rocheleau, *Radio on Wheels,* (book reviews), Consumers Union of the U.S., 1991; first three paragraphs only.

R. Lockwood, "FM sidebands: tuning in to Wall Street", *Personal Computing,* Apr. 27, 1990, v14, n4, p. 80.

P. Davies, "The Radio System—Traffic Channel," in *IEEE 1989,* pp. A–44–A–48.

G. Siegel, "Traffic Message Channel" in *RFE* 12–92, pp. 803–806 (translation provided).

TLH:Home Automation for the Hobbyist, "Preliminary Product Information: Video Text Overlay Module" (Http://www.tlha.com/html/video_text.html) (Feb. 28, 2001).

Mante: Manchester Telematics Explained, "Teletex" (Http://www.poptel.org.uk/mante/glossary/g159.htm) (Feb. 28, 2001).

"Teletex" Http://www.its.bldrdoc.gov/projects/tlglossary2000/_teletex.html (Feb. 28, 2001).

Saunders, John, "Real–Time Discrimination of Broadcast Speech/Music," Proceedings of ICASSP, IEEE (1996) pp. 993–996.

"Macrovision Decoder/Blanker," Elektor Electonics, vol. 14, No. 160 (Oct. 1988) Canterbury, GB, pp. 44–47, XP4613.

Saunders, John, "Real–Time Discrimination of Broadcast Speech/Music," Proceedings of ICASSP, IEEE (1996) pp. 993–996.

"Macrovision Decoder/Blanker," Elektor Electronics, vol. 14, No. 160 (Oct. 1988) Canterbury, GB, pp. 44–47, XP4613.

* cited by examiner



FIG. 1



FIG. 2

US 6,330,334 B1

1

## METHOD AND SYSTEM FOR INFORMATION DISSEMINATION USING TELEVISION SIGNALS

### CROSS-REFERENCE TO RELATED APPLICATIONS

This application is a continuation of application Ser. No. 08/977,846, filed Nov. 25, 1997, which is a continuation of application Ser. No. 08/769,092, filed Dec. 18, 1996, now issued as U.S. Pat. No. 5,751,806, which is a division of application Ser. No. 08/181,394, filed Jan. 12, 1994 now issued as U.S. Pat. No. 5,590,195, which is a continuation-in-part of application Ser. No. 08/031,763, filed Mar. 15, 1993, now issued as U.S. Pat. No. 5,406,626.

### BACKGROUND

This invention relates to a radio or television broadcasting system for transmission of audio information to a specially adapted receiver which converts the selected transmitted audio information to a form usable by the user.

Numerous systems transmit information on FM radio subcarriers. See for instance, U.S. Pat. No. 5,152,011 issued to Schwob, Sep. 29, 1992. Also known is a single sideband communication system with FM data capability for transmission of analog voice signals. See U.S. Pat. No. 4,852,086 issued to Eastmond et al., Jul. 20, 1989.

Also known is FM radio sideband broadcasting to specially adapted computers for transmission for instance of news and financial information. Commercially available products available from Mainstream, Telemet, and DeskTop Data broadcast data over FM radio sidebands for receipt by personal computers equipped with special FM radio receivers and software. Typically information is transmitted in digital form, received, and stored in the computer memory for access by the computer user using menu driven software. The data is displayed on the computer screen in conventional alphanumeric form. One product in this category is News Edge, a news service available from DeskTop Data, Inc. of Waltham, Massachusetts which delivers a number of news and financial information services to a user via FM radio sideband. Software provided with the product scans incoming information and when the incoming information meets parameters set by the user, the information is saved to disk and/or displayed on the computer screen.

These systems have the disadvantage of requiring a personal computer as a platform, and providing information only on a computer screen. The usual computer skills are needed in order to operate such systems, which tend to be quite expensive.

Data can also be transmitted in the Vertical Blanking Interval of a TV transmission. The Federal Communications Commission has set aside several lines of the Vertical Blanking Interval for point to multipoint data transmission which may be sold to interested users.

An additional channel of communication for data or audio transmission is the Separate Audio Program channel available in television broadcasting.

All of these systems have disadvantage that the listener or user of the data must be tied down to a specific place over time to hear the information. The portable radio, be it hand held or in an automobile also limits the user to getting only the information that is presently being transmitted.

### SUMMARY

The system and method described below permits the user to listen to the specific content of information when and

2

where he or she wants to. The present invention is directed to a method and system for information dissemination using various modes of transmission that satisfy the needs of such a user. The invention includes a system for receiving information via a tuner that extracts digitized alphanumeric data or compressed audio data from the Vertical Blanking Interval of a television station's video signal, the Separate Audio Program (SAP) signal from a television station's audio signal or a system for receiving the digitized alphanumeric data or compressed audio information via radio sidebands (subcarriers) which includes an FM subcarrier of an FM broadcast signal. In addition,a suitable dedicated transmission facility could be used. Conditional access circuitry decrypts the previously encrypted digitized alphanumeric data or compressed audio data which is then stored in a random access memory. A user interface (either a simple manual or voice control) driving a hierarchy of menus allows a user to access the information by indicating his selections from the menus. The system then extracts the information from the database in decrypted form. A speech producing device including a decompression system and a digital to analog converter (D/A) or other speech producing device converts the encrypted digitized audio information to an audio signal for provision to the user via a loud speaker or earphones.

This system may be stand alone or be a part of an existing radio receiver, sharing components of the radio receiver. One embodiment of the user control is a four way switch the positions corresponding for instance to the cursor control keys on a computer) for selection from and scanning through menus listing various categories of information. Typically the system includes either volatile RAM memory or a non-volatile storage medium such as a digital audio tape, a magneto-optical mini-disk, a magnetic disk or optical disk, sufficient to store information for 10 or more hours of audio. The information is for example news, sports, weather, cultural information, advertisements, or commercial listings. The information is transmitted in encrypted digital form using data compression techniques which is readily stored. The use of encryption techniques controls access to the information data base as a whole or to selected parts that the user has contracted for.

Other features are user control over the speed at which the speech is output, and a channel skipping tuner for finding the particular FM radio station subcarrier, TV station vertical interval or TV station SAP channel on which the service is provided. The speech producing device may be under either automatic or user control to produce different speeds of the voices. This control of the speed of the voice could be one that changes the pitch or be one that changes the spacing between words. Also, the user has the opportunity to pre-select database items, thereby to construct a personal profile so as to extract particular information without having to scan through all the menus.

### BRIEF DESCRIPTION OF THE DRAWING

These and other features and other aspects of the present invention will become better understood with reference to the following description, appended claims and accompanying drawings where:

FIG. 1 shows a block diagram of a receiving apparatus in accordance with the present invention; and

FIG. 2 shows a block diagram of a transmission system in accordance with the present invention.

### DETAILED DESCRIPTION

FIG. 1 shows a device in accordance with one embodiment of the invention. A broadcast signal is received from an

US 6,330,334 B1

3

antenna **10** (as used in automobile or portable applications) which provides a received radio broadcast signal or television video broadcast signal to a tuner **12**. This tuner is either a FM subcarrier tuner of the type well known in the art for extracting an FM broadcast subcarrier signal; a television tuner designed to produce the output of the Vertical Blanking Interval; a Separate Audio Program channel from a television broadcast signal; or a dedicated radio channel. In the case of an FM subcarrier tuner, as is well known, the subcarrier signals are typically transmissions of digitized data on subcarriers leased from commercial FM stations. The Vertical Blanking Interval is already available for point to multipoint transmission. The FM Subcarrier or the TV tuner **12** provides on line **14** the extracted digitized audio (which is typically encrypted) to conditional access circuitry **16**.

A receiver sub-system converts digitized and encrypted alphanumeric data on line and compressed digitized audio data **14** from the transmitter to an analog signal representing spoken words. The tuner **12** provides the data to the conditional access system **16** on line **14** and to microcontroller (controller) **20** described below.

Conditional access circuitry **16** ensures that the data is decrypted only if the proper key or command has been provided, as described below. Conditional access circuitry **16** decrypts the received audio data (as authorized by microcontroller **20** over lines **22**) on line **26** for storage to the memory **28** which may be conventional integrated circuit random access memory (RAM). In one embodiment the memory **28** comprises volatile RAM memory. In another embodiment memory **28** may consist of a non-volatile storage medium such as a digital audio tape, a magneto-optical mini-disk, a magnetic disk or an optical disk, with sufficient capacity to store information for 10 hours of audio.

In order to provide the needed quantity of audio data in a reasonable time frame and to minimize the memory requirement, the original audio data is ideally passed through a data compression algorithm at the transmitting end to compress the data sufficiently for a narrow band data transmission channel. This is shown in FIG. 2, at and will be discussed later. The receiving apparatus has a companion decompression algorithm, **39**, at the output of the memory **28** to provide the decompressed audio data to the digital to analog converter **30** for conversion of the digitized audio data to analog audio signals.

The conditional access system **16** and microcontroller **20** are described below. The encrypted compressed data output of the tuner **12** is accessed under control of microcontroller (microprocessor) **20** via control signals at lines **22**, to determine which particular items of data stored in memory **28** are to be provided via output line **43** to the decompression circuitry **39** via switch **45**.

Much of the data that a user would use in such a system is in alphanumeric form that can be easily transmitted in that form and converted to audio via speech synthesis. Such data can be transmitted in alphanumeric form for bandwidth and speed considerations. In order to accommodate the dual transmission of alphanumeric data as well as audio data, switch **46** controlled by microcontroller **20** determines whether the system is responding to original alphanumeric data or compressed audio data. When alphanumeric data is being transmitted, the alphanumeric data is fed into a speech synthesizer **45** whose audio output is connected to switch **46** for connection of the audio output to audio amplifier **36** and loudspeaker **38**.

In other embodiments, the received data is stored as encrypted data or in another convenient form and converted

4

to a form usable by a speech producing device prior to being converted to speech. Each audio data item is "tagged" with an designation to allow retrieval of the stored encrypted audio data from the database.

User interface **40** inputs commands on line **42** to microcontroller **20** to determine which items of data from random access memory **28** are to be listened to.

The transmitted information is categorized, stored, and accessed in a conventional hierarchial database in memory **28** under control of microcontroller **20**. A user interface (either a simple manual or voice control) driving a hierarchy of menus allows a user to access the information by indicating his selections from the menus.

In one embodiment user interface **40** is a voice activated command system. For instance the device is turned on and initialized by the user's spoken "ON" command. It then responds by vocally announcing via loud speaker **38** the major database categories available e.g. "NEWS", "SPORTS", "ENTERTAINMENT", etc. When the desired category has been announced the user responds by saying "YES". The device then announces again the sub-categories of the selected major category, and the user again selects the desired sub-category with a spoken "YES" until the specific item needed is accessed. For example, the category and sub-category path to the latest news regarding the General Motors Corporation might be "NEWS . . . BUSINESS . . . NATIONAL . . . AUTOMOTIVE . . . GM." The path to a review of the recent movie Aladdin might be "ENTER-TAINMENT . . . HOLLYWOOD . . . MOVIE REVIEWS . . . ALADDIN." Typically items will be reached after four or five "YES" responses from the user. In one embodiment three additional spoken commands by the user such as "BACK" "STOP" and "GO" are sufficient to provide the user effective and rapid control of the system.

In another embodiment a manual input device such as a switch assembly having for instance four positions (up, down, left, right) corresponding to the familiar cursor control on a computer, with each position indicating one of four commands, is provided for user manual operation. This switch may be adapted to attach to the steering wheel of an automobile, for use by the driver. The control is linked to the rest of the device by wire, infrared, or ultrasonically, as is a conventional television remote control.

Another version uses a one-position control switch. The user briefly depresses the switch to select the category or item as announced or to scan through the menus. Briefly depressing the switch while an actual data item is being read executes "stop." Depressing it again then executes "go." Holding the switch down for a second or two executes "back" at any time, to return to a predetermined point in the database.

For full effectiveness the information dissemination device needs to be on 24 hours a day. In order to conserve power the received data could be first stored in random access memory (RAM) which consumes little power and when the RAM is full dumped to a more permanent storage medium such as a digital audio tape, a magneto-optical mini-disk, a magnetic disk or an optical disk, sufficient to store information for 10 hours or more of audio. The speech producing device **30** may be a digital to analog converter that converts digitized and decompressed audio data into understandable and well modulated audio analog signals. The audio analog signals are provided on line **34** to a conventional audio amplifier **36** and hence to a loud speaker or earphones **38** to be listened to by the user. Tuner **12**, microcontroller **20**, conditional access circuitry **16** and

5          6

memory **28** typically remain powered at all times (by battery power if necessary) to receive a continuous update of the broadcast database, and thereby to store current news in memory **28**.

When using the Vertical Blanking Interval, it is possible to transmit at a rate of 2 megabits per second on 6 Vertical Blanking Interval lines each with a 50 microseconds duration to provide a 24,000 bit per second channel with a 50% error correction overhead. In one version the device of FIG. 1 is a portable unit (similar to a portable radio) and includes the user voice or manual interface. In another embodiment the device of FIG. **1** is built into a conventional portable radio or automobile radio, sharing where possible common components.

In one embodiment user interface **40** has a speed control to determine the output speed of speech output. The Digital to analog converter **30** or the Speech synthesizer **45** may receive information faster than normal speaking speed. It is well known that people can understand speech at faster than normal speech rates. Thus the user by pushing a button on the receiver unit or providing the proper verbal command increases the speech speed, so as to obtain information faster, analogous to skimming printed material. This speeding up can use well known techniques that change the pitch or eliminate the gaps between words. A similar slowing down approach can be used in case the user wants to carefully note what is being said for example while taking notes.

In the embodiment using a voice activated user interface **40**, the number of commands provided is limited (for instance to 5 to 10) and hence a relatively simple commercially available voice input recognition circuit is sufficient.

In another embodiment, the user interface for an automobile-based system is associated with a heads-up display, expected to be available in various automobiles in the near future. This provides visual display of the database menu items analogous to a computer screen, to allow faster access to the database menus.

Advantageously, by transmitting and storing the audio data in a compressed form (even though encrypted), the required bandwidth of the transmission channel is vastly reduced, as are the memory requirements, thereby substantially reducing the component cost. When used in FM subcarrier transmission, the typical transmission speed is one kilobaud. This is sufficient to download in approximately one hour the needed data to memory **28**.

In use, after purchase of the unit the user programs it to the frequencies of the local stations providing he transmissions. There may be multiple such stations in one area, due to the limited transmission distance of FM radio and TV signals. A channel skipping feature (as is now available commercially in various radios) in one embodiment included in microcontroller **20** seeks out stations having a particular signature or frequency, to maintain reception even when moving from the transmission area of one station carrying the service to the transmission area of a second station carrying the service. It would take less than a minute for the system to scan the entire FM band or TV band looking for the signature transmission.

The data encryption/access is accomplished in several ways. In one embodiment a simple addressed on/off command is transmitted (without data encryption) to disable individual units belonging to people who have not paid the required monthly subscription fee to receive the service. The encryption can be used to provide access to the entire data base or to individual parts of the data base.

In a more sophisticated encryption system where it is believed there is a problem of manufacture and sale of unauthorized units, then proper data encryption is used, requiring receipt of a key and decryption of the data with decryption circuitry. Hence unauthorized units without such dedicated decryption circuitry would not be operative at all.

In one embodiment of an encryption system, (analogous to pay-per-view cable TV encryption), decryption keys are delivered by radio transmission. Each individual receiver unit has a unique "hidden" key of for instance 40 to 50 binary digits in read only memory. Each unit also has a "public" non hidden serial number. All transmitted data is conventionally encrypted using a master key which is changed periodically, both to force users to pay for the service and to enhance security. Each receiver unit must receive a master key to decrypt the data transmission.

The master key is transmitted to each unit as follows:

Periodically, the transmission of the data is interrupted to transmit key information. The key information is a series of packets, one packet for each individual receiver unit, with each packet including (1) an address field which is the public serial number of a particular unit; followed by (2) a second field which is the current master key encrypted with the unique "hidden key" of the unit having that particular serial number.

The receivers look for these packets (which are denoted by a particular signature or occur at particular times to avoid confusion with the data). When a particular unit receives the packet including its own address (public serial number), it stores and decrypts the subsequent encrypted master key field, thereby obtaining the master key, in order to decrypt subsequent encrypted data.

In a second encryption system embodiment, a uniquely encrypted master key for each individual receiver is physically delivered to each user periodically (such as once a month) The key could be entered into each unit by a keypad, or the key could be embodied in an electronically readable card or device inserted into a suitable port in the receiver.

In another embodiment, speech output device **30** is controlled to provide a variety of particular voices. These voices are selected by the user, i.e. to be male/female or other voices, or the system is programmed via microcontroller **20** to select different voices for different types of or categories of information.

The device of FIG. **1** as incorporated in a conventional radio or television receiver uses the antenna of the radio or television receiver. The tuner **12** may be in addition to the conventional radio or television tuner or could be part of the radio or television tuner. The other blocks of FIG. **1** (with the exception of amplifier **36** and loud speaker **38**) are unique to this system and are added components to a conventional radio or television receiver.

Another embodiment may encompass all of the elements of the receiver except the control and audio in a device stored in the trunk of an automobile similar to CD music systems with an output mini radio transmitter tuned to an unused FM or AM radio channel. This radio transmitter output would be coupled to the standard automobile radio antenna for outputting of the audio signal to the user.

Another embodiment of the receiver may provide for the reception and storage of the received data on a home base unit wherein the received data is stored on disk storage as discussed above and the disk is played back on the portable automobile unit. A further embodiment of this feature could encompass a home base unit containing all the features of an automobile unit and can be unplugged from the home base

US 6,330,334 B1

7

and plugged into the automobile unit for continuing use while the user is in the automobile.

The transmitting portion of the system is described in FIG. 2 indicating the following steps. The Data Generating portion 51 contains the usual human elements of News and Information Gathering step 55 with the News and Information Classified and formatted step 56, i.e. a data producing sub-system. For the audio transmission, this news and information is spoken into the electronics portions beginning with the A/D convertor 60 which converts the analog audio signals to a digital audio. The digitized audio is compressed for bandwidth considerations in data compressor 57. The compressed digitized audio is encrypted in encryptor 58 according to instructions from a Billing/Subscriber system 59. The Encrypted digital audio establishes a data base of digitized audio data.

When it is advantageous to use alphanumeric information, the alphanumeric information is put in a form for transmission and encrypted. Switch 61 which can be controlled by an operator determines whether the system transmits compressed digitized audio or alphanumeric information. The Data is sent by a transmission path such as a dedicated telephone line 63 to a transmission station such as an existing radio and television station. 50 In order to provide the needed quantity of audio data in a reasonable time frame the audio data must be passed through a data compression algorithm at the transmitting end to compress the audio data sufficiently for a narrow band data transmission channel. This is shown as 57 in FIG. 2.

In addition to data compression, since the transmission facility is not transmitting the information in a "live" fashion as with most broadcasting facilities, it can maximize the use of the available bandwidth of transmission by not only using the above mentioned data compression techniques, but can transmit the data at a rate unrelated to the speed of speech. The speed of transmission of the data can be faster than the "real time" speech when bandwidth considerations permit. In addition, the speed of transmission can be slower than the "real time" speech if a narrower bandwidth is available. This variation in transmission speed affects the time required to transmit a given amount of information. The completed data is inserted into the FM subcarrier, Separate Audio Program channel or the television vertical interval according to the type of transmission channel chosen using a data insertion device.

In order to accommodate the fact that some subscribers may not have their units on when certain data is transmitted, it is apparent that the sending facility will need to update the data base from time to time during the day even if no new information has been generated. The data for a particular story or article will need to have a date stamp to indicate to the user the currency of the information. These and other logistical features will become apparent with the use of the system.

The above description is illustrative and not limiting; further modifications will be apparent to one of ordinary skill in the art.

I claim:

1. A method for receiving and storing audio for subsequent playback, comprising the acts of:

providing a tuner to receive television signals;

receiving the television signals including audio at the tuner, wherein the audio is carried in the vertical blanking interval of the television signals;

storing the received audio in a memory;

associating a designation with the stored audio;

8

associating a menu selection with the designation;

presenting a menu that includes the menu selection;

using the designation to access the stored audio in response to the menu selection being selected on the menu; and

outputting the accessed audio.

2. The method of claim 1, wherein the audio is digitized.

3. The method of claim 1, wherein the audio is compressed.

4. The method of claim 1, wherein the audio is stored as a database.

5. The method of claim 1, wherein the menu is included in a set of hierarchical menus.

6. A method for receiving and storing audio for subsequent playback, comprising the acts of:

providing a tuner to receive television signals;

receiving the television signals including audio at the tuner, wherein the audio is carried in an SAP associated with the television signals;

storing the received audio in a memory;

associating a designation with the stored audio;

associating a menu selection with the designation;

presenting a menu that includes the menu selection;

using the designation to access the stored audio in response to the menu selection being selected on the menu; and

outputting the accessed audio.

7. The method of claim 6, wherein the audio is digitized.

8. The method of claim 6, wherein the audio is compressed.

9. The method of claim 6, wherein the audio is stored as a database.

10. The method of claim 6, wherein the menu is included in a set of hierarchical menus.

11. A method for receiving and storing audio for subsequent playback, comprising the acts of:

providing a tuner to receive television signals;

receiving the television signals including audio at the tuner, wherein the audio is carried in an FM subcarrier associated with the television signals;

storing the received audio in a memory;

associating a designation with the stored audio;

associating a menu selection with the designation;

presenting a menu that includes the menu selection;

using the designation to access the stored audio in response to the menu selection being selected on the menu; and

outputting the accessed audio.

12. The method of claim 11, wherein the audio is digitized.

13. The method of claim 11, wherein the audio is compressed.

14. The method of claim 11, wherein the audio is stored as a database.

15. The method of claim 11, wherein the menu is included in a set of hierarchical menus.

16. A method for receiving and storing audio for subsequent playback, comprising the acts of:

providing a tuner to receive television signals;

receiving the television signals including audio at the tuner;

storing the received audio in a memory, wherein the audio is stored as a database;

**9**

associating a designation with the stored audio;

associating a menu selection with the designation;

presenting a menu that includes the menu selection;

using the designation to access the stored audio in response to the menu selection being selected on the menu; and

outputting the accessed audio.

**17**. The method of claim **16**, wherein the audio is digitized.

**18**. The method of claim **16**, wherein the audio is compressed.

**19**. The method of claim **16**, wherein the menu is included in a set of hierarchical menus.

**20**. A method for receiving and storing audio for subsequent playback, comprising the acts of:

providing a tuner to receive television signals;

receiving the television signals including audio at the tuner, wherein the audio is carried in an audio or video portion of the television signals;

storing the received audio in a memory;

associating a designation with the stored audio;

associating a menu selection with the designation;

presenting a menu that includes the menu selection;

using the designation to access the stored audio in response to the menu selection being selected on the menu; and

outputting the accessed audio.

**21**. The method of claim **20**, wherein the audio is digitized.

**22**. The method of claim **20**, wherein the audio is compressed.

**23**. The method of claim **20**, wherein the audio is stored as a database.

**24**. The method of claim **20**, wherein the menu is included in a set of hierarchical menus.

**25**. A receiver comprising:

a television tuner;

a controller coupled to the television tuner and which provides audio from a signal received at the television tuner, wherein the audio is carried in the vertical blanking interval of television signals received at the tuner;

a memory coupled to the controller and which stores the audio;

a user interface coupled to the controller and which provides a menu; and

an audio output device coupled to the controller and which outputs the stored audio in response to a selection from the menu, wherein the stored audio has a designation associated with the menu.

**26**. The receiver of claim **25**, wherein the audio is digitized.

**27**. The receiver of claim **25**, wherein the audio is compressed.

**28**. The receiver of claim **25**, wherein the audio is stored as a database.

**29**. The receiver of claim **25**, wherein the menu is included in a set of hierarchical menus.

**30**. A receiver comprising:

a television tuner;

a controller coupled to the television tuner and which provides audio from a signal received at the television tuner, wherein the audio is carried in an SAP associated with television signals received at the tuner;

**10**

a memory coupled to the controller and which stores the audio;

a user interface coupled to the controller and which provides a menu; and

an audio output device coupled to the controller and which outputs the stored audio in response to a selection from the menu, wherein the stored audio has a designation associated with the menu.

**31**. The receiver of claim **30**, wherein the audio is digitized.

**32**. The receiver of claim **30**, wherein the audio is compressed.

**33**. The receiver of claim **30**, wherein the audio is stored as a database.

**34**. The receiver of claim **30**, wherein the menu is included in a set of hierarchical menus.

**35**. A receiver comprising:

a television tuner;

a controller coupled to the television tuner and which provides audio from a signal received at the television tuner, wherein the audio is carried in an FM subcarrier associated with television signals received at the tuner;

a memory coupled to the controller and which stores the audio;

a user interface coupled to the controller and which provides a menu; and

an audio output device coupled to the controller and which outputs the stored audio in response to a selection from the menu, wherein the stored audio has a designation associated with the menu.

**36**. The receiver of claim **35**, wherein the audio is digitized.

**37**. The receiver of claim **35**, wherein the audio is compressed.

**38**. The receiver of claim **35**, wherein the audio is stored as a database.

**39**. The receiver of claim **35**, wherein the menu is included in a set of hierarchical menus.

**40**. A receiver comprising:

a television tuner;

a controller coupled to the television tuner and which provides audio from a signal received at the television tuner;

a memory coupled to the controller and which stores the audio, wherein the audio is stored as a database;

a user interface coupled to the controller and which provides a menu; and

an audio output device coupled to the controller and which outputs the stored audio in response to a selection from the menu, wherein the stored audio has a designation associated with the menu.

**41**. The receiver of claim **40**, wherein the audio is digitized.

**42**. The receiver of claim **40**, wherein the audio is compressed.

**43**. The receiver of claim **40**, wherein the menu is included in a set of hierarchical menus.

**44**. A receiver comprising:

a television tuner;

a controller coupled to the television tuner and which provides audio from a signal received at the television tuner, wherein the audio is carried in an audio or video portion of television signals received at the tuner;

a memory coupled to the controller and which stores the audio;

US 6,330,334 B1

11

a user interface coupled to the controller and which provides a menu; and

an audio output device coupled to the controller and which outputs the stored audio in response to a selection from the menu, wherein the stored audio has a designation associated with the menu.

**45**. The receiver of claim **44**, wherein the audio is digitized.

12

**46**. The receiver of claim **44**, wherein the audio is compressed.

**47**. The receiver of claim **44**, wherein the audio is stored as a database.

**48**. The receiver of claim **44**, wherein the menu is included in a set of hierarchical menus.

*   *   *   *   *