WAYNE M. HARDING
Email: wharding@dl.com
BRIAN K. ERICKSON (*pro hac vice* application filed)
Email: berickson@dl.com
DEWEY & LEBOEUF LLP
401 Congress Avenue, Suite 3200
Austin, TX 78701
Telephone: (512) 226-0300
Facsimile: (512) 626-0333

JOHN DOWNING (CA SBN: 252850)
Email: jdowning@dl.com
DEWEY & LEBOEUF LLP
1950 UNIVERSITY AVE., SUITE 500
EAST PALO ALTO, CA 94303-2225
Telephone: (650) 845-7000
Facsimile: (650) 845 7333

Attorneys for Plaintiff
MOTOROLA, INC.

# IN THE UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| Motorola, Inc.,<br><br>            Plaintiff,<br><br>  vs.<br><br>Command Audio Corp.,<br><br>            Defendant. | Case No. _____<br><br>**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**<br><br>Date: July 21, 2008 |

      Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

      Dodge & Cox, a privately held investment adviser, manages mutual funds that own 5% or more of Motorola's stock; and

1  Icahn Associates Corporation, a privately owned hedge fund sponsor owns 5% or more of
2  Motorola's stock.

4  Dated: July 21, 2008                    DEWEY & LEBOEUF LLP

   By: _____
   Wayne M. Harding
   SBN: 08978500
   wharding@dl.com
   Brian Erickson (*pro hac vice* application filed)
   SBN: 24012594
   berickson@dl.com
   DEWEY & LEBOEUF LLP
   401 Congress Avenue, Suite 3200
   Austin, Texas  78701
   Telephone:  512.226.0300
   Facsimile:  512.226.0333

   John Downing
   California SBN: 252850
   Email:  jdowning@dl.com
   DEWEY & LEBOEUF LLP
   1950 University Ave. Suite 500
   East Palo Alto, CA 94303-2225
   Telephone:  (650) 845-7000
   Facsimile:  (650) 845-7333

   Attorneys for Plaintiff
   **MOTOROLA, INC.**