1  WAYNE M. HARDING
   Email: wharding@dl.com
2  BRIAN K. ERICKSON (*pro hac vice* application filed)
   Email: berickson@dl.com
3  DEWEY & LEBOEUF LLP
   401 Congress Avenue, Suite 3200
4  Austin, TX 78701
   Telephone: (512) 226-0300
5  Facsimile: (512) 226-0333

6  JOHN DOWNING (CA SBN: 252850)
   Email: jdowning@dl.com
7  DEWEY & LEBOEUF LLP
   1950 University Ave., Suite 500
8  East Palo Alto, CA 94303-2225
   Telephone: (650) 845-7000
9  Facsimile: (650) 845-7333

10 Attorneys for Plaintiff
   MOTOROLA, INC.
11
                 IN THE UNITED STATES DISTRICT COURT
12
                 NORTHERN DISTRICT OF CALIFORNIA
13
                 SAN JOSE DIVISION
14

15 Motorola, Inc.,                  )  Case No. _____
                                    )
16              Plaintiff,          )  **MOTOROLA INC.'S CORPORATE**
                                    )  **DISCLOSURE STATEMENT**
17       vs.                        )
                                    )  Date:  July 21, 2008
18 Command Audio Corporation,       )
                                    )
19              Defendant.          )

20

21        Pursuant to Federal Rule of Civil Procedure 7.1, defendant Motorola, Inc. states that there is

22 no parent corporation or publicly held corporation that owns 10% or more of Motorola, Inc.'s stock.

23

24 Dated: July 21, 2008              DEWEY & LEBOEUF LLP

25

                                    By: _____
26                                  Wayne M. Harding
                                    Texas SBN: 08978500
27                                  wharding@dl.com
                                    Brian Erickson (*pro hac vice* application filed)
28                                  Texas SBN: 24012594

                                    1
                                    Motorola's Corporate Disclosure Statement

berickson@dl.com
401 Congress Avenue, Suite 3200
Austin, TX 78701
Telephone:  512.226.0300
Facsimile:  512.226.0333

John Downing
California SBN: 252850
Email:  jdowning@dl.com
DEWEY & LEBOEUF LLP
1950 University Ave. Suite 500
East Palo Alto, CA 94303-2225
Telephone:  (650) 845-7000
Facsimile:  (650) 845-7333

Attorneys for Plaintiff
**MOTOROLA, INC.**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**DEWEY & LeBOEUF LLP**
**1950 University Avenue, Suite 500**
**East Palo Alto, CA 94303-2225**