```
Brian K. Erickson (SBN: 24012594 (TX))
Email: berickson@dl.com
DEWEY & LEBOEUF LLP
401 Congress Avenue, Suite 3200
Austin, TX 78701-2478
Telephone: 512/226-0300
Facsimile: 512/226-0333

Attorneys for Plaintiff
```

FILED Filed

2008 JUL 21 P 3: 27

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

E-FILING

ADR

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

C08 03492 MMC

| | |
|---|---|
| Motorola, Inc., | |
| Plaintiff, | Case No. |
| vs. | APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE |
| Command Audio Corporation, | |
| Defendant. | |

Pursuant to Civil L.R. 11-3, Brian K. Erickson, an active member in good standing of the bar of Texas, hereby applies for admission to practice in the Northern District of California on a *pro hac vice* basis representing Motorola, Inc., in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, *Electronic Case Filing*, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

APPLICATION FOR ADMISSION OF
ATTORNEY PRO HAC VICE

3.  An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

Michael Rhee
Dewey & LeBoeuf LLP
1950 University Avenue, Suite 500
East Palo Alto, CA 94303
Telephone: 650/845-7000

I declare under penalty of perjury that the foregoing is true and correct.

Dated: July 14, 2008

By _____
Brian K. Erickson

-2-

APPLICATION FOR ADMISSION OF
ATTORNEY PRO HAC VICE

RECEIVED E-FILING
2008 JUL 21 PM 3: 18
RICHARD W. WIEKING
CLERK
U.S. DSTRICT COURT
NO. DIST. OF CA. S.J.

ADR

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

C08-03492 MMC

| | |
|---|---|
| Motorola, Inc., | Case No. |
| Plaintiff, | *(PROPOSED)* |
| vs. | **ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE** |
| Command Audio Corporation, | |
| Defendant. | |

Brian K. Erickson, an active member in good standing of the bar of Texas, whose business address and telephone number is Dewey & LeBoeuf LLP, 401 Congress Avenue, Suite 3200, Austin, Texas 78701, telephone 512/226-0300, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Motorola, Inc.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac vice*. Service of papers upon and communication with co-counsel designed in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: _____, 2008

_____
United States District Judge

ORDER