RECEIVED E-FILING
2008 JUL 21 PM 3: 18
RICHARD W. WIEKING
CLERK
U.S. DSTRICT COURT
NO. DIST. OF CA. S.J.

ADR

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

C08 03492

| | |
|---|---|
| Motorola, Inc., | Case No.   **MMC** |
| Plaintiff, | ~~(PROPOSED)~~ |
| vs. | **ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE** |
| Command Audio Corporation, | |
| Defendant. | |

Brian K. Erickson, an active member in good standing of the bar of Texas, whose business address and telephone number is Dewey & LeBoeuf LLP, 401 Congress Avenue, Suite 3200, Austin, Texas 78701, telephone 512/226-0300, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Motorola, Inc.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac vice*. Service of papers upon and communication with co-counsel designed in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: July 29, 2008

_____
United States District Judge

ORDER