IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| Motorola, Inc., | ) | Case No. C-08-03492 MMC |
| | ) | |
| Plaintiff, | ) | [PROPOSED] ORDER GRANTING PLAINTIFF MOTOROLA INC.'S |
| | ) | UNOPPOSED MOTION FOR |
| vs. | ) | ADMINISTRATIVE RELIEF TO |
| | ) | CONTINUE CASE MANAGEMENT |
| Command Audio Corp., | ) | CONFERENCE AND ADR |
| | ) | DEADLINES |
| Defendant. | ) | |

Upon due consideration of Plaintiff Motorola Inc.'s Unopposed Motion for Administrative Relief To Continue Date of Initial Case Management Conference,

IT IS HEREBY ORDERED that the Motion for Administrative Relief to Continue Date of Initial Case Management Conference is GRANTED.  The new case schedule is as follows:

| Date | Event |
|---|---|
| ~~11/15/2008~~<br>12/31/2008 | Last day to:<br>• Meet and confer regarding:  initial disclosures, early settlement, ADR process selection, and discovery plan<br>• File ADR Certification signed by Parties and Counsel<br>• File either Stipulation to ADR Process or Notice of Need for ADR Phone Conference |
| ~~11/25/2008~~<br>1/09/2009 | Last day to file Rule 26(f) Report, complete initial disclosures or state objection in Rule 26(f) Report and file Case Management Statement per attached Standing Order regarding Contents of Joint Case Management Statement |

UNITED STATES DISTRICT COURT
For the Northern District of California

1   1/16/2009
    ~~12/05/2008~~        INITIAL CASE MANAGEMENT CONFERENCE (CMC) in Ctrm 7,
                          19th Floor at 10:30 AM

2       IT IS SO ORDERED.

3   Dated:  October 10, 2008

4                                          _____
                                           The Honorable Maxine M. Chesney
5                                          United States District Judge