IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Motorola, Inc., | ) |
| Plaintiff, | ) Case No. C-08-03492 MMC |
| vs. | ) [PROPOSED] ORDER GRANTING MOTOROLA, INC.'S UNOPPOSED MOTION TO WITHDRAW JOHN DOWNING AS COUNSEL OF RECORD |
| Command Audio Corp., | ) |
| Defendant. | ) |

Upon due consideration of Plaintiff Motorola Inc.'s Motion to Withdraw John Downing as Counsel of Record,

IT IS HEREBY ORDERED that the Motion is GRANTED and John Downing is permitted to withdraw as Counsel of Record for Motorola, Inc. and the Clerk is directed to remove Mr. Downing from CM/ECF electronic service in this matter.

IT IS SO ORDERED.

Dated: November 12, 2008

*[signature]*
The Honorable Maxine M. Chesney
United States District Judge