1  COOLEY GODWARD KRONISH LLP
   GORDON C. ATKINSON (122401) (atkinsongc@cooley.com)
2  101 California Street
   5th Floor
3  San Francisco, CA 94111-5800
   Telephone:   (415) 693-2000
4  Facsimile:    (415) 693-2222

5  Attorneys for Defendant
   COMMAND AUDIO CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| MOTOROLA, INC., | Case No. C-08-03492 MMC |
|---|---|
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE VARIOUS DEADLINES, INCLUDING DEFENDANT'S TIME TO RESPOND TO COMPLAINT** |
| v. | |
| COMMAND AUDIO CORPORATION, | |
| Defendant. | |

WHEREAS, Plaintiff and Defendant have reached an agreement in principle and are working to draft and execute a settlement agreement and need more time in which to complete this process:

IT IS HEREBY STIPULATED by Plaintiff and Defendant (by their counsel) that,

1.  Plaintiff and Defendant, hereby agree that Defendant Command Audio Corporation has until and including February 6, 2009 to answer, move or otherwise respond to the Complaint.

2.  Plaintiff and Defendant also agree that the times in which the parties have to:

    a.  Meet and confer regarding: initial disclosures, early settlement, ADR process selection, and a discovery plan;

    b.  File an ADR Certification signed by Parties and Counsel; and

   c. File either a "Stipulation to ADR Process" or a "Notice of Need for ADR Phone Conference"

are hereby extended to and including January 30, 2009.

  3. The parties also request that the Case Management Conference, currently set for January 16, 2009, be extended to any date that is convenient for this Court on or after February 18, 2009.

Dated: December 31, 2008     DLA PIPER

*Brian K. Erickson (xc)*
Brian K. Erickson

Attorneys for Plaintiff
MOTOROLA, INC.

Dated: December 31, 2008     COOLEY GODWARD KRONISH LLP

*Gordon C. Atkinson (xc)*
Gordon C. Atkinson

Attorneys for Defendant
COMMAND AUDIO CORPORATION

NOW THEREFORE, IT IS HEREBY ORDERED THAT:

1. The parties' deadlines are hereby extended pursuant to the above stipulation; and

2. The Case Management Conference, currently set for January 16, 2009, is hereby extended to __March 6, 2009__. A Joint Case Management Statement shall be filed no later than February 27, 2009.

Dated: January 5, 2009    *Maxine M. Chesney*
           Honorable Maxine N. Chesney
           United States District Judge
           Northern District of California