1  WAYNE M. HARDING (TX  SBN: 08978500)
   Email:  wayne.harding@dlapiper.com
2  BRIAN K. ERICKSON (*pro hac vice*) (TX SBN:  24012594)
   Email:  brian.erickson@dlapiper.com
3  DLA PIPER LLP (US)
   1221 South MoPac Expressway, Suite 400
4  Austin, Texas  78746-7650
   Telephone: (512) 457-7000
5  Facsimile: (512) 457-7001

6  ROBERT BUERGI (CA SBN: 242910)
   Email:  robert.buergi@dlapiper.com
7  DLA PIPER LLP (US)
   2000 University Ave.
8  East Palo Alto, CA 94303-2215
   Telephone:  (650) 833-2000
9  Facsimile:  (650) 833-2001

10 Attorneys for Plaintiff
   MOTOROLA, INC.

### IN THE UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| Motorola, Inc., | ) Case No. 08-CV-03492 MMC |
|---|---|
| Plaintiff, | ) **STIPULATION AND ORDER TO CHANGE TIME FOR PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION TO DISMISS (DKT. NO. 22)** |
| vs. | |
| Command Audio Corporation, | |
| Defendant. | |

Pursuant to Civil Local Rule 6-2, Motorola, Inc. ("Motorola") and Command Audio Corporation ("Command Audio") (by their counsel) make this stipulated request for an order changing the time for Motorola's response to Command Audio's Motion to Dismiss (Dkt. No. 22) from February 27, 2009 to March 8, 2009.

Whereas, Command Audio's Motion to Dismiss is set for hearing on March 20, 2009 and Motorola's Response thereto currently is due February 27, 2009;

Whereas, the parties are close to a settlement and are working to draft and execute a settlement agreement while simultaneously working on their initial disclosures and Joint Case

---

1
Stipulation and Order to Change Time for Plaintiff's Response to Defendant's Motion to Dismiss  – 08-CV-03492 MMC

1 Management Report, currently due February 27, 2009;

2 Whereas, the court has not provided any previous extensions of time with respect to the
3 Motion to Dismiss; and

4 Whereas, the stipulated extension will not affect the hearing on the motion or any other
5 aspect of the schedule in this case;

6 The parties request that Motorola's response to Command Audio's Motion to Dismiss be
7 changed from February 28, 2009 to March 8, 2009.

9 Dated:  February 26, 2009          Respectfully submitted,

      **DLA PIPER LLP (US)**

      By:  */s/ Brian Erickson*
      Brian Erickson

      Attorneys for Plaintiff
      **MOTOROLA, INC.**


      **COOLEY GODWARD KRONISH LLP**

      By:  */s/ Gordon C. Atkinson*
      Gordon C. Atkinson (122401)

      Attorneys For Defendant
      **COMMAND AUDIO CORPORATION**

21 **PURSUANT TO THE ABOVE STIPULATION, IT IS SO ORDERED THAT:**

22 Plaintiff's deadline for responding to Defendant's Motion to Dismiss (Dkt. No. 22) is
23 changed from February 27, 2009 to March 8, 2009.  IT IS FURTHER ORDERED that the hearing is
continued from March 20, 2009 to April 3, 2009.
24 Dated:  February 27, 2009

      Honorable Maxine N. Chesney
      United States Judge
      Northern District of California