IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOTOROLA, INC.<br><br>Plaintiff,<br><br>v.<br><br>COMMAND AUDIO CORPORATION,<br><br>Defendant. | CASE NO. 08-CV-03492-MMC<br><br>~~(Proposed)~~<br>ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* |

Wayne O. Stacy                                    , whose business address and telephone number is

Cooley Godward Kronish LLP
380 Interlocken Crescent, Suite 900
Broomfield, CO 80021-8023   720-566-4000

and who is an active member in good standing of the bar of  the State of Colorado

having applied in the above-entitled action for admission to practice in the Northern District of

California on a pro hac vice basis, representing  Defendant Command Audio Corporation

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing.*

Dated:   March 4, 2009

_____
Hon. Maxine M. Chesney
United States District Judge