WAYNE M. HARDING (TX SBN: 08978500)
Email: wayne.harding@dlapiper.com
BRIAN K. ERICKSON (*pro hac vice*) (TX SBN: 24012594)
Email: brian.erickson@dlapiper.com
DLA PIPER LLP (US)
1221 South MoPac Expressway, Suite 400
Austin, Texas 78746-7650
Telephone: (512) 457-7000
Facsimile: (512) 457-7001

ROBERT BUERGI (CA SBN: 242910)
Email: robert.buergi@dlapiper.com
DLA PIPER LLP (US)
2000 University Ave.
East Palo Alto, CA 94303-2215
Telephone: (650) 833-2000
Facsimile: (650) 833-2001

Attorneys for Plaintiff
MOTOROLA, INC.

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Motorola, Inc., <br><br> Plaintiff, <br><br> vs. <br><br> Command Audio Corporation, <br><br> Defendant. | Case No. 08-CV-03492 MMC <br><br> **STIPULATION AND ORDER TO CHANGE TIME FOR PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION TO DISMISS (DKT. NO. 22)** <br><br> AND ORDER THEREON |

Pursuant to Civil Local Rule 6-2, Motorola, Inc. ("Motorola") and Command Audio Corporation ("Command Audio") (by their counsel) make this stipulated request for an order changing the time for Motorola's response to Command Audio's Motion to Dismiss (Dkt. No. 22) from March 27, 2009 to March 31, 2009.

Whereas, Command Audio's Motion to Dismiss is set for hearing on April 17, 2009 and Motorola's Response thereto currently is due March 27, 2009;

Whereas, the parties believe they have reached a settlement in this matter and are working to

1

Stipulation and Order to Change Time for Plaintiff's Response to Defendant's Motion to Dismiss – 08-CV-03492 MMC
WEST\21688467.1

1  execute a settlement agreement;

2  Whereas, the court has provided previous extensions of time with respect to the Motion to
3  Dismiss; and

4  Whereas, the stipulated extension will not affect the hearing on the motion or any other
5  aspect of the schedule in this case;

6  The parties request that Motorola's response to Command Audio's Motion to Dismiss be
7  changed from March 27, 2009 to March 31, 2009.

Dated: March 27, 2009

Respectfully submitted,

**DLA PIPER LLP (US)**

By: */s/ Brian Erickson*
Brian Erickson

Attorneys for Plaintiff
**MOTOROLA, INC.**

**COOLEY GODWARD KRONISH LLP**

By: */s/ Sarah J. Guske*
Sarah Guske (232467)

Attorneys For Defendant
**COMMAND AUDIO CORPORATION**

**PURSUANT TO THE ABOVE STIPULATION, IT IS SO ORDERED THAT:**

Plaintiff's deadline for responding to Defendant's Motion to Dismiss (Dkt. No. 22) is changed from March 27, 2009 to March 31, 2009.

Dated: March 27, 2009

Honorable Maxine N. Chesney
United States Judge
Northern District of California

DLA PIPER LLP (US)
2000 University Avenue
East Palo Alto, CA 94303-2215