| | |
|---|---|
| 1 | WAYNE M. HARDING (TX  SBN: 08978500) |
| | Email:  wayne.harding@dlapiper.com |
| 2 | BRIAN K. ERICKSON (*pro hac vice*) (TX SBN:  24012594) |
| | Email:  brian.erickson@dlapiper.com |
| 3 | DLA PIPER LLP (US) |
| | 1221 South MoPac Expressway, Suite 400 |
| 4 | Austin, Texas  78746-7650 |
| | Telephone: (512) 457-7000 |
| 5 | Facsimile: (512) 457-7001 |
| 6 | ROBERT BUERGI (CA SBN: 242910) |
| | Email:  robert.buergi@dlapiper.com |
| 7 | DLA PIPER LLP (US) |
| | 2000 University Ave. |
| 8 | East Palo Alto, CA 94303-2215 |
| | Telephone:  (650) 833-2000 |
| 9 | Facsimile:  (650) 833-2001 |
| 10 | **Attorneys for Plaintiff** |
| | **MOTOROLA, INC.** |
| 11 | |
| | COOLEY GODWARD KRONISH LLP |
| 12 | THOMAS J. FRIEL, JR. (80065) (TFRIEL@COOLEY.COM) |
| | GORDON C. ATKINSON (122401) (atkinsongc@cooley.com) |
| 13 | JIGANG JIN (239465) (jjin@cooley.com) |
| | 101 California Street, 5th Floor |
| 14 | San Francisco, CA 94111-5800 |
| | Telephone: (415) 693-2000 |
| 15 | Facsimile: (415) 693-2222 |
| 16 | SARAH J. GUSKE (232467) (sguske@cooley.com) |
| | 380 Interlocken Crescent, Suite 900 |
| 17 | Broomfield, CO 80021-8023 |
| | Telephone: (720) 566-4000 |
| 18 | Facsimile: (720) 566-4099 |
| 19 | **Attorneys for Defendant** |
| | **COMMAND AUDIO CORPORATION** |

**DLA PIPER LLP (US)**
**2000 University Avenue**
**East Palo Alto, CA  94303-2215**

**IN THE UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | | |
|---|---|---|
| Motorola, Inc., | ) | Case No. 3:08-CV-03492 MMC |
| | ) | |
| Plaintiff, | ) | **STIPULATION AND [PROPOSED]** |
| | ) | **ORDER OF DISMISSAL WITHOUT** |
| vs. | ) | **PREJUDICE** |
| | ) | |
| Command Audio Corporation, | ) | Judge:  Hon. Maxine M. Chesney |
| | ) | |
| Defendant. | ) | |
| | ) | |

1

Stipulation and [Proposed] Order of Dismissal Without Prejudice – 3:08-CV-03492 MMC

WHEREAS Plaintiff, Motorola, Inc. ("Motorola") and Defendant, Command Audio Corporation ("Command Audio") have reached a settlement in this matter that includes a dismissal without prejudice, each party to bear its own costs and fees,

IT IS STIPULATED, by and between the parties, through their counsel of record, pursuant to Fed. R. Civ. P. 41, and subject to the approval of the Court, that all claims in this matter are dismissed without prejudice, each party to bear its own costs and fees.

Dated: March 31, 2009

Respectfully submitted,

**DLA PIPER LLP (US)**

By:  */s/ Brian Erickson*
Wayne M. Harding
Brian Erickson
Attorneys for Plaintiff
**MOTOROLA, INC.**

**COOLEY GODWARD KRONISH LLP**

By:  */s/ Sarah J. Guske*
Gordon C. Atkinson
Sarah J. Guske
Attorneys For Defendant
**COMMAND AUDIO CORPORATION**

### ORDER

Good cause appearing, therefore, the Court hereby orders that this action be dismissed without prejudice, both parties to bear their own costs and fees and the file closed.

IT IS SO ORDERED.

Dated: April 2, 2009

The Honorable Maxine M. Chesney
United States District Judge
Northern District of California